**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☒ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Robert<br>First name<br><br>M.<br>Middle name<br><br>Kowalski<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7315 | |

Debtor 1    Robert M. Kowalski                                                                    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EINs | EINs |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| 1707 S. Newberry Ave.<br>Chicago, IL 60608<br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| Cook<br>County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    Robert M. Kowalski                                                          Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.   How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.   Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   Robert M. Kowalski                                        Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1    Robert M. Kowalski                                     Case number *(if known)*

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Robert M. Kowalski                                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Robert M. Kowalski
_____                    _____
Robert M. Kowalski                                  Signature of Debtor 2
Signature of Debtor 1

Executed on   March 29, 2018                         Executed on _____
            MM / DD / YYYY                                        MM / DD / YYYY

---

Debtor 1    Robert M. Kowalski                                                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| /s/ Joseph E. Cohen | Date    March 29, 2018 |
| Signature of Attorney for Debtor | MM / DD / YYYY |

Joseph E. Cohen 3123243
Printed name

Cohen & Krol
Firm name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Number, Street, City, State & ZIP Code

Contact phone    312.368.0300                        Email address

3123243 IL
Bar number & State

## COHEN & KROL

ATTORNEYS AT LAW
105 WEST MADISON STREET
SUITE 1100
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 368-0300
FAX (312) 368-4559

ALLAN R. COHEN (1923 - 1989)

LAKE COUNTY OFFICE

JOSEPH E. COHEN
GINA B. KROL

20 NORTH MARTIN LUTHER KING AVE.
WAUKEGAN, ILLINOIS 60085
TELEPHONE (847) 249-4144

### REPRESENTATION AGREEMENT

I, Robert M. Kowalski discussed with Joseph E. Cohen of COHEN & KROL ("C & K")  his objectives in filing a Chapter 11 proceeding and I agree to have the Debtor or a third party pay $15,000.00 as a retainer for legal services to be rendered for the filing of a Chapter 11.   The Debtor or a third party will advance the sum of $1,800.00 for reimbursement of expenses to be incurred by Cohen & Krol.

The Debtor or a third party has paid an Advance Payment Retainer of $15,000.00 to Cohen & Krol. An Advance Payment Retainer is a present payment to a lawyer in exchange for the commitment to provide legal services in the future. Ownership of an Advance Payment Retainer passes to the lawyer immediately upon payment, making it easier for Cohen & Krol to continue represent the Debtor in its bankruptcy. You recognize that an Advanced Payment Retainer may be advantageous to the Debtor, because it may protect the retainer from creditors, and Cohen & Krol is unable to represent the Debtor without protection afforded by an Advance Payment Retainer. The Advance Payment Retainer will be deposited into a Cohen & Krol business account, and not into a client funds account, as ownership of the Advance Payment Retainer passes to Cohen & Krol upon payment. We feel this amount is reasonable since we anticipate significant legal fees in handling your project. You acknowledge that you have the right to choose the type of retainer that you pay to Cohen & Krol and that you are choosing to make and Advance Payment Retainer.

COHEN & KROL agrees to render legal service for all aspects of the bankruptcy

1

case, including:

a. Analyze Client's financial circumstance based on information provided by Client;
b. Make recommendations to Client on options for reorganizing Client's debts, based upon information provided by Client;
c. Advise Client of the requirements which must be satisfied by debtors in a Chapter 11 case, including Debtor-In-Possession requirements;
d. Prepare and file the petition , schedules, disclosures and the documents which must be filed in the contemplated bankruptcy case base upon information provided by Client;
e. Represent Client at the meeting of creditors and in providing information to the case Trustee and the U.S. Trustee;
f. Prepare such motions and other documents that are necessary to enable client to operate as a Debtor in possession and to fulfill the requirements of the Bankruptcy Code, including responding to motions or complaints filed by parties in interest;
g. Prepare and file the Chapter 11 Plan of Reorganization, Disclosure Statements, Ballots and related documents for confirmation of a Chapter 11 Plan;
h. Provide competent legal services its Client to fulfill the objectives of the engagement;
i. Provide advice and consultation to its Client on matters or issues relating to the engagement; and
j. Keep its Client informed of significant events relating to the engagement.


Responsibilities of Robert M. Kowalski

During the term of this engagement, its Client agrees to:

a. Provide C&K with full, accurate and timely information concerning the subject of the engagement;
b. Provide C&K with all documents within Client's possession or control relating to the subject of the engagement;
c. When requested to do so, to appear at scheduled meetings, telephone conferences, depositions and court hearings;
d. Cooperate and assist the attorneys and paralegal assigned by C&K to represent the Clients in performing their duties;
e. Make all payments of retainers, fees and costs required under this Agreement when due; and

2

f.  Retain and preserve all documents, including information stored in an electronic
format and emails, and all other evidence related to the subject of the
engagement.

Fees for the services rendered will be at the hourly billing rate of $520.00 an hour
for Joseph E. Cohen, $510.00 for Gina B. Krol and $350.00 an hour for an associate
attorney.

The services of COHEN & KROL can be terminated at any time.  Similarly,
COHEN & KROL may withdraw from its representation of you, consistent with the Rules
of Professional Conduct, should you fail to disclose any material facts or act contrary to
the Firm's advice, or if anything else occurs that, in the Firm's judgment, impairs its
ability to continue an effective attorney-client relationship.

Although we will perform our professional services on your behalf to the best of
our ability, we cannot make, and have not made, any guarantees regarding the
outcome of the matter for which you have engaged us.  Our expressions about the
outcome of the matter are our best professional estimates only and are limited by our
knowledge at the time they are expressed.

Date: March 28, 2018

Signed:

Robert M. Kowalski                                Cohen & Krol

BY: _____          BY _____
         Debtor                                              Attorney for Debtor

3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robert M. Kowalski |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Parkway Bank & Trust
4800 N. Harlem Avenue
Harwood Heights, IL 60706

**What is the nature of the claim?**   Guarantee of loan for property located at 6806 S. Lafayette, Chicago, IL      $ $187,266.20

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

Contact _____
Contact phone _____

**2**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**   Guarantee of loan for property located at 4547 S. Union, Chicago, IL      $ $914,011.09

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1    Robert M. Kowalski _____    Case number *(if known)* _____

|  | |
|---|---|
| | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured) $ _____ |
| | Value of security: - $ _____ |
| Contact phone | Unsecured claim $ _____ |

---

**3**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 851 E. 63rd Place, Chicago, IL    $ $912,273.30

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**4**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 811 W. Fulton Market, Chicago, IL    $ $883,186.17

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**5**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Loan for property located at 5859 N. Maplewood, Chicago, IL which was sold in 2012. Debtor believes loan was paid at closing.    $ $69,721.08

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
No

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Robert M. Kowalski                                      Case number (if known) _____

|  | ☐ | | |
| --- | --- | --- | --- |
| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ _____ |
| | | Value of security: | - $ _____ |
| Contact phone | | Unsecured claim | $ _____ |

---

**6**

Washington Federal Bank for
Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for    $ $927,176.52
property located at 2128
N. Mobile Avenue,
Chicago, IL

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**7**

Washington Federal Bank for
Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for    $ $914,990.02
property located at 851
E. 63rd Place, Chicago,
IL

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**8**

Washington Federal Bank for
Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for    $ $914,824.26
property located at 2120
N. Lockwood Avenue,
Chicago, IL

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Robert M. Kowalski    Case number *(if known)*

Contact phone

Value of security:    - $
Unsecured claim    $

---

**9**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 6555 S. Greenwood Avenue, Chicago, IL    $ $914,399.39

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)    $

Contact

Contact phone

Value of security:    - $
Unsecured claim    $

---

**10**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 2648 W. Luther Avenue, Chicago, IL    $ $914,067.64

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)    $

Contact

Value of security:    - $
Unsecured claim    $

Contact phone

---

**11**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Loan for property located at 833 W. Fulton & 857 W. Fulton, Chicago, IL which was sold in 2014. Debtor believes loan was paid at closing.    $ $3,781,930.95

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)    $

Contact

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Robert M. Kowalski | Case number *(if known)* | |

| Contact phone | | Value of security: | - $ |
| | | Unsecured claim | $ |

---

**12**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**   Guarantee of loan for property located at 480 Saunders Road, Chicago, IL   $ 1,212,210.10

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

| Contact | |
| Contact phone | |

---

**13**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**   Guarantee of loan for property located at 1742 N. Bissell Street, Chicago, IL   $ 1,065,839.85

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

| Contact | |
| Contact phone | |

---

**14**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**   Guarantee of loan for property located at 3693 Leonard Wood East, Chicago, IL   $ 1,059,875.58

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

| Contact | |
| Contact phone | |

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    Robert M. Kowalski        Case number *(if known)*

---

**15**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 1742 N. Bissell, Chicago, IL    $ $1,041,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact

Contact phone

---

**16**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 801 W. Fulton, Chicago, IL    $ $1,033,358.93

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact

Contact phone

---

**17**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 1738 N. Bissell Street, Chicago, IL    $ $1,001,092.61

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact

Contact phone

---

**18**

**What is the nature of the claim?**    Guarantee of loan for property located at 1748 N. Bissell Street, Chicago, IL    $ $986,264.58

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Robert M. Kowalski            Case number *(if known)*

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
                Value of security:    - $ _____
                Unsecured claim    $ _____

Contact

Contact phone

---

**19**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 6411 S. Maryland, Chicago, IL    $ $948,833.10

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
                Value of security:    - $ _____
                Unsecured claim    $ _____

Contact

Contact phone

---

**20**

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

**What is the nature of the claim?**    Guarantee of loan for property located at 2943 W. Jarvis, Chicago, IL    $ $933,183.19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
                Value of security:    - $ _____
                Unsecured claim    $ _____

Contact

Contact phone

---

**Part 2:**   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   /s/ Robert M. Kowalski           X _____
    Robert M. Kowalski                    Signature of Debtor 2
    Signature of Debtor 1

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    Robert M. Kowalski _____    Case number *(if known)* _____

Date    March 29, 2018 _____    Date _____

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 8**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Robert M. Kowalski |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

### 2.1 Ally Financial

**Creditor's Name**

Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

2012 Chevrolet Camaro 15000 miles

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| $9,904.00 | $16,000.00 | $0.00 |
|---|---|---|

Opened
Date debt was incurred    07/14          Last 4 digits of account number    6698

### 2.2 Capital One Auto Finance

**Creditor's Name**

Attn: General Correspondence/BK
PO Box 30285
Salt Lake City, UT 84130

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

2012 Chevrolet Cruze 30000 miles

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| $4,693.00 | $7,000.00 | $0.00 |
|---|---|---|

| Debtor 1 | Robert M. Kowalski | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | | |
|---|---|---|---|---|---|
| Date debt was incurred | Opened 09/15  Last Active 1/29/18 | **Last 4 digits of account number** | 1001 | | |

---

| 2.3 | Chase Mtg | Describe the property that secures the claim: | $306,151.00 | $1,000,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

1512 W. Polk Street Chicago, IL 60607 Cook County

PO Box 24696
Columbus, OH 43224

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     First Mortgage

| Date debt was incurred | Opened 05/98 | **Last 4 digits of account number** | 2127 | | |
|---|---|---|---|---|---|

---

| 2.4 | Huntington Natl Bk | Describe the property that secures the claim: | $171,849.00 | $180,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

2004 Searay Sundancer 460

Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| Date debt was incurred | Opened 07/07 | **Last 4 digits of account number** | 7850 | | |
|---|---|---|---|---|---|

---

| 2.5 | Washington Federal Bank for Savings | Describe the property that secures the claim: | $651,375.97 | $1,000,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

1512 W. Polk Street Chicago, IL 60607 Cook County

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Robert M. Kowalski | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ **Check if this claim relates to a community debt**

■ Other (including a right to offset)   Second Mortgage

| | Opened | | |
|---|---|---|---|
| **Date debt was incurred** | 08/99 | **Last 4 digits of account number** | 5631 |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $1,143,972.97 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $1,143,972.97 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robert M. Kowalski |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**2.  List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | Illininois Department of Revenue | Last 4 digits of account number _____ | Unknown | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
P.O. Box 64338
Chicago, IL 60664-0338
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ Possible unpaid income taxes

| 2.2 | Internal Revenue Service | Last 4 digits of account number _____ | $2,000.00 | $2,000.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____ Income taxes

Debtor 1    Robert M. Kowalski                                    Case number (if know)

| 2.3 | Martha Padilla | Last 4 digits of account number | | Unknown | $0.00 | $0.00 |

Priority Creditor's Name
1512 W. Polk
Chicago, IL 60607
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

■ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

■ No
☐ Yes

☐ Other. Specify _____ Potential future DSO claim _____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |

| 4.1 | Bombardier/CBNA | Last 4 digits of account number | 0631 | $9,158.00 |

Nonpriority Creditor's Name
P. O. Box 6000
Sioux Falls, SD 57117
Number Street City State Zip Code

**When was the debt incurred?**    Opened 05/17

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    2016 Seadoo 2 Spark Jet ski's

Debtor 1    Robert M. Kowalski

Case number (if know)

---

**4.2**    Capital One
Nonpriority Creditor's Name
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    0822    $985.00

**When was the debt incurred?**    Opened 05/14  Last Active 1/22/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

**4.3**    Capital One
Nonpriority Creditor's Name
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    2735    $764.00

**When was the debt incurred?**    Opened 01/96  Last Active 2/01/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

**4.4**    Capital One
Nonpriority Creditor's Name

Po Box 30253
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    5804    $661.00

**When was the debt incurred?**    Opened 11/17  Last Active 1/17/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

Debtor 1    Robert M. Kowalski

Case number (if know) _____

---

| 4.5 | Cardworks/CW Nexus | | Last 4 digits of account number | 0450 | | $2,394.00 |

**Cardworks/CW Nexus**
Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804
Number Street City State Zip Code

**Last 4 digits of account number** 0450

**When was the debt incurred?** Opened 10/14  Last Active 1/26/18

$2,394.00

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

**Chase Card Services** (4.6)
Nonpriority Creditor's Name
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850
Number Street City State Zip Code

**Last 4 digits of account number** 2115

**When was the debt incurred?** Opened 09/17  Last Active 2/01/18

$1,874.00

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

**Chase Card Services** (4.7)
Nonpriority Creditor's Name
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850
Number Street City State Zip Code

**Last 4 digits of account number** 8170

**When was the debt incurred?** Opened 09/87  Last Active 1/21/18

$197.00

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

---

Debtor 1    Robert M. Kowalski                                                          Case number (if know)

---

| 4.8 | Citibank/The Home Depot | Last 4 digits of account number | 0736 | $2,419.00 |

Nonpriority Creditor's Name
Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63129
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 05/17  Last Active 1/16/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Charge Account

---

| 4.9 | Citicards Cbna | Last 4 digits of account number | 5833 | $2,537.00 |

Nonpriority Creditor's Name
Citicorp Credit Svc/Centralized
Bankrupt
Po Box 790040
Saint Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 10/17  Last Active 1/25/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit Card

---

| 4.10 | Costco Go Anywhere Citicard | Last 4 digits of account number | 3355 | $2,895.00 |

Nonpriority Creditor's Name
Centralized Bk/Citicorp Credit Card
Srvs
Po Box 790040
St Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 10/17  Last Active 1/09/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit Card

---

Debtor 1   Robert M. Kowalski _____    Case number (if know) _____

---

| 4.1 1 | Credit One Bank Na | Last 4 digits of account number | 2822 | $1,294.00 |

**Credit One Bank Na**
Nonpriority Creditor's Name

Po Box 98873
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  2822

**When was the debt incurred?**  Opened 11/15  Last Active 1/22/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.1 2 | Credit One Bank Na | Last 4 digits of account number | 3917 | $300.00 |

**Credit One Bank Na**
Nonpriority Creditor's Name

Po Box 98873
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  3917

**When was the debt incurred?**  Opened 09/14  Last Active 11/26/17

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.1 3 | Discover Financial | Last 4 digits of account number | 2900 | $187.00 |

**Discover Financial**
Nonpriority Creditor's Name

Po Box 3025
New Albany, OH 43054
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  2900

**When was the debt incurred?**  Opened 03/89  Last Active 1/11/18

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

Debtor 1   Robert M. Kowalski                                                      Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.1 4** | **First Premier Bank** | **Last 4 digits of account number** | 7254 | $515.00 |

Nonpriority Creditor's Name

601 S Minnesota Ave
Sioux Falls, SD 57104

**When was the debt incurred?**   Opened 08/15  Last Active
1/17/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   Credit Card

---

| | | | |
|---|---|---|---|
| **4.1 5** | **First Premier Bank** | **Last 4 digits of account number** | 8330 | $11.00 |

Nonpriority Creditor's Name

601 S Minnesota Ave
Sioux Falls, SD 57104

**When was the debt incurred?**   Opened 10/16  Last Active
1/17/18

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   Credit Card

---

| | | | |
|---|---|---|---|
| **4.1 6** | **Parkway Bank & Trust** | **Last 4 digits of account number** | 0749 | $187,266.20 |

Nonpriority Creditor's Name
4800 N. Harlem Avenue
Harwood Heights, IL 60706

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   Guarantee of loan for property located at 6806
S. Lafayette, Chicago, IL

---

Debtor 1    Robert M. Kowalski

_____     Case number (if know) _____

| 4.17 | Piorun Properties LLC | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
1918 W. Cermak
Chicago, IL 60608
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 | Syncb/PLCC | Last 4 digits of account number | 6385 | $865.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
Number Street City State Zip Code

**When was the debt incurred?** Opened 04/88  Last Active 1/19/18

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Charge Account

---

| 4.19 | Washington Federal Bank for Savings | Last 4 digits of account number | 3629 | $914,067.64 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**When was the debt incurred?** 2011

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 2648 W. Luther Avenue, Chicago, IL

---

Debtor 1    Robert M. Kowalski                                          Case number (if know)

| | | |
|---|---|---|
| **4.2 0** | Washington Federal Bank for Savings | Last 4 digits of account number    8370 | $0.00 |

Nonpriority Creditor's Name

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred?    Opened 10/02

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Loan for property located at 833 W. Fulton & 857 W. Fulton, Chicago, IL which was sold in 2014. Debtor believes loan was paid at closing.

| | | |
|---|---|---|
| **4.2 1** | Washington Federal Bank for Savings | Last 4 digits of account number    8362 | $3,781,930.95 |

Nonpriority Creditor's Name

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred?    10/8/2002

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Loan for property located at 833 W. Fulton & 857 W. Fulton, Chicago, IL which was sold in 2014. Debtor believes loan was paid at closing.

Debtor 1    Robert M. Kowalski
Case number (if know)

| 4.2 2 | Washington Federal Bank for Savings | Last 4 digits of account number | 1193 | | $69,721.08 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Loan for property located at 5859 N. Maplewood, Chicago, IL which was sold in 2012. Debtor believes loan was paid at closing.

| 4.2 3 | Washington Federal Bank for Savings | Last 4 digits of account number | 3645 | | $914,824.26 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    02/26/2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Guarantee of loan for property located at 2120 N. Lockwood Avenue, Chicago, IL

Debtor 1   Robert M. Kowalski _____   Case number *(if know)* _____

---

| 4.2 4 | | | |
|---|---|---|---|

**Washington Federal Bank for Savings**
Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 3653          $914,011.09

**When was the debt incurred?** 02/26/2010

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 4547 S. Union, Chicago, IL

---

| 4.2 5 | | | |
|---|---|---|---|

**Washington Federal Bank for Savings**
Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 3679          $927,176.52

**When was the debt incurred?** 02/27/2010

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 2128 N. Mobile Avenue, Chicago, IL

---

| 4.2 6 | | | |
|---|---|---|---|

**Washington Federal Bank for Savings**
Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 3687          $914,990.02

**When was the debt incurred?** 02/27/2010

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 851 E. 63rd Place, Chicago, IL

---

Debtor 1   Robert M. Kowalski

Case number (if know) _____

---

| 4.2 7 | Washington Federal Bank for Savings | Last 4 digits of account number | 3750 | | $912,273.30 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   03/31/2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 851 E. 63rd Place, Chicago, IL

---

| 4.2 8 | Washington Federal Bank for Savings | Last 4 digits of account number | 3768 | | $1,212,210.10 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   03/31/2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 480 Saunders Road, Chicago, IL

---

| 4.2 9 | Washington Federal Bank for Savings | Last 4 digits of account number | 3776 | | $1,059,875.58 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   3/31/2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 3693 Leonard Wood East, Chicago, IL

---

Debtor 1   Robert M. Kowalski

Case number (if know)

---

**4.30**

Washington Federal Bank for Savings

Nonpriority Creditor's Name

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   1892

When was the debt incurred?   3/31/2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 1742 N. Bissell Street, Chicago, IL

$1,065,839.85

---

**4.31**

Washington Federal Bank for Savings

Nonpriority Creditor's Name

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   3784

When was the debt incurred?   03/31/2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 6411 S. Maryland, Chicago, IL

$948,833.10

---

**4.32**

Washington Federal Bank for Savings

Nonpriority Creditor's Name

c/o FDIC
1601 Bryan Street
Dallas, TX 75201

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   4099

When was the debt incurred?   3/11/2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 1946 S. Canalport Avenue, Chicago, IL

Unknown

---

Debtor 1   Robert M. Kowalski

Case number (if know)

---

**4.3 3**

**Washington Federal Bank for Savings**
Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   3603          $914,399.39

**When was the debt incurred?**   02/26/2010

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 6555 S. Greenwood Avenue, Chicago, IL

---

**4.3 4**

**Washington Federal Bank for Savings**
Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   4528          $1,033,358.93

**When was the debt incurred?**   02/29/2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 801 W. Fulton, Chicago, IL

---

**4.3 5**

**Washington Federal Bank for Savings**
Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   4235          $1,001,092.61

**When was the debt incurred?**   03/31/2011

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 1738 N. Bissell Street, Chicago, IL

---

Debtor 1    Robert M. Kowalski

Case number (if know)

| 4.3 6 | Washington Federal Bank for Savings | Last 4 digits of account number | 1907 | $986,264.58 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**When was the debt incurred?** 3/31/2011

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 1748 N. Bissell Street, Chicago, IL

---

| 4.3 7 | Washington Federal Bank for Savings | Last 4 digits of account number | 2835 | $933,183.19 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**When was the debt incurred?** 3/17/2009

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 2943 W. Jarvis, Chicago, IL

---

| 4.3 8 | Washington Federal Bank for Savings | Last 4 digits of account number | 2665 | $1,041,000.00 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guarantee of loan for property located at 1742 N. Bissell, Chicago, IL

---

Debtor 1   Robert M. Kowalski

Case number (if know) _____

| 4.3 9 | Washington Federal Bank for Savings | Last 4 digits of account number | 1923 | $883,186.17 |

Nonpriority Creditor's Name
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Guarantee of loan for property located at 811 W. Fulton Market, Chicago, IL

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Midland Loan Services
c/o DFIC Portfolio Servicing
P. O. Box 25965
Shawnee Mission, KS 66225-5965

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
Midland Loan Services
c/o FDIC Portfolio Servicing
P. O. Box
Shawnee Mission, KS 66225-5965

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.39 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 2,000.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. $ | 2,000.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 20,642,560.56 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 20,642,560.56 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robert M. Kowalski |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096 | Acct# 112003490415<br>Opened 10/17<br>Lease |

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | Robert M. Kowalski |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.1 | Indomitable LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.2 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.3 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |

| Debtor 1 | Robert M. Kowalski | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.5 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.6 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.7 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.8 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.9 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.10 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |

| Debtor 1 | Robert M. Kowalski | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.12 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.13 | Indomitable, LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.14 | Martha Padilla<br>1512 W. Polk<br>Chicago, IL 60607 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Parkway Bank & Trust |
| 3.15 | Piorun Properties LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.16 | Piorun Properties LLC<br>1918 W. Cermak<br>Chicago, IL 60608 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |
| 3.17 | William Kowalski<br>1742 N. Larabee<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Washington Federal Bank for Savings |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re     Robert M. Kowalski _____     Case No. _____

                                          Debtor(s)          Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 15,000.00 |
    | Prior to the filing of this statement I have received | $ | 15,000.00 |
    | Balance Due | $ | 0.00 |

2.  $   0.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Representations of Debtor against Motions for Relief and Motions to Dismiss

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions or any other adversary proceeding.

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| March 29, 2018 | /s/ Joseph E. Cohen |
| *Date* | Joseph E. Cohen 3123243 |
| | *Signature of Attorney* |
| | Cohen & Krol |
| | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL 60602-4600 |
| | 312.368.0300  Fax: 312.368.4559 |
| | *Name of law firm* |

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert M. Kowalski                                  Case No.

                                       Debtor(s)        Chapter     11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                            67

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March 29, 2018                       /s/ Robert M. Kowalski

                                              Robert M. Kowalski
                                              Signature of Debtor

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

Bombardier/CBNA
P. O. Box 6000
Sioux Falls, SD 57117

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One Auto Finance
Attn: General Correspondence/BK
PO Box 30285
Salt Lake City, UT 84130

Cardworks/CW Nexus
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Chase Mtg
PO Box 24696
Columbus, OH 43224


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63129


Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179


Costco Go Anywhere Citicard
Centralized Bk/Citicorp Credit Card Srvs
Po Box 790040
St Louis, MO 63179


Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193


Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193


Discover Financial
Po Box 3025
New Albany, OH 43054


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Huntington Natl Bk
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234


Illininois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338


Indomitable LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608

Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Indomitable, LLC
1918 W. Cermak
Chicago, IL 60608


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Martha Padilla
1512 W. Polk
Chicago, IL 60607


Martha Padilla
1512 W. Polk
Chicago, IL 60607


Midland Loan Services
c/o DFIC Portfolio Servicing
P. O. Box 25965
Shawnee Mission, KS 66225-5965


Midland Loan Services
c/o FDIC Portfolio Servicing
P. O. Box
Shawnee Mission, KS 66225-5965


Parkway Bank & Trust
4800 N. Harlem Avenue
Harwood Heights, IL 60706


Piorun Properties LLC
1918 W. Cermak
Chicago, IL 60608

Piorun Properties LLC
1918 W. Cermak
Chicago, IL 60608


Piorun Properties LLC
1918 W. Cermak
Chicago, IL 60608


Syncb/PLCC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

```
Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201
```

```
Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201


William Kowalski
1742 N. Larabee
Chicago, IL 60614
```