# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT M. KOWALSKI,<br><br>            Debtor. | ) Case No. 18-9130<br>) Chapter 11<br>) Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 26, 2018 at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge, or any judge sitting in her stead, in Courtroom 680 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and present the attached **FEDERAL DEPOSIT INSURANCE CORPORATION, FDIC, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS, MOTION TO COMPEL ATTENDANCE AT BANKRUPTCY RULE 2004 EXAMINATION**, at which and time you may appear as you see fit.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9013-9(B), the court may enter the appended proposed order without presentation of the motion in open court and without a hearing unless a party in interest notifies the presiding judge of an objection hereto.

Dated: September 21, 2018            Respectfully submitted,

                                       FEDERAL DEPOSIT INSURANCE CORPORATION,
                                       AS RECEIVER FOR FIRST UNITED BANK

                                       By: /s/ Eric S. Rein
                                       Eric S. Rein
                                       Jason M. Torf
                                       HORWOOD MARCUS & BERK CHARTERED
                                       500 W. Madison St.
                                       Suite 3700
                                       Chicago, Illinois 60661
                                       (312) 606-3200 (phone)
                                       (312) 606-3232 (facsimile)
                                       rrein@hmblaw.com
                                       jtorf@hmblaw.com

                                       *Counsel for Federal Deposit Insurance Corporation,*
                                       *as Receiver for First United Bank*

4412579/1/13664.008

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>**ROBERT M. KOWALSKI,**<br>Debtor. | )<br>)  Case No. 18-9130<br>)  Chapter 11<br>)  Honorable Jacqueline P. Cox<br>)<br>) |

### MOTION TO COMPEL ATTENDANCE AT BANKRUPTCY RULE 2004 EXAMINATION

Federal Deposit Insurance Corporation, as Receiver for Washington Federal Bank for Savings ("FDIC-R"), secured creditor, moves the Court, pursuant to Bankruptcy Rule 2005(a), to compel the attendance of the Debtor, Robert M. Kowalski, to attend his Rule 2004 examination and in support, FDIC-R states as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This matter is a core proceeding under 28 U.S.C. § 157(b).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408, 1409.

### FACTUAL BACKGROUND

3. On March 29, 2018, the Debtor filed a Voluntary Petition for Relief Under Chapter 11 of the United States Bankruptcy Code.

4. FDIC-R is a secured creditor and the most significant creditor in this bankruptcy matter. FDIC-R holds mortgages and other interests on many parcels of real property that is property of this Estate.

5. On June 14, 2018, this Court authorized FDIC-R to issue Subpoenas for Depositions and Documents pursuant to Bankruptcy Rule 2004. (Eric S. Rein Affidavit in Support attached hereto as Exhibit 1, ¶ 4)

4412579/1/13664.008

6. Accordingly, on July 27, 2018, FDIC-R issued a Subpoena to the Debtor to testify at a deposition and to produce documents on September 6, 2018, which Subpoena was personally served on the Debtor on August 7, 2018. (Rein Afft. ¶ 5)

7. On September 5, 2018, the Debtor asked that his Rule 2004 Examination be rescheduled so that he could cover court calls in this matter on September 6, 2018. FDIC-R agreed to the extension, suggested four dates in September, and the Debtor selected September 18, 2018. (Rein Afft. ¶ 6)

8. On September 17, 2018, one day before the rescheduled examination, the Debtor asked to have counsel present and when confronted with the fact no counsel had appeared on his behalf, wanted a continuance to retain one. The Debtor then contended, "I have not previously requested a continuance." FDIC-R pointed out that a continuance had been agreed to on September 5, 2018, that the Debtor had agreed to the September 18, 2018 date, and that the excuse of having counsel present was without merit since he had been without counsel since July 25, 2018 and had more than sufficient time to retain one. (Rein Afft. ¶ 7)

9. On September 18, 2018, the Debtor failed to appear for his Rule 2004 Examination that was to begin at 9:30 am. Accordingly, at 9:45 am, counsel for FDIC-R sent an email to the Debtor asking if he was going to appear for his examination and informing him that FDIC-R would wait until 10:00 am before adjourning and filing a Motion to Compel Attendance if he failed to appear. (Rein Afft. ¶ 8)

10. The Debtor failed to appear at the Rule 2004 Examination on September 18, 2018 by 10:00 am, whereat counsel for FDIC-R and four representatives of the FDIC were in attendance. As a result, the examination was adjourned to enable FDIC-R to seek the appropriate Court Order. (Rein Afft. ¶ 9)

4412579/1/13664.008

## LEGAL AUTHORITY

11. Pursuant to Bankruptcy Rule 2005(a):

> On motion of any party in interest supported by an affidavit alleging ... (3) that the debtor has willfully disobeyed a subpoena or order to attend for examination, duly served, the court may issue to the marshal, or some other officer authorized by law, an order directing the officer to bring the debtor before the court without unnecessary delay. If, after hearing, the court finds the allegations to be true, the court shall thereupon cause the debtor to be examined forthwith. If necessary, the court shall fix conditions for further examination and for the debtor's obedience to all orders made and referenced thereto.

12. As a result of the Debtor's willful disobeyance of the Subpoena for Bankruptcy Rule 2004 Examination, FDIC-R requests the court issue to the United States Marshal an Order in the form attached hereto directing the United States Marshal to bring the Debtor before this Court without unnecessary delay for hearing and thereupon cause the Debtor to be examined forthwith in FDIC-R's counsel's office for as many days as necessary until the examination can be concluded.

**WHEREFORE**, FDIC-R respectfully requests that this Court enter an Order substantially in the form of the Proposed Order submitted herewith authorizing and directing the United States Marshal to bring the Debtor before this Court without unnecessary delay to compel his attendance for a Bankruptcy Rule 2004 Examination and granting such other and further relief as this Court deems fair and equitable.

4412579/1/13664.008

Dated: September 21, 2018						Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR FIRST UNITED BANK

By: _____
Eric S. Rein
Jason M. Torf
HORWOOD MARCUS & BERK CHARTERED
500 W. Madison St.
Suite 3700
Chicago, Illinois 60661
(312) 606-3200 (phone)
(312) 606-3232 (facsimile)
rrein@hmblaw.com
jtorf@hmblaw.com

*Counsel for Federal Deposit Insurance Corporation,
as Receiver for First United Bank*

4

4412579/1/13664.008