# EXHIBIT A

# Transcript of the Testimony of
# ROBERT M. KOWALSKI

**Date:** October 23, 2018

**Case:** IN RE: ROBERT M. KOWALSKI, DEBTOR

**TOOMEY REPORTING**
312-853-0648
toomeyrep@sbcglobal.net
www.toomeyreporting.com

**ROBERT M. KOWALSKI**
**October 23, 2018**

Page 1

IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re:  ROBERT M. KOWALSKI,)  18-09130
            Debtor.  )  Chapter 11

Partial record of Rule 2004 examination of ROBERT M. KOWALSKI, taken before NANCY K. SPEARE, C.S.R., taken pursuant to all applicable rules, taken at 500 West Madison Street, Suite 3700, Chicago, Illinois, commencing at 9:53 a.m. on the 23rd day of October, 2018, A.D.

ROBERT M. KOWALSKI
October 23, 2018

2 (Pages 2 to 5)

## Page 2

1  A P P E A R A N C E S:
2  HORWOOD MARCUS & BERK, CHTD. by
     MR. ERIC S. REIN and
3  MR. JASON M. TORF,
4      on behalf of Creditor FDIC as
       Receiver for Washington Federal
5      Bank for Savings;
6  MR. GUS A. PALOIAN, Trustee;
7  MR. BRAD METZGER, FDIC;
8  MR. STEVEN HALL, FDIC, (via phone);
9  MR. KEVIN KINNAN, FDIC, (via phone).

## Page 3

1          ROBERT M. KOWALSKI,
2  called as a witness herein, having been
3  previously duly sworn, was examined upon oral
4  interrogatories and testified as follows:
5              EXAMINATION
6            by Mr. Rein:
7   Q  Okay, Mr. Kowalski, you're still under
8  oath.
9      Did you bring more records with you
10  today?
11   A  No.
12   Q  Why not?
13   A  You haven't returned my records from
14  yesterday. As I look here, you have one box; and
15  I provided more than one box. Where are my
16  records at? What have you done with them?
17   Q  They're being copied, as I told you
18  yesterday.
19      So you're refusing to produce all the
20  records until the two boxes you brought on Monday
21  were copied by the copy service --
22   A  Frankly, I --
23   Q  -- is that right?
24   A  -- I don't care what you do with the

## Page 4

1  boxes; but I expect my boxes to be returned.
2   Q  Am I correct that you're refusing to
3  produce records until the two boxes you brought
4  on Monday are copied?
5   A  Yes, I refuse to do so until the boxes I
6  provided are returned. Those are my records.
7  You're not entitled to the possession of them.
8   Q  And you can't --
9   A  I think my possession of them was
10  reasonable. I tendered it to you. I think it's
11  unreasonable for you not to have provided me,
12  returned that box with all that information
13  yesterday. I'm not sure why it's taking so long
14  to copy a simple box; but, nevertheless, yes,
15  until I get those back I'm not going to tender
16  any more.
17   Q  Can you disclose what records you're
18  withholding?
19   A  Records that were pertinent to your
20  subpoena.
21   Q  Which specific property records are you
22  withholding?
23   A  Whatever property records were not in the
24  box that I had previously tendered.

## Page 5

1   Q  What records were in the box that you did
2  tender?
3   A  Obviously I don't know right now because
4  you have it.
5   Q  Well, there's one box behind you. What
6  records are in that box?
7   A  These look like my records.
8   Q  What are your records mean?
9   A  Well, from various different files.
10   Q  Okay, what are the nature of the records
11  that you produced in that one box that has now
12  been copied?
13   A  They were from my business activities.
14   Q  Are they with regard to specific
15  properties?
16   A  Apparently, yes.
17   Q  Which properties?
18   A  Well, I have information from -- that's
19  in here, I'm not sure if it's the same
20  information that I previously tendered; but in
21  this box I have -- I have an Exhibit A to a
22  pre-negotiation letter. I have a letter from PNC
23  Bank from --
24   Q  I'm not asking you what specific. I'm

Page 6

1  asking if you can summarize for me what property
2  records you've produced.
3     A  Well, I am, I'm summarizing in the detail
4  that your question requires.
5     Q  I didn't ask you for detail.  I asked you
6  to identify the properties.
7     A  You asked me a question.  I'm entitled to
8  give a full and complete answer.
9     Q  You're not entitled to not answer a
10  question.  So I'm asking you --
11    A  I'm answering --
12    Q  -- I'm asking you --
13    A  Unless you pose a different question.
14    Q  I'll pose another question.  What
15  specific property records did you produce?
16    A  Well, I have here a pre-negotiation
17  letter from 1748 Bissell, 6500 Drexel, 6442 South
18  Maryland, 4126 South Calumet, 1843 South May,
19  2943 West Jarvis, 1738 North Bissell, 833-57 West
20  Fulton, 1742 --
21    Q  Now, that's just a pre-negotiation
22  letter, that's how you would describe it, right?
23    A  No, that's the caption, that's how it's
24  entitled.

Page 7

1     Q  That's the nature of the letter is a
2  pre-negotiation letter?
3     A  That's what it is.
4     Q  Okay.  And in what property folders did
5  you produce?
6     A  Well, this -- this is the property
7  folder.
8     Q  No, I said in the folders.  Are they
9  identified for specific properties?
10    A  Is there a reason we came here?
11    Q  The reason we came here is for you to be
12  examined and for you to produce records.  Have
13  you produced all the records that were requested
14  in the subpoena?
15    A  I have additional records; but in light
16  of the fact --
17    Q  So the answer is no?
18    A  No.  You cut me off again.
19    Q  Your answer is no?
20    A  You cut me off again.
21    Q  Did you produce --
22    A  I'm not going to be --
23    Q  -- all the records, Mr. Kowalski?
24    A  I'm not going to be browbeaten over here.

Page 8

1  I didn't come for that.  I had -- that was
2  yesterday; but, no, we're not doing that again
3  today.
4     Q  Well, we are because you're not answering
5  the question.  Have you produced all of the
6  records that were requested in the subpoena?
7     A  I'm -- have more records to produce.
8     Q  So your answer is you have not
9  produced --
10    A  My answer is my answer.  My answer is a
11  bit lengthier than --
12    Q  Put your documents away and we'll go back
13  to the questions.
14    A  They're my documents.  I can do with them
15  what I please.  I'm not --
16    Q  Leave them --
17    A  -- not a schoolboy here.  Let's get that
18  straight here.
19    Q  Leave them in front of you.  I'm not
20  going to ask --
21    A  I don't appreciate the tone of hostility.
22  I didn't come here to be hostile.
23    Q  No?
24    A  No.

Page 9

1     Q  If you didn't, then you would have
2  produced all the records.  So let's move on.
3     A  That's not true.  If you were a gentleman
4  you would have had these --
5     Q  Mr. Kowalski --
6     A  -- records that I provided yesterday --
7     Q  Mr. Kowalski --
8     A  There's no reason for you to withhold my
9  records.  They're not your possession.  They're
10  mine.
11    Q  I'm not withholding them.
12    A  I gave them to you to copy them, peruse
13  them --
14    Q  Are you done making a statement?
15    A  No, I wasn't --
16    Q  Keep going --
17    A  I'm on record --
18    Q  Keep going --
19    A  The records --
20    Q  -- keep going on the record.
21    A  -- are my records.  I demand that I
22  expect them to be returned.  They have not been
23  returned, without any explanation being tendered.
24  I'm flabbergasted that this fine law firm would

Page 10

1  withhold these records, notwithstanding their
2  duty and candor to the tribunal, and
3  notwithstanding that to approach me in such a
4  hostile, menacing tone.  It's not fair.  It's not
5  right.
6      Q  Are you done?
7      A  I could go --
8      Q  Are you done making your statement?
9      A  I could expand on my statement, it's very
10 fair; and --
11     Q  I'll let you know --
12     A  -- and I'm not being treated as a
13 gentleman --
14     Q  -- when we start the deposition then on
15 your seven hours.  Are you done making -- are you
16 done making a statement?
17     A  Reporter, please note that we've been at
18 this deposition, and presently the time is 10:02,
19 and we've been here for quite a while already --
20     MR. PALOIAN:  Two minutes.
21     MR. REIN:  Two minutes.
22     Q  Are you done making your statement?
23     THE WITNESS:  A  No, I'd like the court
24 reporter to note that comment came from

Page 11

1  Mr. Paloian --
2      Q  Mr. Paloian is entitled to --
3      A  -- in cooperation with our -- with
4  Mr. Rein here.
5      Q  "Cooperation"?
6      A  Yes.
7      Q  He just made a statement.
8      MR. PALOIAN:  A statement of reality.
9      MR. REIN:  Q  Are you done making your
10 statements so I can move on?  I don't want to
11 interrupt your colloquy.
12     THE WITNESS:  A  No, I think the right word
13 is soliloquy.
14     Q  No, it's colloquy.
15        Are you done?
16     A  No, I have a lot more to say.  Where are
17 my records at?  What are you doing with my
18 records?  Why aren't they here?  I gave you ample
19 time to produce them.
20     Q  I didn't produce them.  They're being --
21 they're at a copy service being copied.
22     A  You told me yesterday I couldn't have
23 them at 4:30 because everything would be here at
24 5:00 o'clock --

Page 12

1      Q  I didn't say that.
2      A  Now, it's many hours past 5:00 -- You
3  want to go from the record from yesterday?  I'm
4  sure our court reporter can find it --
5      Q  Are you done?
6      A  -- in the record.
7         No.  You interrupted me again.
8      Q  Okay.  Okay, I'm going to make, I'm going
9  to start asking you questions.
10        Mr. Kowalski, it seems in 2014 that the
11 bank and you no longer were involved in
12 completing and selling homes, is that right?
13     A  I don't understand your question, "it
14 seems".  Could you give me an --
15     Q  Sure.
16     A  -- example?
17     Q  Did you stop completing and selling homes
18 on behalf of Washington Federal at some period of
19 time?
20     A  I can't answer your question without a
21 specific answer with a specific property, other
22 than a generality.
23     Q  Then speak in generalities.
24     A  It's impossible for me to do so.  If you

Page 13

1  have a specific property --
2      Q  Were there any, were there any homes that
3  were -- you were involved in completing and
4  selling in 2014 on behalf of Washington Federal?
5      A  No, it's incorrect.  I never stopped.
6      Q  Did you borrow money from Washington
7  Federal in 2014?
8      A  I don't recall.
9      Q  Did you borrow money in 2015?
10     A  I don't recall.
11     Q  Was there a period of time where you
12 stopped borrowing money from Washington Federal?
13     A  I -- No, no, there was never a period I
14 stopped borrowing or I stopped needing to have a
15 bank.  I'm a builder.  So, yes, I always wanted
16 to build.
17     Q  Was there any property that you borrowed
18 money in order to do repair and rehab on in 2014
19 from Washington Federal?
20     A  I don't recall without consulting my
21 records.
22     Q  What records do you need to consult?
23     A  My files from 2014.
24     Q  And where are those files?

**ROBERT M. KOWALSKI**
**October 23, 2018**

5 (Pages 14 to 17)

### Page 14

1    A  I have additional files in my office.
2    Q  So you can produce the files in 2014 at
3  your office; but you can answer the question, is
4  that right?
5    A  Yes, I would like to answer your general
6  question, yes.
7    Q  What did Mr. Gembara benefit from getting
8  you involved in the properties to rehab and sell?
9    A  Really?  Well, the bank -- as a banker he
10  was not a contractor, he didn't have that
11  expertise.  So when you have a property that's a
12  distressed property, an abandoned property, by
13  having somebody come in and care for the building
14  -- it's akin to having a farmer in the field --
15  yes, you need the farmer in the field to take
16  care of those crops and, yes, those buildings are
17  where the rubber meets the road for a bank.
18  Those buildings need to be productive.  The
19  building need to be making mortgage payments.
20  The buildings need to be, if they're -- they need
21  to be sold in certain cases.  Yes, they're the
22  crop; and sometimes the crop needs to be worked
23  upon, absolutely, to gain the highest and best
24  use, yes, you need a farmer in the field to

### Page 15

1  harvest the crop -- absolutely.
2    Q  Did Mr. Gembara benefit personally?
3    A  Well, his bank at one time was valued at
4  18 million dollars in capital --
5    Q  What his bank -- not his bank --
6    A  Wait a second.  You cut my question off
7  again, and now you lost my train of thought.
8    Q  I'll ask it again.
9    A  Replay the question again.
10    Q  I'll ask it again.
11    A  You continue to interrupt me.  I'm going
12  to step outside and give you a chance to --
13    Q  Keep stepping outside and --
14    A  -- be less hostile.
15    Q  -- you keep extending the time frame.
16    A  You can't keep interrupting me.  If
17  you're going to ask a general question --
18    Q  Go ahead and finish.
19    A  -- be prepared for a longer --
20    Q  I'm sorry --
21    A  -- explanation.
22    Q  -- you take 12 breaths --
23    A  If you keep on interrupting me there's no
24  sense in being here.

### Page 16

1    Q  You want to leave?
2    A  If you're just doing that --
3    Q  I'll tell the court --
4    A  -- to be antagonistic, you're succeeding.
5    Q  I'm not antagonizing --
6    A  I'm antagonized.
7    Q  Oh, yeah?
8    A  If you want to continue sparring rather
9  than learning something, then maybe your clients
10  would appreciate --
11    Q  Why don't you teach me then --
12    A  -- so be it.  Asking me a general
13  question when -- clearly want a particular answer
14  is given is disingenuous.  It's not helping the
15  FDIC.  It's helping your law firm harvest
16  additional fees.
17    Q  Please --
18    A  It's not fair.  If that's what you're on
19  a mission -- you're succeeding in garnishing
20  additional fees --
21    Q  Are you finished?
22    A  -- and that's not fair.
23    Q  Are you --
24    A  No, I'm not finished.  I -- You keep --

### Page 17

1    Q  Go ahead and answer the question.
2    A  -- interrupting me.
3    Q  Go ahead and answer the question.
4    A  No -- What is the question?  After all
5  this time, I forgot what the question is.  You're
6  succeeding in aggravating the witness here.  It's
7  not why we're here.  Can you like act
8  professionally without like --
9    MR. PALOIAN:  Would you let him ask --
10    THE WITNESS:  You just shut the --
11    MR. PALOIAN:  Would you let him --
12    THE WITNESS:  Shut up.  Who are you?  Who are
13  you --
14    MR. PALOIAN:  You need to sit down.
15    THE WITNESS:  I don't need to sit down.
16    MR. PALOIAN:  Call security --
17    THE WITNESS:  You're -- call security, that's
18  right, you call security.
19    MR. REIN:  Mr. Kowalski --
20    MR. PALOIAN:  Yeah, and you're approaching
21  me --
22    MR. REIN:  -- please sit down.
23    MR. PALOIAN:  You've moved from your seat six
24  or seven feet and you're standing in front of

Page 18

1  me --
2   THE WITNESS: I'm getting a cup of water
3  here.
4   MR. REIN: Then get yourself --
5   THE WITNESS: And you're pointing at me.
6  Mr. Paloian is pointing at me. I'm not sure why
7  we need to be like a tag team wrestling over
8  here. If you want tag teaming bring it on, guys.
9   MR. PALOIAN: You need to sit down.
10  THE WITNESS: You need to treat me like a
11 gentleman.
12  MR. PALOIAN: Sit down.
13  THE WITNESS: I'm not your kid.
14  MR. PALOIAN: When you behave like a
15 gentleman, you'll be treated like such.
16  THE WITNESS: I am a gentleman.
17  MR. PALOIAN: You need to sit down.
18  THE WITNESS: I don't need to do anything.
19  MR. REIN: Mr. Kowalski --
20  THE WITNESS: I don't need to do anything at
21 all.
22  MR. REIN: You're going to push him? That'll
23 be battery. And pushing a federal trustee is a
24 federal crime. You'll be serving time in the

Page 19

1  MCC. Sit down, please.
2   THE WITNESS: Let's wait for security to come
3  up.
4   MR. REIN: What -- Okay.
5    (Whereupon the witness exited
6     the conference room)
7    (WHEREUPON, a discussion was
8     held off the record)
9   MR. REIN: What time is it?
10  THE COURT REPORTER: 10:07.
11  MR. REIN: Please show that Mr. Kowalski left
12 the room at 10:06.
13    (WHEREUPON, a discussion was
14     held off the record)
15    (two security persons entered
16     the conference room)
17  THE COURT REPORTER: Do you want this on the
18 record?
19  MR. REIN: No.
20    (WHEREUPON, a discussion was
21     held off the record)
22    (WHEREUPON, the witness re-entered
23     the conference room)
24  MR. REIN: Q Are you going to calmly sit

Page 20

1  here and answer questions?
2   THE WITNESS: A I was.
3   Q Or do you want us to adjourn and we'll
4  take it up in the court?
5   **A Look, let's understand each other here,**
6  **I'm going to be allowed to give -- to fully**
7  **respond to a question without you continually**
8  **interrupting.**
9   **Moreover, this is your examination; and**
10 **you are representing FDIC. I'm not really quite**
11 **sure why our trustee, Mr. Paloian, has to**
12 **continue to interrupt, why he needs to interject,**
13 **why he can't maintain his position.**
14  **I'm not quite sure why we have to have**
15 **security here to intimidate me and browbeat me.**
16 **If this examination is not going to be**
17 **productive -- and I sense that it's not -- I**
18 **think it needs to be cancelled.**
19  **I think The Court needs to be made**
20 **aware of your conduct. It's outrageous.**
21  Q So let me make a response to you.
22  Number one, this is a 2004 Exam. All
23 parties and the trustee can participate. This is
24 not a deposition. This is a 2004 Exam where

Page 21

1  everyone who's a party and a party in interest
2  gets to ask you questions.
3   **A I don't think you understand. I need to**
4  **answer one question at a time. I don't need the**
5  **peanut gallery chiming in.**
6   Q You are --
7   **A I certainly don't need to be intimidated**
8  **by thugs, security, police "off" -- I don't know**
9  **who these gentlemen are. I would like them to be**
10 **identified for the record. Who are these people?**
11 **Why are they necessary here?**
12  Q I --
13  **A Because you're screaming out and cutting**
14 **across me and not letting me speak -- exactly**
15 **what you're doing at the moment -- and having**
16 **your associate come out and further belittle me?**
17 **That's not why we're here.**
18  Q Well, you just interrupted me while I was
19 making a statement.
20  **A No --**
21  Q So, so --
22  **A -- you could cut across me. You will not**
23 **silence yourself. You're being a bully right now**
24 **and you've brought additional bullies into this**

Page 22

room, and that's not why we're here. If you're going to just bully me, there's no point in continuing. If you have a question that needs to be answered at great length -- How come your questions aren't concise? How come your questions are almost like valueless and worthless? I was in -- I had a certain -- involvement with certain properties, not a general thing. General questions require general long answers, and it's a drawn-out process; and you're frustrated because of your own ability to pose a proper question that could be productive.

And, moreover, then you start bullying me; and then your associate, Mr. Paloian, starts bullying me, you threaten me with jail, you threaten me with these building thugs. What is the point of being here?

Q  I wasn't the one who threatened you. You threatened Mr. Paloian by going up to his nose and confronting him.

A  No. Let's characterize things correctly. I went to get a glass of water. Mr. Paloian -- although, he's seated presently -- I have a picture of him as being seated -- he felt the

Page 23

need to stand up and get in my face. Why did he have to do that, I don't know. What is his benefit of doing that? Who is he here to please? He's so conflicted as a trustee -- I'm not even sure why he's a trustee here. This is not going to stand.

Q  Mr. Kowalski --

A  I don't know what you're all thinking about filing this nonsense FDIC claims on properties that have been sold years ago and continue to operate a dead man's fraud, as it would seem to appear, is not going to stand. The man is dead. There's notoriety on this issue. And the FDIC thinks they're going to stand on this. You're just crazy. What are you doing? It's wrong.

So, no, I don't think this deposition should come to an end -- I -- with this intimidation techniques that you're employing upon me, it's not productive. It's not what the court would have wanted.

Q  Are you finished making your statement?

A  I will not speak further while those two gentlemen are here. There's no reason to --

Page 24

Q  Are you willing to sit here and answer questions?

A  I'm here for that very exact purpose.

Q  And not -- not confront the various parties that are sitting in this room physically?

A  I'm not here to fight with anybody. But if Mr. Paloian wants to get directly in my face --

Q  He didn't --

A  He did that, absolutely. I don't know why he had to stand up. Was he guarding the water jug over there or what is his purpose in doing that?

Q  Mr. Kowalski, my purpose is to ask you questions and for you to answer. If you don't --

A  You're not allowing me to answer --

Q  -- if you don't understand the question, then ask me to restate it or say you don't understand it.

A  No, your questions are terrible, in the sense that they're so general that they require like an expanded -- Like what did I do in 2014, really? That's not only four years ago; but to recount each and every of the 365 days is really

Page 25

a tall task.

Q  If you're unable to answer my questions, nor want to, then we'll take it up in the courthouse with the judge sitting there deciding whether the question is quote "reasonable" in your opinion. So you can either --

A  I --

Q  -- sit down --

A  I can't --

Q  -- either sit down --

A  I can't sit through this if you're going to cut through my answer.

Q  I just want to know: Will you sit down and sit through this --

A  Not as long as I'm being intimidated --

Q  Are you --

A  -- by Mr. Paloian, the two gentlemen who refuse to identify themselves -- I'm not sure who they are. I --

Q  Mr. Kowalski, just -- if the two gentlemen weren't here, are you willing to sit down and answer the questions?

A  I have been sitting here until such time as you continue to cut across my answer. It's

**ROBERT M. KOWALSKI**
**October 23, 2018**

8 (Pages 26 to 29)

Page 26

1  not professional.
2      Q  It's not for you to determine what is
3  professional and what's not, what's reasonable
4  and what's not.  Can you --
5      A  I can't answer the question --
6      Q  -- answer --
7      A  -- because -- like I just did, I cut
8  across your thought.  It's rude.  It's
9  ill-mannered.  It's foul.  But you're doing it to
10 me relentlessly, and I'm not going to stand for
11 it.
12     Q  Then I guess we'll take it up in the
13 court --
14     A  I think --
15     Q  -- if you're not going to --
16     A  -- think we're forced to.  If you can't
17 abide by professionalism, then we have to.  I
18 can't answer a question when you're cutting
19 across me.  You're not allowing me to answer the
20 question fully.
21         And, moreover, having Mr. Paloian,
22 being your little terrier bulldog on me is just
23 ridiculous.  These are tactics you're employing
24 are just wholly foul.  What are you trying to get

Page 27

1  to the bottom of?  You're just trying to
2  antagonize me?  You're just trying to prevent me
3  from giving a full, complete answer?  You're
4  trying to unsettle me?  And then calling up
5  security -- although, Mr. Paloian is getting
6  right in my face.  He didn't have any problem
7  getting in my face.  He was relishing it.  He's
8  guarding the water jug.  What is he doing?  Does
9  he want to duke it out with me?  Really?
10     Q  Do you really want to take that position,
11 with three other people in the room who watched
12 the event and will testify that you did -- that
13 you confronted him, that he did not confront you?
14 Do you really want to go --
15     A  This is now --
16     Q  -- do you really want to go there?
17     A  I'm feeling like Mr. Khashoggi right now
18 who went into the Saudi Arabian embassy.
19     Q  Yeah, yeah --
20     A  Am I coming out of here, with the two
21 security guards?  Sure they're security guards.
22 Who are these men?  I have no idea.
23     Q  If you --
24     A  Why can't they identify themselves?  What

Page 28

1  is the secrecy?
2      Q  If you leave here, where would you like
3  me to ship your documents?
4      A  You know very well where my office is.
5      Q  No, I don't know where your office is.
6         Where would you like me to ship your
7  documents?
8      A  1918 West Cermak.
9      Q  Is there a unit?
10     A  Unit number one.
11     Q  How would you like me to ship it to you?
12     A  However you'd like.
13     Q  No.  How would you like me to ship it to
14 you?
15     A  I don't really care.  Pony Express is
16 fine, whatever you want to do.
17     Q  Well, then I'll just --
18     A  Yes, I'm being sarcastic.
19     Q  -- I'll have them taken to the
20 courthouse; and you can pick them up.
21     A  That's most unfair.  I don't reside at
22 the courthouse.
23     Q  Well, I don't -- I'm concerned about
24 anyone who comes to your office will be

Page 29

1  confronted.
2      A  Really?  Okay, all right --
3  MR. PALOIAN:  Those are the exhibits.
4  THE WITNESS:  Oh.
5  MR. REIN:  Yeah, don't take my exhibits,
6  please.
7  THE WITNESS:  I won't.
8  MR. REIN:  Those were in the box.
9         You took those out.
10 THE WITNESS:  They were in my box.
11 MR. REIN:  Sir, they were not in your box.
12 They were sitting here.  That was from your box.
13        (Whereupon the deponent left
14         the conference room at 10:25 a.m.)
15 MR. REIN:  We'll go on the record in a
16 second.
17        It's 10:29.  Mr. Kowalski needed to be
18 escorted off the -- out of the building because
19 he confronted Mr. Paloian face-to-face walking
20 about three feet to him --
21 MR. PALOIAN:  You guys want me to have a
22 police report?  Sorry, security --
23 MR. REIN:  They can do it -- and threatening
24 him, Mr. Paloian felt threatened as well; and we

Page 30

1  called security.  Mr. Kowalski was unable to
2  conduct himself in a professional manner.  The
3  parties who were at the deposition were concerned
4  about their security; and, as a result, this
5  deposition, this examination needs to be
6  adjourned and re-adjourned in the courthouse
7  where greater security can be ensured.
8        That's it.

Page 31

1   STATE OF ILLINOIS)
            ) ss:
2    COUNTY OF COOK)
3        NANCY K. SPEARE, being first duly
4  sworn, deposes and says that she is a Certified
5  Shorthand Reporter in Cook County, Illinois, and
6  reporting proceedings in the courts in said
7  County;
8        That she reported in shorthand and
9  thereafter transcribed the foregoing proceedings;
10       That the within and foregoing
11 transcript is true, accurate, and contains the
12 proceedings had upon the within cause.
13       The undersigned is not interested in
14 the within case, nor of kin or counsel to any of
15 the parties.
16       Witness my official signature and seal
17 as Notary Public in and for Cook County,
18 Illinois, on this 23rd day of October, A.D.,
19 2018.

23       NANCY K. SPEARE, C.S.R.
         Notary Public

**ROBERT M. KOWALSKI**
**October 23, 2018**

Page 1

## A

**A.D** 1:11
  31:18
**a.m** 1:10
  29:14
**abandoned**
  14:12
**abide** 26:17
**ability** 22:11
**absolutely**
  14:23 15:1
  24:10
**accurate**
  31:11
**act** 17:7
**activities**
  5:13
**additional**
  7:15 14:1
  16:16,20
  21:24
**adjourn** 20:3
**adjourned**
  30:6
**aggravating**
  17:6
**ago** 23:10
  24:23
**ahead** 15:18
  17:1,3
**akin** 14:14
**allowed** 20:6
**allowing**
  24:16 26:19
**ample** 11:18
**answer** 6:8,9
  7:17,19 8:8
  8:10,10,10
  12:20,21
  14:3,5
  16:13 17:1
  17:3 20:1
  21:4 24:1
  24:15,16

  25:2,12,22
  25:24 26:5
  26:6,18,19
  27:3
**answered**
  22:4
**answering**
  6:11 8:4
**answers**
  22:10
**antagonistic**
  16:4
**antagonize**
  27:2
**antagonized**
  16:6
**antagonizing**
  16:5
**anybody** 24:6
**Apparently**
  5:16
**appear** 23:12
**applicable**
  1:8
**appreciate**
  8:21 16:10
**approach**
  10:3
**approaching**
  17:20
**Arabian**
  27:18
**asked** 6:5,7
**asking** 5:24
  6:1,10,12
  12:9 16:12
**associate**
  21:16 22:14
**aware** 20:20

## B

**back** 4:15
  8:12
**bank** 2:5
  5:23 12:11

  13:15 14:9
  14:17 15:3
  15:5,5
**banker** 14:9
**BANKRU...**
  1:1
**battery** 18:23
**behalf** 2:4
  12:18 13:4
**behave** 18:14
**belittle** 21:16
**benefit** 14:7
  15:2 23:3
**BERK** 2:2
**best** 14:23
**Bissell** 6:17
  6:19
**bit** 8:11
**borrow** 13:6
  13:9
**borrowed**
  13:17
**borrowing**
  13:12,14
**bottom** 27:1
**box** 3:14,15
  4:12,14,24
  5:1,5,6,11
  5:21 29:8
  29:10,11,12
**boxes** 3:20
  4:1,1,3,5
**BRAD** 2:7
**breaths**
  15:22
**bring** 3:9
  18:8
**brought** 3:20
  4:3 21:24
**browbeat**
  20:15
**browbeaten**
  7:24
**build** 13:16

**builder** 13:15
**building**
  14:13,19
  22:16 29:18
**buildings**
  14:16,18,20
**bulldog**
  26:22
**bullies** 21:24
**bully** 21:23
  22:2
**bullying**
  22:13,15
**business** 5:13

## C

**C** 2:1
**C.S.R** 1:7
  31:23
**call** 17:16,17
  17:18
**called** 3:2
  30:1
**calling** 27:4
**calmly** 19:24
**Calumet** 6:18
**cancelled**
  20:18
**candor** 10:2
**capital** 15:4
**caption** 6:23
**care** 3:24
  14:13,16
  28:15
**case** 31:14
**cases** 14:21
**cause** 31:12
**Cermak** 28:8
**certain** 14:21
  22:7,8
**certainly**
  21:7
**Certified**
  31:4
**chance** 15:12

**Chapter** 1:3
**characterize**
  22:21
**Chicago** 1:9
**chiming** 21:5
**CHTD** 2:2
**claims** 23:9
**clearly** 16:13
**clients** 16:9
**colloquy**
  11:11,14
**come** 8:1,22
  14:13 19:2
  21:16 22:4
  22:5 23:18
**comes** 28:24
**coming** 27:20
**commencing**
  1:9
**comment**
  10:24
**complete** 6:8
  27:3
**completing**
  12:12,17
  13:3
**concerned**
  28:23 30:3
**concise** 22:5
**conduct**
  20:20 30:2
**conference**
  19:6,16,23
  29:14
**conflicted**
  23:4
**confront** 24:4
  27:13
**confronted**
  27:13 29:1
  29:19
**confronting**
  22:20
**consult** 13:22

**consulting**
  13:20
**contains**
  31:11
**continually**
  20:7
**continue**
  15:11 16:8
  20:12 23:11
  25:24
**continuing**
  22:3
**contractor**
  14:10
**Cook** 31:2,5
  31:17
**cooperation**
  11:3,5
**copied** 3:17
  3:21 4:4
  5:12 11:21
**copy** 3:21
  4:14 9:12
  11:21
**correct** 4:2
**correctly**
  22:21
**counsel** 31:14
**County** 31:2
  31:5,7,17
**court** 1:1
  10:23 12:4
  16:3 19:10
  19:17 20:4
  20:19 23:21
  26:13
**courthouse**
  25:4 28:20
  28:22 30:6
**courts** 31:6
**crazy** 23:15
**Creditor** 2:4
**crime** 18:24
**crop** 14:22,22

15:1
**crops** 14:16
**cup** 18:2
**cut** 7:18,20
   15:6 21:22
   25:12,24
   26:7
**cutting** 21:13
   26:18

**D**
**day** 1:10
   31:18
**days** 24:24
**dead** 23:11
   23:13
**Debtor** 1:3
**deciding** 25:4
**demand** 9:21
**deponent**
   29:13
**deposes** 31:4
**deposition**
   10:14,18
   20:24 23:17
   30:3,5
**describe** 6:22
**detail** 6:3,5
**determine**
   26:2
**different** 5:9
   6:13
**directly** 24:7
**disclose** 4:17
**discussion**
   19:7,13,20
**disingenuous**
   16:14
**distressed**
   14:12
**DISTRICT**
   1:1
**documents**
   8:12,14
   28:3,7

**doing** 8:2
   11:17 16:2
   21:15 23:3
   23:15 24:13
   26:9 27:8
**dollars** 15:4
**drawn-out**
   22:10
**Drexel** 6:17
**duke** 27:9
**duly** 3:3 31:3
**duty** 10:2

**E**
**E** 2:1,1
**either** 25:6
   25:10
**embassy**
   27:18
**employing**
   23:19 26:23
**ensured** 30:7
**entered**
   19:15
**entitled** 4:7
   6:7,9,24
   11:2
**ERIC** 2:2
**escorted**
   29:18
**event** 27:12
**exact** 24:3
**exactly** 21:14
**Exam** 20:22
   20:24
**examination**
   1:6 3:5 20:9
   20:16 30:5
**examined** 3:3
   7:12
**example**
   12:16
**Exhibit** 5:21
**exhibits** 29:3
   29:5

**exited** 19:5
**expand** 10:9
**expanded**
   24:22
**expect** 4:1
   9:22
**expertise**
   14:11
**explanation**
   9:23 15:21
**Express**
   28:15
**extending**
   15:15

**F**
**face** 23:1
   24:8 27:6,7
**face-to-face**
   29:19
**fact** 7:16
**fair** 10:4,10
   16:18,22
**farmer** 14:14
   14:15,24
**FDIC** 2:4,7,8
   2:9 16:15
   20:10 23:9
   23:14
**federal** 2:4
   12:18 13:4
   13:7,12,19
   18:23,24
**feeling** 27:17
**fees** 16:16,20
**feet** 17:24
   29:20
**felt** 22:24
   29:24
**field** 14:14,15
   14:24
**fight** 24:6
**files** 5:9
   13:23,24
   14:1,2

**filing** 23:9
**find** 12:4
**fine** 9:24
   28:16
**finish** 15:18
**finished**
   16:21,24
   23:22
**firm** 9:24
   16:15
**first** 31:3
**flabbergast...**
   9:24
**folder** 7:7
**folders** 7:4,8
**follows** 3:4
**forced** 26:16
**foregoing**
   31:9,10
**forgot** 17:5
**foul** 26:9,24
**four** 24:23
**frame** 15:15
**Frankly** 3:22
**fraud** 23:11
**front** 8:19
   17:24
**frustrated**
   22:11
**full** 6:8 27:3
**fully** 20:6
   26:20
**Fulton** 6:20
**further** 21:16
   23:23

**G**
**gain** 14:23
**gallery** 21:5
**garnishing**
   16:19
**Gembara**
   14:7 15:2
**general** 14:5
   15:17 16:12

22:9,9,9
   24:21
**generalities**
   12:23
**generality**
   12:22
**gentleman**
   9:3 10:13
   18:11,15,16
**gentlemen**
   21:9 23:24
   25:17,21
**getting** 14:7
   18:2 27:5,7
**give** 6:8
   12:14 15:12
   20:6
**given** 16:14
**giving** 27:3
**glass** 22:22
**go** 8:12 10:7
   12:3 15:18
   17:1,3
   27:14,16
   29:15
**going** 4:15
   7:22,24
   8:20 9:16
   9:18,20
   12:8,8
   15:11,17
   18:22 19:24
   20:6,16
   22:2,19
   23:5,12,14
   25:11 26:10
   26:15
**great** 22:4
**greater** 30:7
**guarding**
   24:11 27:8
**guards** 27:21
   27:21
**guess** 26:12

**GUS** 2:6
**guys** 18:8
   29:21

**H**
**HALL** 2:8
**harvest** 15:1
   16:15
**held** 19:8,14
   19:21
**helping** 16:14
   16:15
**highest** 14:23
**homes** 12:12
   12:17 13:2
**HORWOOD**
   2:2
**hostile** 8:22
   10:4 15:14
**hostility** 8:21
**hours** 10:15
   12:2

**I**
**idea** 27:22
**identified** 7:9
   21:10
**identify** 6:6
   25:18 27:24
**ill-mannered**
   26:9
**Illinois** 1:1,9
   31:1,5,18
**impossible**
   12:24
**incorrect**
   13:5
**information**
   4:12 5:18
   5:20
**interest** 21:1
**interested**
   31:13
**interject**
   20:12

**interrogato...** 3:4
**interrupt** 11:11 15:11 20:12
**interrupted** 12:7 21:18
**interrupting** 15:16,23 17:2 20:8
**intimidate** 20:15
**intimidated** 21:7 25:15
**intimidation** 23:19
**involved** 12:11 13:3 14:8
**involvement** 22:8
**issue** 23:13

**J**
**jail** 22:15
**Jarvis** 6:19
**JASON** 2:3
**judge** 25:4
**jug** 24:12 27:8

**K**
**K** 1:7 31:3,23
**keep** 9:16,18 9:20 15:13 15:15,16,23 16:24
**KEVIN** 2:9
**Khashoggi** 27:17
**kid** 18:13
**kin** 31:14
**KINNAN** 2:9
**know** 5:3 10:11 21:8

23:2,8 24:10 25:13 28:4,5
**Kowalski** 1:3 1:6 3:1,7 7:23 9:5,7 12:10 17:19 18:19 19:11 23:7 24:14 25:20 29:17 30:1

**L**
**law** 9:24 16:15
**learning** 16:9
**leave** 8:16,19 16:1 28:2
**left** 19:11 29:13
**length** 22:4
**lengthier** 8:11
**let's** 8:17 9:2 19:2 20:5 22:21
**letter** 5:22,22 6:17,22 7:1 7:2
**letting** 21:14
**light** 7:15
**little** 26:22
**long** 4:13 22:10 25:15
**longer** 12:11 15:19
**look** 3:14 5:7 20:5
**lost** 15:7
**lot** 11:16

**M**
**M** 1:3,6 2:3 3:1
**Madison** 1:8

**maintain** 20:13
**making** 9:14 10:8,15,16 10:22 11:9 14:19 21:19 23:22
**man** 23:13
**man's** 23:11
**manner** 30:2
**MARCUS** 2:2
**Maryland** 6:18
**MCC** 19:1
**mean** 5:8
**meets** 14:17
**men** 27:22
**menacing** 10:4
**METZGER** 2:7
**million** 15:4
**mine** 9:10
**minutes** 10:20,21
**mission** 16:19
**moment** 21:15
**Monday** 3:20 4:4
**money** 13:6,9 13:12,18
**mortgage** 14:19
**move** 9:2 11:10
**moved** 17:23

**N**
**N** 2:1
**NANCY** 1:7 31:3,23
**nature** 5:10

7:1
**necessary** 21:11
**need** 13:22 14:15,18,19 14:20,20,24 17:14,15 18:7,9,10 18:17,18,20 21:3,4,7 23:1
**needed** 29:17
**needing** 13:14
**needs** 14:22 20:12,18,19 22:3 30:5
**never** 13:5,13
**nevertheless** 4:14
**nonsense** 23:9
**North** 6:19
**NORTHE...** 1:1
**nose** 22:19
**Notary** 31:17 31:23
**note** 10:17,24
**notoriety** 23:13
**notwithsta...** 10:1,3
**number** 20:22 28:10

**O**
**o'clock** 11:24
**oath** 3:8
**Obviously** 5:3
**October** 1:10 31:18
**office** 14:1,3 28:4,5,24

**official** 31:16
**Oh** 16:7 29:4
**Okay** 3:7 5:10 7:4 12:8,8 19:4 29:2
**operate** 23:11
**opinion** 25:6
**oral** 3:3
**order** 13:18
**outrageous** 20:20
**outside** 15:12 15:13

**P**
**P** 2:1,1
**Paloian** 2:6 10:20 11:1 11:2,8 17:9 17:11,14,16 17:20,23 18:6,9,12 18:14,17 20:11 22:14 22:19,22 24:7 25:17 26:21 27:5 29:3,19,21 29:24
**Partial** 1:5
**participate** 20:23
**particular** 16:13
**parties** 20:23 24:5 30:3 31:15
**party** 21:1,1
**payments** 14:19
**peanut** 21:5
**people** 21:10 27:11

**period** 12:18 13:11,13
**personally** 15:2
**persons** 19:15
**pertinent** 4:19
**peruse** 9:12
**phone** 2:8,9
**physically** 24:5
**pick** 28:20
**picture** 22:24
**please** 8:15 10:17 16:17 17:22 19:1 19:11 23:3 29:6
**PNC** 5:22
**point** 22:2,17
**pointing** 18:5 18:6
**police** 21:8 29:22
**Pony** 28:15
**pose** 6:13,14 22:12
**position** 20:13 27:10
**possession** 4:7,9 9:9
**pre-negotia...** 5:22 6:16 6:21 7:2
**prepared** 15:19
**presently** 10:18 22:23
**prevent** 27:2
**previously** 3:3 4:24 5:20
**problem** 27:6

**proceedings** 31:6,9,12
**process** 22:10
**produce** 3:19 4:3 6:15 7:5 7:12,21 8:7 11:19,20 14:2
**produced** 5:11 6:2 7:13 8:5,9 9:2
**productive** 14:18 20:17 22:12 23:20
**professional** 26:1,3 30:2
**professiona...** 26:17
**professiona...** 17:8
**proper** 22:12
**properties** 5:15,17 6:6 7:9 14:8 22:8 23:10
**property** 4:21,23 6:1 6:15 7:4,6 12:21 13:1 13:17 14:11 14:12,12
**provided** 3:15 4:6,11 9:6
**Public** 31:17 31:23
**purpose** 24:3 24:12,14
**pursuant** 1:7
**push** 18:22
**pushing** 18:23
**Put** 8:12

**Q**
**question** 6:4 6:7,10,13 6:14 8:5 12:13,20 14:3,6 15:6 15:9,17 16:13 17:1 17:3,4,5 20:7 21:4 22:3,12 24:17 25:5 26:5,18,20
**questions** 8:13 12:9 20:1 21:2 22:5,6,9 24:2,15,20 25:2,22
**quite** 10:19 20:10,14
**quote** 25:5

**R**
**R** 2:1
**re-adjourn...** 30:6
**re-entered** 19:22
**reality** 11:8
**really** 14:9 20:10 24:23 24:24 27:9 27:10,14,16 28:15 29:2
**reason** 7:10 7:11 9:8 23:24
**reasonable** 4:10 25:5 26:3
**recall** 13:8,10 13:20
**Receiver** 2:4

**record** 1:5 9:17,20 12:3,6 19:8 19:14,18,21 21:10 29:15
**records** 3:9 3:13,16,20 4:3,6,17,19 4:21,23 5:1 5:6,7,8,10 6:2,15 7:12 7:13,15,23 8:6,7 9:2,6 9:9,19,21 10:1 11:17 11:18 13:21 13:22
**recount** 24:24
**refuse** 4:5 25:18
**refusing** 3:19 4:2
**regard** 5:14
**rehab** 13:18 14:8
**Rein** 2:2 3:6 10:21 11:4 11:9 17:19 17:22 18:4 18:19,22 19:4,9,11 19:19,24 29:5,8,11 29:15,23
**relentlessly** 26:10
**relishing** 27:7
**repair** 13:18
**Replay** 15:9
**report** 29:22
**reported** 31:8

**reporter** 10:17,24 12:4 19:10 19:17 31:5
**reporting** 31:6
**representing** 20:10
**requested** 7:13 8:6
**require** 22:9 24:21
**requires** 6:4
**reside** 28:21
**respond** 20:7
**response** 20:21
**restate** 24:18
**result** 30:4
**returned** 3:13 4:1,6 4:12 9:22 9:23
**ridiculous** 26:23
**right** 3:23 5:3 6:22 10:5 11:12 12:12 14:4 17:18 21:23 27:6 27:17 29:2
**road** 14:17
**ROBERT** 1:3,6 3:1
**room** 19:6,12 19:16,23 22:1 24:5 27:11 29:14
**rubber** 14:17
**rude** 26:8
**Rule** 1:5
**rules** 1:8

**S**
**S** 2:1,2

**sarcastic** 28:18
**Saudi** 27:18
**Savings** 2:5
**says** 31:4
**schoolboy** 8:17
**screaming** 21:13
**seal** 31:16
**seat** 17:23
**seated** 22:23 22:24
**second** 15:6 29:16
**secrecy** 28:1
**security** 17:16,17,18 19:2,15 20:15 21:8 27:5,21,21 29:22 30:1 30:4,7
**sell** 14:8
**selling** 12:12 12:17 13:4
**sense** 15:24 20:17 24:21
**service** 3:21 11:21
**serving** 18:24
**seven** 10:15 17:24
**ship** 28:3,6 28:11,13
**shorthand** 31:5,8
**show** 19:11
**shut** 17:10,12
**signature** 31:16
**silence** 21:23
**simple** 4:14
**Sir** 29:11

**sit** 17:14,15 17:22 18:9 18:12,17 19:1,24 24:1 25:8 25:10,11,13 25:14,21
**sitting** 24:5 25:4,23 29:12
**six** 17:23
**sold** 14:21 23:10
**soliloquy** 11:13
**somebody** 14:13
**sorry** 15:20 29:22
**South** 6:17 6:18,18
**sparring** 16:8
**speak** 12:23 21:14 23:23
**SPEARE** 1:7 31:3,23
**specific** 4:21 5:14,24 6:15 7:9 12:21,21 13:1
**ss** 31:1
**stand** 23:1,6 23:12,14 24:11 26:10
**standing** 17:24
**start** 10:14 12:9 22:13
**starts** 22:14
**STATE** 31:1
**statement** 9:14 10:8,9 10:16,22

| | | | **V** | **weren't** | **Z** |
|---|---|---|---|---|---|
| 11:7,8 | **team** 18:7 | 8:3 | **valued** 15:3 | 25:21 | |
| 21:19 23:22 | **teaming** 18:8 | **told** 3:17 | **valueless** | **West** 1:8 | **0** |
| **statements** | **techniques** | 11:22 | 22:6 | 6:19,19 | |
| 11:10 | 23:19 | **tone** 8:21 | **various** 5:9 | 28:8 | **1** |
| **step** 15:12 | **tell** 16:3 | 10:4 | 24:4 | **wholly** 26:24 | **10:02** 10:18 |
| **stepping** | **tender** 4:15 | **TORF** 2:3 | | **willing** 24:1 | **10:06** 19:12 |
| 15:13 | 5:2 | **train** 15:7 | **W** | 25:21 | **10:07** 19:10 |
| **STEVEN** 2:8 | **tendered** | **transcribed** | **wait** 15:6 | **withhold** 9:8 | **10:25** 29:14 |
| **stop** 12:17 | 4:10,24 | 31:9 | 19:2 | 10:1 | **10:29** 29:17 |
| **stopped** 13:5 | 5:20 9:23 | **transcript** | **walking** | **withholding** | **11** 1:3 |
| 13:12,14,14 | **terrible** | 31:11 | 29:19 | 4:18,22 | **12** 15:22 |
| **straight** 8:18 | 24:20 | **treat** 18:10 | **want** 11:10 | 9:11 | **1738** 6:19 |
| **Street** 1:9 | **terrier** 26:22 | **treated** 10:12 | 12:3 16:1,8 | **witness** 3:2 | **1742** 6:20 |
| **subpoena** | **testified** 3:4 | 18:15 | 16:13 18:8 | 10:23 11:12 | **1748** 6:17 |
| 4:20 7:14 | **testify** 27:12 | **tribunal** 10:2 | 19:17 20:3 | 17:6,10,12 | **18** 15:4 |
| 8:6 | **thing** 22:9 | **true** 9:3 | 25:3,13 | 17:15,17 | **18-09130** 1:3 |
| **succeeding** | **things** 22:21 | 31:11 | 27:9,10,14 | 18:2,5,10 | **1843** 6:18 |
| 16:4,19 | **think** 4:9,10 | **trustee** 2:6 | 27:16 28:16 | 18:13,16,18 | **1918** 28:8 |
| 17:6 | 11:12 20:18 | 18:23 20:11 | 29:21 | 18:20 19:2 | |
| **Suite** 1:9 | 20:19 21:3 | 20:23 23:4 | **wanted** 13:15 | 19:5,22 | **2** |
| **summarize** | 23:17 26:14 | 23:5 | 23:21 | 20:2 29:4,7 | **2004** 1:5 |
| 6:1 | 26:16 | **trying** 26:24 | **wants** 24:7 | 29:10 31:16 | 20:22,24 |
| **summarizing** | **thinking** 23:8 | 27:1,2,4 | **Washington** | **word** 11:12 | **2014** 12:10 |
| 6:3 | **thinks** 23:14 | **two** 3:20 4:3 | 2:4 12:18 | **worked** | 13:4,7,18 |
| **sure** 4:13 | **thought** 15:7 | 10:20,21 | 13:4,6,12 | 14:22 | 13:23 14:2 |
| 5:19 12:4 | 26:8 | 19:15 23:23 | 13:19 | **worthless** | 24:22 |
| 12:15 18:6 | **threaten** | 25:17,20 | **wasn't** 9:15 | 22:7 | **2015** 13:9 |
| 20:11,14 | 22:15,16 | 27:20 | 22:18 | **wrestling** | **2018** 1:10 |
| 23:5 25:18 | **threatened** | | **watched** | 18:7 | 31:19 |
| 27:21 | 22:18,19 | **U** | 27:11 | **wrong** 23:16 | **23rd** 1:10 |
| **sworn** 3:3 | 29:24 | **U.S** 1:1 | **water** 18:2 | | 31:18 |
| 31:4 | **threatening** | **unable** 25:2 | 22:22 24:12 | **X** | **2943** 6:19 |
| | 29:23 | 30:1 | 27:8 | | |
| **T** | **three** 27:11 | **undersigned** | **we'll** 8:12 | **Y** | **3** |
| **tactics** 26:23 | 29:20 | 31:13 | 20:3 25:3 | **yeah** 16:7 | **365** 24:24 |
| **tag** 18:7,8 | **thugs** 21:8 | **understand** | 26:12 29:15 | 17:20 27:19 | **3700** 1:9 |
| **take** 14:15 | 22:16 | 12:13 20:5 | **we're** 8:2 | 27:19 29:5 | |
| 15:22 20:4 | **time** 10:18 | 21:3 24:17 | 17:7 21:17 | **years** 23:10 | **4** |
| 25:3 26:12 | 11:19 12:19 | 24:19 | 22:1 26:16 | 24:23 | **4:30** 11:23 |
| 27:10 29:5 | 13:11 15:3 | **unfair** 28:21 | **we've** 10:17 | **yesterday** | **4126** 6:18 |
| **taken** 1:6,7,8 | 15:15 17:5 | **unit** 28:9,10 | 10:19 | 3:14,18 | |
| 28:19 | 18:24 19:9 | **unreasona...** | **went** 22:22 | 4:13 8:2 9:6 | **5** |
| **tall** 25:1 | 21:4 25:23 | 4:11 | 27:18 | 11:22 12:3 | **5:00** 11:24 |
| **task** 25:1 | **today** 3:10 | **unsettle** 27:4 | | | 12:2 |
| **teach** 16:11 | | **use** 14:24 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **500** 1:8 | | | | | |
| **6** | | | | | |
| **6442** 6:17 | | | | | |
| **6500** 6:17 | | | | | |
| **7** | | | | | |
| **8** | | | | | |
| **833-57** 6:19 | | | | | |
| **9** | | | | | |
| **9:53** 1:10 | | | | | |