## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Robert M. Kowalski, | ) | Case No. 18-09130 |
| | ) | |
| Debtor. | ) | |

### MOTION TO PURGE CIVIL CONTEMPT INCARCERATION

NOW COMES, the Debtor, Robert M. Kowalski, by and through his attorney, Ernesto Borges, Esq. of Ledford, Wu & Borges, and for his Motion to Purge Civil Contempt Incarceration, states as follows:

### October 4, 2018 Order

1. On October 4, 2018, Debtor was ordered to appear on October 22, 2018 and October 23, 2018 at the offices of counsel for FDIC-R at 500 West Madison Street, Suite 3700, Chicago, Illinois.

2. In full compliance with the October 4, 2018 Order, Debtor appeared promptly on both days and the Rule 2004 Examination commenced.

3. On October 23, 2018, the Rule 2004 examination could not be completed due to the Chapter 11 Trustee menacing a witness subject to Federal Court Order.

4. On October 22, 2018, the Debtor presented two boxes with documentation responsive to the FDIC-R's Subpoena. On October 23, 2018 only one box was returned.

### Purge

5. On November 1, 2018, Debtor tendered an additional five boxes of documentation to FDIC-R who refused to accept the boxes, demanding on being produced the documents at its offices.

6.  This court found Debtor to be in civil contempt of court and incarcerated Debtor in the Metropolitan Correctional Center.

7.  On November 1, 2018, before 5:00 p.m., Debtor tendered an additional fourteen boxes to FDIC-R at its offices, producing an Affidavit of same.

8.  Debtor has similarly purge his contempt by producing from memory alone a list of tenants and rental income as he has no access to documents in jail and which are now in the the FDIC-R's possession.

9.  Debtor responds to the questions unanswered from the October 23, 2018 2004 examination as follows:

Page 7

Q   Did you produce all the records, Mr. Kowalski?

A   Yes.

\*\*\*

Page 12

Q   Did you stop completing and selling homes on behalf of Washington Federal at some period of time?

A.  No.

Page 15

Q   Did Mr. Gembara benefit personally?

A   Yes.

10. This Court heard the testimony of Ms. Lira who was sworn and testified truthfully and honestly. The Court was able to observe the advanced state of Ms. Lira's pregnancy, being in her ninth month.

11. The incarceration of Debtor is very stressful to Ms. Lira and not in the best interests of her and the baby.

12. Debtor deserves the right to be present at the birth of his child.

13. Having fully complied with the Subpoena to the best of his ability, Debtor should be released immediately.

WHEREFORE, the Debtor, Robert M. Kowalski, respectfully requests that this Honorable Court enter an Order:

A. Releasing Debtor, Robert M. Kowalski, from the custody of the U.S. Marshall forthwith; and

B. For such other and further relief as this Court deems just and equitable.

Respectfully submitted,

One of Debtor's Attorneys
Ledford, Wu & Borges, LLC
105 W. Madison, 23rd Floor
Chicago, Illinois 60602
312/853-0200