# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                    )    Chapter 11
                                          )
Robert M. Kowalski,                       )    Case No. 18-09130
                                          )
    Debtor.                               )

## AFFIDAVIT

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

I, Jan R. Kowalski, hereby make solemn oath and say that:

1. I am an attorney at law, duly admitted to practice in the State of Illinois, and maintain an office for the practice of law at 1918 West Cermak Road, Chicago, Illinois 60608.

2. On November 1, 2018, I dropped off 14 files boxes to 500 West Madison Street, Chicago, Illinois at 4:52 p.m. to a file clerk with the law offices of Horwood, Marcus & Berk, Cthd.

3. On November 1, 2018 at 4:52 p.m., I simultaneously received one (1) file box from the law offices of Horwood, Marcus & Berk, Chtd.

_Jan R. Kowalski_

Subscribed and sworn to
Before me this 1st day of
November, 2018.

_____
Notary Public

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Robert M. Kowalski, | ) | Case No. 18-09130 |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS. |
| COUNTY OF COOK | ) | |

I, Jan R. Kowalski, hereby make solemn oath and say that:

1. I am an attorney at law, duly admitted to practice in the State of Illinois, and maintain an office at 1918 West Cermak Road, Chicago, Illinois 60608.

2. On October 22, 2018, Debtor brought **2 boxes** to his 2004 examination.

3. On November 1, 2018, Debtor brought **5 boxes** to courtroom 680 in the Dirksen building, 219 S. Dearborn, Chicago, Illinois.

4. On November 1, 2018, I dropped off **14 boxes** at the offices of Horwood, Marcus & Berk, Chtd., 500 W. Madison Street, Chicago, Illinois.

5. On November 2, 2018, I dropped off **23 boxes** at the offices of Horwood, Marcus & Berk, Chtd., 500 W. Madison Street, Chicago, Illinois.

6. To date, Debtor has provided Horwood, Marcus & Berk with a total of **44 boxes**.

_____
Jan R. Kowalski

Subscribed and sworn to
Before me this 5th day of
November, 2018.

_____
Notary Public