# EXHIBIT 1



THIS CHECK IS PROTECTED WITH A VOID PANTOGRAPH - OTHER SECURITY FEATURES DETAILED ON BACK.

**CASHIER'S CHECK**

CHECK # 10227384
Br 64

REMITTER Robert Kowalski

Aug 13,2018

PAY TO THE ORDER OF Premium Title

$64,084.35

Sixty-Four Thousand Eighty-Four and 35/100

Byline Bank
180 N. LaSalle St. Chicago, IL 60601
(773) 244-7000 • Member F.D.I.C.

Lindsay Corby

⑈10227384⑈ ⑆071001533⑆ 9957069⑈

| | | | | | |
|---|---|---|---|---|---|
| 10/1/2018 | 110 | 940017293 | 82 | $64,084.35 | 9957069 |

Check deposited at Bank of America, NA Indianapolis Indiana
ABA #111000025

The security features listed below, as well as those not listed, exceed industry standards.

Security Features: Chemical Protection, Fluorescent Fibers, MicroPrint Signature Line, Watermark

Results of document alteration:
- Stains or spots appear with chemical alteration.
- Visible under ultraviolet light.
- Void if signature line is unreadable under magnification.
- Visible watermark on back of check.

FEDERAL RESERVE BANK REGULATION CC

Seq 00096 09/28/18
BAT 089843 CC:8850000294
WT:01 LTPS:Dallas CT
BC:Chicago-Clark & Madison BC IL1-113

Seq: 96
Batch: 089843
Date: 09/28/18

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE:
X
Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

| | | | | | |
|---|---|---|---|---|---|
| 10/1/2018 | 110 | 940017293 | 82 | $64,084.35 | 9957069 |

**CASHIER'S CHECK**
**BANK CREDIT COPY**

CHECK# **10227385**

REMITTER: Robert Kowalski

PAY TO THE ORDER OF: Premium Title

Date 08/13/18  12:20 PM
Branch 64
User ID NAC110B
Teller/Till 545  -198
Seq Nbr 31
Fee Amt 5.00
Check Amt $3,000.00
Tran Desc Official Check Sales

*** Three Thousand and 00/100

**NON-NEGOTIABLE**

⑈10227385⑈ ⑆071001533⑆ 9957069⑈ 010

8/13/2018   110   64658015   10   $3,000.00   9957069

Not cashed as of 10.11.2018

0064658015

>071001533<
Byline Bank #064
2018-08-11
0064658015
Batch 152067006

43  08/11/18 12:2  64  -  545-198
ACCT
REF  9990160051
Check Sold 10227385
Official Check Sales    $3,000.00

8/13/2018   110   64658015   10   $3,000.00   9957069

TE 000295



THIS CHECK IS PROTECTED WITH A VOID PANTOGRAPH - OTHER SECURITY FEATURES DETAILED ON BACK.

CASHIER'S CHECK

CHECK # 10227223
Br 64

REMITTER Robert Kowalski

Apr 24,2018

PAY TO THE ORDER OF Robert Kowalski

$4,500.00

***Four Thousand Five Hundred and 00/100

Byline Bank
180 N. LaSalle St. Chicago, IL 60601
(773) 244-7000 • Member F.D.I.C.

⑈10227223⑈ ⑆071001533⑆ 9957069⑈

9/28/2018 110 940008373 82 $4,500.00 9957069

Check deposited at Bank of America, NA Indianapolis Indiana
ABA #111000025

The security features listed below, as well as those not listed, exceed industry standards.
Security Features: Chemical Protection, Fluorescent Fibers, MicroPrint Signature Line, Watermark
Results of document alteration: • Stains or spots appear with chemical alteration. • Visible under ultraviolet light. • Void if signature line is unreadable under magnification. • Visible watermark on back of check.
*FEDERAL RESERVE BANK REGULATION CC

Seq: 19
Batch: 053947
Date: 09/27/18

Seq:00019 09/27/18
BAT:053947 CC:8858830215
WT:01 LTPS:Dallas CT
BC:Ashland & Roosevelt BC IL4-421

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

ENDORSE HERE:
X

9/28/2018 110 940008373 82 $4,500.00 9957069