UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Robert M. Kowalski, | ) | Case No. 18-09130 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Part 1: Identity of appellant(s)

1. Name of appellant: Robert M. Kowalski
2. Position of appellant in the adversary proceeding or bankruptcy case that is subject of this appeal: Debtor

Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: November 1, 2018 Orders; November 5, 2018 Order, November 7, 2018 Order; November 9, 2018 Orders, November 15, 2018 Order and November 16, 2018 Orders and all orders in the procedural progression including the October 4, 2018 Order
2. State the date on which the judgment, order, or decree was entered: November 1, 2018 Orders; November 5, 2018 Order, November 7, 2018 Order; November 9, 2018 Orders, November 15, 2018 Order and November 16, 2018 Orders and all orders in the procedural progression including the October 4, 2018 Order

Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: FDIC as Receiver for Washington Federal Bank for Savings
   Attorney: Rick Rein, Esq. and Jason Torf, rrein@hmblaw.com, jtorf@hmblaw.com Horwood, Marcus & Berk, Chtd., 500 W. Madison Street, Suite 3700, Chicago, Illinois 60661
2. Party: Martha Padilla, 1512 West Polk Street, Chicago, Illinois 60607
   Attorney: Karen Porter, Esq., porterlawnetwork@gmail.com , 230 W. Monroe, Suite 240, Chicago, Illinois 60606 and Geraldine Holt, Esq., gwholt@holtlawgroup.com , 180 N. LaSalle Street, Suite 3700, Chicago, Illinois 60601

PAID
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 30 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

3. Party: Parkway Bank & Trust, 4800 N. Harlem Avenue, Harwood Heights, IL 60706
   Attorney: Sheryl Fyock, Esq., sfyock@llflegal.com, Latimer LeVay Fyock LLC, 55 West Monroe Street, Suite 1100, Chicago, Illinois 60603
4. Party: Joel Levin
   Attorney: Neil Gantz, Esq., neilgantz@yahoo.com 105 West Madison, Suite 901, Chicago, Illinois 60602
5. Party: JP Morgan Chase, Mail code LA4-555, 700 Kansas Lane, Monroe, LA 71203
   Attorney: Todd Ruchman, Esq., amps@manleydeas.com
6. Party: William Kowalski
   Attorney: Kevin Flynn, Esq., kevin@kmflynnlaw.com 190 S. LaSalle Street, Suite 3850, Chicago, Illinois 60603
7. Party: 5305-7 West Leland Avenue Condominium Association
   Attorney: Ronald Kapusta, Esq., ndaily@ksnlaw.com, Kovitz Shifrin Nesbit, 175 N. Archer Ave., Mundelein, IL 60060
8. Party: United States Trustee
   Attorney: Patrick S. Layng, USTPRegion11.ES.ECF@usdoj.gov, 219 S. Dearborn Street, Room 873, Chicago, Illinois 60604
9. Party: Internal Revenue Service,
   Attorney: PO Box 7346, Philadelphia, PA 19101-7346
10. Party: Illinois Department of Revenue
    Attorney: PO Box 64338, Chicago, IL 60664-0291
11. Party: Capital One Auto Finance c/o AIS Portfolio Services, LP
    Attorney: 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118
12. Party: Ally Bank
    Attorney: PO Box 130424, Roseville, MN 55113-0004
13. Party: Discover Bank
    Attorney: PO Box 3025, New Albany, OH 43054-3025
14. Party: The Huntington National Bank
    Attorney: PO Box 89424, Cleveland, OH 44101-8539
15. Party: Capital One Bank (USA), N.A.
    Attorney: PO Box 71083, Charlotte, NC 28272-1083
16. Party: Premier Bankcard, LLC
    Attorney: Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-9617
17. Party: AT&T Corp., c/o AT&T Services, Inc. and Illinois Bell Telephone Company
    Attorney: Karen Cavagnaro, Esq., One AT&T Way, Room 3A104, Bedminster, NJ 07921
18. Party: Merrick Bank
    Attorney: Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368
19. Party: ACAR Leasing Ltd d/b/a GM Financial Leasing
    Attorney: PO Box 183853, Arlington, TX 76096

<u>Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)</u>

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. Section 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

_____ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

<u>Part 5: Sign below</u>

_Robert M. Kowalski_          Date  11-30-2018
Signature of attorney for appellant
(or appellant if not represented by an attorney)
Name, address, and telephone number of attorney
(or appellant if not represented by an attorney)
Robert Kowalski, Esq.
1918 West Cermak Road
Chicago, Illinois 60608
312/218-3030