# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-09130 |
| | ) | |
| ROBERT M. KOWALSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jaqueline P. Cox |
| | ) | |

## AFFIDAVIT OF JAMES B. SOWKA

**STATE OF ILLINOIS** )
) ss:
**COUNTY OF COOK** )

I, James B. Sowka, being first duly sworn on oath, depose and state as follows:

1. I am licensed to practice law in the State of Illinois and before the United States District Court for the Northern District of Illinois. I am a partner at the law firm of Seyfarth Shaw LLP ("Seyfarth"), and I am authorized to execute this affidavit (the "Affidavit") on its behalf.

2. I submit this Affidavit pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016, and 11 U.S.C. § 327, and in support of the attached Application of Chapter 7 Trustee Gus A. Paloian (the "Trustee") to Employ Seyfarth Shaw LLP as His Counsel Retroactively (the "Application"), the contents of which Application I believe to be true and accurate.

3. Except as otherwise indicated and except for facts stated herein that are matters of public record, I have personal knowledge of the facts set forth in this Affidavit.

52589614v.1

4. This captioned case (the "Case") was commenced as a voluntary bankruptcy case under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on March 29, 2018.

5. On August 3, 2018, the United States Trustee moved for the approval of its appointment of Gus A. Paloian as the Chapter 11 Trustee for the Estate (Dkt. 101).

6. On August 7, 2018, an Order was entered approving the appointment of Gus A. Paloian as Chapter 11 Trustee of the Estate (Dkt. 106).

7. On August 29, 2018, the Trustee filed an Application to Employ Seyfarth as his counsel in the Chapter 11 Case ("Retention Application") (Dkt. 142). On September 6, 2018, the Bankruptcy Court entered an order granting the Trustee's Retention Application (Dkt. 154).

8. On November 30, 2018, the Bankruptcy Court entered an order converting the Case to one under Chapter 7 of the Bankruptcy Code (Dkt. 276). On December 3, 2018 Gus A. Paloian, was appointed to serve as Chapter 7 Trustee in the Case (Dkt. 281).

9. The Trustee has asked Seyfarth, and Seyfarth is willing, to represent him and the captioned bankruptcy estate as general bankruptcy counsel under Section 327(a) of the Bankruptcy Code. The Trustee also has informed Seyfarth, and Seyfarth understands and agrees, that its compensation and reimbursement of expenses shall be subject to Court approval upon proper application, following appropriate notice and hearing, and in accordance with any applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and any other procedures required by or applicable Orders of the Court.

10. The current hourly rates for the professionals who are most likely, at this time, to represent the Chapter 7 Trustee on an as-needed basis are, as follows:

| PROFESSIONAL | TITLE | PRIMARY PRACTICE AREA | 2018 HOURLY RATE |
|---|---|---|---|
| Gus A. Paloian | Partner | Bankruptcy | $705.00 |
| James B. Sowka | Partner | Bankruptcy | $515.00 |
| Christopher F. Harney | Associate | Bankruptcy | $455.00 |
| Devvrat Sinha | Associate | Bankruptcy | $385.00 |
| Jennifer M. McManus | Paralegal | Bankruptcy | $330.00 |

11. To the best of my knowledge, information, and belief, no promises have been received by Seyfarth or by any partner, counsel, or associate thereof, as to compensation in connection with the Case other than in accordance with the provisions of the Bankruptcy Code or as set forth herein. To the best of my knowledge, information, and belief, Seyfarth has no agreement with any other entity to share any compensation received by Seyfarth in connection with the Case, except with other attorneys of Seyfarth. To the best of my knowledge, information, and belief, and pursuant to Federal Rule of Bankruptcy Procedure 2016(a), Seyfarth has not agreed to share: (A) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Seyfarth; or (B) any compensation that any other person or party has received or may receive.

12. In preparation for Seyfarth's employment, a conflicts search (the "Search") of Seyfarth's client relationships database (the "Database") was performed to determine whether any connections existed or exist between Seyfarth and those interested parties or potential interested parties in the Case (the "Interested Parties") who are identified in **Exhibit A** (the "Search List"). The Search List was constructed from the Debtor's bankruptcy Schedules,

3

52589614v.1

Statement of Financial Affairs, and other information provided by the Debtor and his counsel. The Search List currently includes 24 parties.

13. Seyfarth's Conflicts Department then produced a report identifying whether any of the Interested Parties were listed in the Database (the "Search Report").[1] The Search Report generally identifies whether a searched entity is listed as a client, or is owned directly by an entity that is listed as a client.

14. Based upon the Search Report, and based upon the matters discussed herein, the connections between the Interested Parties and Seyfarth are twelve (12) parties identified herein (the "Search Results"):

---

[1] For purposes of this affidavit, an entity designated as a "Client" is an entity for which a Seyfarth attorney recorded time within the last year and an entity designated as a "Former Client" is an entity for which a Seyfarth attorney may have recorded time in the past, but where no time has been recorded within the last year.

4

52589614v.1

| ENTITY | CONNECTION WITH THE CASE | SEYFARTH CONNECTION WITH ENTITY | TYPE OF SEYFARTH SERVICES | 2017-2018 FEES OVER ONE PERCENT OF TOTAL REVENUE |
|---|---|---|---|---|
| Capital One, N.A. and Capital One Financial Corp. | None | Client | Real Estate; Labor & Employment | No |
| Chase Bank, and JP Morgan Chase | None | Client | Corporate; Real Estate | No |
| Costco | None | Client | Labor & Employment | No |
| Discover Financial Services | None | Client | Labor & Employment | No |
| FDIC | None | Client | Employee Benefits | No |
| Home Depot | None | Client | Real Estate | No |
| Huntington National Bank (aka Huntington Bank) | None | Former Client | Bankruptcy Litigation; Corporate | No |
| Midland Loan Services, and parent company PNC Financial Services Group | None | Client | Real Estate | No |
| Washington Federal Inc. (aka Washington Federal Bank) | None | Client | Labor & Employment | No |

15. Seyfarth attorneys also own, and may in the future own, stock in public companies that may in some manner be connected to the Case.

52589614v.1

16. To the extent that the Trustee determines that it will be necessary to take action in the Case against any entity identified on the Search List, and to the extent that Seyfarth determines that it cannot obtain a full conflict waiver or otherwise represent the Trustee in any such matter, the Trustee will engage separate counsel for such representation, subject to this Court's prior approval.

17. To the best of my knowledge, information, and belief, and except as otherwise stated herein, neither I, nor any other Seyfarth partner, counsel, or associate has any connection with the Debtor, the Debtor's creditors, or any other parties known to me to be in interest herein, or their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as otherwise stated herein and as follows: (A) the Trustee is a member of the private panel of bankruptcy trustees maintained in the Northern District of Illinois by the Office of the United States Trustee; (B) James B. Sowka previously served with the Office of the United States Trustee: (i) as a student extern in the Miami, Florida office between approximately June 2003 and August 2003; and (ii) as a trial attorney in the Miami, Florida office between September 19, 2004, and February 18, 2007; and (iii) as a trial attorney in the Chicago, Illinois office between February 18, 2007, and July 21, 2008; and (C) as disclosed in the Search Results based on the information contained in the Search List.

18. Despite the efforts described above to identify and disclose Seyfarth's connections with parties-in-interest in the Case, because Seyfarth is a large organization with thousands of clients, Seyfarth is unable to state with unqualified certainty that every client relationship or other connection that it has or may have with the Case has been disclosed. In this regard, Seyfarth will seasonably amend this Affidavit to the extent that it becomes aware of material information or relationships which it determines require further disclosure.

FURTHER AFFIANT SAYETH NOT

_____
James B. Sowka

Subscribed and sworn to before
me this 18th day of December, 2018.

_____
Notary Public

# EXHIBIT A

## ROBERT M. KOWALSKI
## SEARCH LIST

| |
|---|
| Adam Brief |
| Ally Financial |
| Andrew Hunt |
| Benita Jones |
| Bombardier |
| Burros Blancos, LLC |
| Candice Manyak |
| Capital One |
| Capital One Auto Finance |
| Cardworks/CW Nexus |
| Chase Card Services |
| Chase Mtg |
| Citibank |
| Citibank North America |
| Citicards |
| Citicorp Credit Services |
| Connie Jean Warner |
| Costco Go Anywhere |
| Credit One Bank NA |
| Denise Ann Delaurent |
| Discover Financial |
| Elizabeth Brusa |
| Federal Deposit Insurance Corporation |
| First Premier Bank |
| Ha Nguyen |
| Huntington Bank |

| |
|---|
| Illinois Department of Revenue |
| Indomitable, LLC |
| Internal Revenue Service |
| Invincible, LLC |
| Jeffrey Snell |
| Jennifer Toth |
| Jeremiah Nelson |
| Joanne W. Burne |
| Julie Hearn |
| Kathryn M. Gleason |
| Kathryn O'Kelly |
| Keith E. Manikowski |
| Kimberly Bacher |
| Laura Mccabe |
| M. Gretchen Silver |
| Maria Kaplan |
| Marie Yapan |
| Martha Padilla |
| Michelle M. Engel |
| Midland Loan Services |
| Pamela Hillman |
| Parkway Bank & Trust Company |
| Patricia A. Parker |
| Patricia Brasier |
| Patrick S. Layng |
| Piorun Properties LLC |
| Rita Mierzwa |
| Robert J. Wakefield |
| Robert M. Kowalski |
| Roman L. Sukley |

52589614v.1

| |
|---|
| Sandra George-Booker |
| Stephen G. Wolfe |
| Syncb PLCC |
| The Home Depot |
| Thomas Thornton |
| United States Trustee |
| Washington Federal Bank for Savings |

52589614v.1