# EXHIBIT 1

Bank of America Legal Order Processing
Regarding reference number: D113018000152
Court case number: 18-09130
Court or issuer: SEYFARTH SHAW, LLP
Court case name: JAN KOWALSKI CLIENT TRUST ACCOUNT

### AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Daniel Caudillo
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Daniel Caudillo, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| ILLINOIS IOLTA TRUST ACCOUNTS JAN KOWALSKI CLIENT TRUST ACCOUNT | 7233 | STATEMENTS | 03/2018 - 11/2018 |

3.) **Production.**
    ___x___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

    _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _12 - 13 - 2018_   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__X__ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this ( _3th_ day of _December 2018_ In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Arizona
City/County of Phoenix, Maricopa

DANIEL CLARK
NOTARY PUBLIC - ARIZONA
Maricopa County
Commission # 540119
My Commission Expires
February 11, 2022

*Personal Service*
*Brett Balcar*
*800 Samoset Dr*
*Newark, OE 19713*
*12:50pm 11/26/18*

B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Robert Kowalski,

           Debtor

**SUBPOENA IN A CASE UNDER
THE BANKRUPTCY CODE**

Case No. * 18-09130

To:

Chapter 11

Bank of America, N.A.
ATTN: Legal Order Processing,
800 Samoset Dr., Newark, Delaware 19173

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
(1) Account information regarding the account where the attached Byline Bank cashier's checks were deposited including the name and address of the account holder.
(2) Bank account statements from the period of March 29, 2018 to present for the account where the attached Byline Bank cashier's checks were deposited.

| PLACE | DATE AND TIME |
|---|---|
| Devvrat Sinha | December 14, 2018 at 10 AM |
| Seyfarth Shaw, LLP | |
| 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606 | |
| Documents may be produced electronically by email to dsinha@seyfarth.com | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

      Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *D Sinha* | 11-21-18 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Devvrat Sinha, Seyfarth Shaw LLP, 233 S. Wacker Dr. Ste. 8000, Chicago, IL 60606

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

American LegalNet, Inc.
www.FormsWorkflow.com

B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
             DATE                              SIGNATURE OF SERVER

                                             _____
                                             ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2007, made applicable in cases under the Bankruptcy Code by Rule 9016, Federal Rules of Bankruptcy Procedure:

(c) Protecting a Person Subject to a Subpoena.
(1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.
(2) Command to Produce Materials or Permit Inspection.
(A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.
(3) Quashing or Modifying a Subpoena.
(A) When Required. On timely motion, the issuing court must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) When Permitted. To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information;
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or
(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial
(C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

(d) Duties in Responding to a Subpoena.
(1) Producing Documents or Electronically Stored Information. These procedures apply to producing documents or electronically stored information:
(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
(D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
(2) Claiming Privilege or Protection.
(A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(e) Contempt.
The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

American LegalNet, Inc.
www.FormsWorkflow.com



THIS CHECK IS PROTECTED WITH A VOID PANTOGRAPH - OTHER SECURITY FEATURES DETAILED ON BACK.

**CASHIER'S CHECK**

REMITTER    Robert Kowalski

CHECK #    **10227223**
Br 64

Apr 24,2018

PAY TO THE
ORDER OF    Robert Kowalski

**$4,500.00**

•••Four Thousand Five Hundred and 00/100

**Byline Bank™**

180 N. LaSalle St. Chicago, IL 60601
(773) 244-7000 • Member F.D.I.C.

*Lindsay Corby*

⑊ ███7223⑊ ⑊071001533⑊ 9957069⑊

9/28/2018    110    ███8373    82    $4,500.00    9957069

Check deposited at Bank of America, NA Indianapolis Indiana
ABA #111000025



Seq: 19
Batch: 053947
Date: 09/27/18

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

Seq:00019 09/27/18
DAT:053947 CC:8358303215
WT:01 LTPS:Dallas CT
BC:Ashland & Roosevelt BC IL4-421

9/28/2018    110    ███8373    82    $4,500.00    9957069



10/1/2018        110        ████7293        82        $64,084.35        9957069

Check deposited at Bank of America, NA Indianapolis Indiana
ABA #111000025



10/1/2018        110        ████7293        82        $64,084.35        9957069



# Invoice

**Bank Of America**
**Legal Order Processing**
AZ1-200-21-95
PO Box 15047
Wilmington, DE 19850
213-580-0702

***BILL TO***
SEYFARTH SHAW, LLP

DEVVRAT SINHA
233 S WACKER DRIVE STE 8000
CHICAGO, IL 60606

| | |
|---|---|
| **Case # :** | D113018000152 |
| **Invoice Id :** | Invoice - 588375 |
| **Date of Invoice :** | 12/13/2018 |
| **Court Case Name :** | JAN KOWALSKI CLIENT TRUST ACCOUNT |
| **Court Case # :** | 18-09130 |
| EIN: 94-1687665 | |

**Amt Paid :**
Please remit top half w/payment to the above address. Please include case number on payment.

## Invoice Details

| Quantity | Description of services/Financial Records Provided | Cost Per Item | Extended Amount |
|---|---|---|---|
| 0 | Copies of Checks | 0.25 | $0.00 |
| 21 | Copies of Statements Pages | 0.25 | $5.25 |
| 0 | Copies of Documents | 0.25 | $0.00 |
| 0 | Copies of Deposits | 0.25 | $0.00 |
| 0 | Copies of Offset | 0.25 | $0.00 |
| 0 | Copies of Account Records and Loan Documents | 0.25 | $0.00 |
| 0 | Copies of Complete Loan Files | 30.00 | $0.00 |
| 0.00 | Supervisor Time | 0.00 | $0.00 |
| 1.00 | Generalist Time | 20.00 | $20.00 |
| 0.00 | Witness Hours Amount | 0.00 | $0.00 |
| 0.00 | Mileage Amount | 0.00 | $0.00 |
| | Postage Amount | | $4.49 |
| | Media Cost | | $0.00 |
| | Other | | $0.00 |
| | **Sub Total** | | **$29.74** |
| | ***Less Deposits/Payments Received*** | | **$0.00** |
| | **Refund** | | **$0.00** |
| | **Amount due on Receipt** | | **$29.74** |

Invoice Remarks:



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Public Service Trust Account

for November 1, 2018 to November 30, 2018          Account number: ████████ 7233

**ILLINOIS IOLTA TRUST ACCOUNTS     JAN KOWALSKI CLIENT TRUST ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2018 | $0.00 | # of deposits/credits: 8 |
| Deposits and other credits | 226,842.57 | # of withdrawals/debits: 18 |
| Withdrawals and other debits | -201,500.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $17,722.83 |
| Service fees | -0.00 | |
| **Ending balance on November 30, 2018** | **$25,342.57** | |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #▮▮▮▮▮7233   |   November 1, 2018 to November 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and      Equal Housing Lender

**Bank of America**

**Your checking account**

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #████████7233   |   November 1, 2018 to November 30, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/09/18 | Counter Credit | | 813003052346460 | 25,000.00 |
| 11/13/18 | Counter Credit | | 813003352705257 | 30,000.00 |
| 11/14/18 | Counter Credit | | 813003552764715 | 30,000.00 |
| 11/15/18 | Counter Credit | | 813003752463454 | 25,000.00 |
| 11/19/18 | Counter Credit | | 813004052687879 | 25,000.00 |
| 11/21/18 | Counter Credit | | 813004652019564 | 25,000.00 |
| 11/23/18 | Counter Credit | | 813004752957088 | 21,500.00 |
| 11/29/18 | Counter Credit | | 813005552080064 | 45,342.57 |
| **Total deposits and other credits** | | | | **$226,842.57** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/13/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr ROOSEVELT AND CANAL    #0000280 IL Confirmation# 2987113104 | | 957611139957369 | -10,000.00 |
| 11/13/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr PILSEN - 18TH & PAULINA  #0000369 IL Confirmation# 1613373349 | | 957511139959038 | -15,000.00 |
| 11/14/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr ASHLAND & ROOSEVELT    #8890215 IL Confirmation# 4023492629 | | 957611149941298 | -15,000.00 |
| 11/15/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr LAKE LASALLE        #8896042 IL Confirmation# 4031895190 | | 957611159924846 | -10,000.00 |
| 11/15/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr 135 SOUTH LASALLE      #8898213 IL Confirmation# 4032135824 | | 957611159930964 | -10,000.00 |

*continued on the next page*

ILLINOIS IOLTA TRUST ACCOUNTS  |  Account #███████ 7233  |  November 1, 2018 to November 30, 2018

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/16/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr 135 SOUTH LASALLE      #8898213 IL Confirmation# 2938988693 | | 957611169962536 | -30,000.00 |
| 11/19/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr LAGRANGE          #8890136 IL Confirmation# 1647556549 | | 957511199909022 | -10,000.00 |
| 11/19/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr ROOSEVELT AND CANAL     #0000280 IL Confirmation# 1648146540 | | 957511199959755 | -5,000.00 |
| 11/19/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr 135 SOUTH LASALLE      #8898213 IL Confirmation# 2566057274 | | 957611199906086 | -5,000.00 |
| 11/20/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr 135 SOUTH LASALLE      #8898213 IL Confirmation# 0473233835 | | 957511209963867 | -5,000.00 |
| 11/20/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr CLARK & MADISON      #0000294 IL Confirmation# 1673760478 | | 957511209917291 | -5,000.00 |
| 11/21/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr 135 SOUTH LASALLE      #8898213 IL Confirmation# 0481780540 | | 957511219975772 | -15,000.00 |
| 11/23/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr CHICAGO CERMAK AND WESTE #0000290 IL Confirmation# 0400549798 | | 957511239923005 | -5,000.00 |
| 11/23/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr PILSEN - 18TH & PAULINA  #0000369 IL Confirmation# 0400628933 | | 957511239931077 | -20,000.00 |
| 11/27/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr 135 SOUTH LASALLE      #8898213 IL Confirmation# 0434845972 | | 957511279963514 | -21,500.00 |
| 11/30/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr PILSEN - 18TH & PAULINA  #0000369 IL Confirmation# 0460960353 | | 957511309960144 | -10,000.00 |
| 11/30/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr LAKE LASALLE         #8896042 IL Confirmation# 0461136544 | | 957511309991591 | -5,000.00 |
| 11/30/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr 135 SOUTH LASALLE      #8898213 IL Confirmation# 2561229416 | | 957611309929225 | -5,000.00 |

**Total withdrawals and other debits**                                                   **-$201,500.00**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/09 | 25,000.00 | 11/16 | 20,000.00 | 11/23 | 21,500.00 |
| 11/13 | 30,000.00 | 11/19 | 25,000.00 | 11/27 | 0.00 |
| 11/14 | 45,000.00 | 11/20 | 15,000.00 | 11/29 | 45,342.57 |
| 11/15 | 50,000.00 | 11/21 | 25,000.00 | 11/30 | 25,342.57 |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #████████7233   |   November 1, 2018 to November 30, 2018

This page intentionally left blank

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

# Your Public Service Trust Account

for October 1, 2018 to October 31, 2018                    Account number: ▮▮▮▮▮ 7233

**ILLINOIS IOLTA TRUST ACCOUNTS      JAN KOWALSKI CLIENT TRUST ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2018 | $64,840.35 | # of deposits/credits: 5 |
| Deposits and other credits | 89,934.35 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -154,774.70 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $1,416.27 |
| Service fees | -0.00 | |
| **Ending balance on October 31, 2018** | **$0.00** | |

PULL: F   CYCLE: 54   SPEC: 0   DELIVERY: P   TYPE:   IMAGE: A   BC: II

Page 1 of 4

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

# Bank of America

**Your checking account**

ILLINOIS IOLTA TRUST ACCOUNTS  |  Account # ███ 7233  |  October 1, 2018 to October 31, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/09/18 | Counter Credit | | 813004052304055 | 6,500.00 |
| 10/09/18 | Counter Credit | | 813004152679992 | 600.00 |
| 10/12/18 | Counter Credit | | 813004752565161 | 79,084.35 |
| 10/19/18 | Counter Credit | | 813002852898915 | 750.00 |
| 10/25/18 | Counter Credit | | 813003652367369 | 3,000.00 |
| **Total deposits and other credits** | | | | **$89,934.35** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 10/01/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr ROOSEVELT AND CANAL     #0000280 IL Confirmation# 1624365508 | | 957510019975714 | -756.00 |
| 10/01/18 | Customer Withdrawal Image | | 813003052083661 | -64,084.35 |
| 10/11/18 | Customer Withdrawal Image | | 813004652516942 | -7,100.00 |
| 10/12/18 | WIRE TYPE:WIRE OUT DATE:181012 TIME:1544 ET TRN:2018101200385386 SERVICE REF:012891 BNF:ATTORNEY'S TITLE GUARANTY ID:1790823 BNF BK:BM O HARRIS BANK N.A. ID:071000288 PMT DET:YY9AMTGW6 Other reference: 180297357968 | | 903710120385386 | -75,682.86 |
| 10/15/18 | Customer Withdrawal Image | | 813005152429735 | -3,401.49 |
| 10/29/18 | Customer Withdrawal Image | | 813004152003422 | -3,750.00 |
| **Total withdrawals and other debits** | | | | **-$154,774.70** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 10/09 | 7,100.00 | 10/11 | 0.00 | 10/12 | 3,401.49 |

*continued on the next page*

**ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #████████7233   |   October 1, 2018 to October 31, 2018**

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 10/15 | 0.00 | 10/25 | 3,750.00 | 10/29 | 0.00 |
| 10/19 | 750.00 | | | | |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

## Business Advantage

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Public Service Trust Account

for September 1, 2018 to September 30, 2018                    Account number: ██████ 7233
**ILLINOIS IOLTA TRUST ACCOUNTS      JAN KOWALSKI CLIENT TRUST ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2018 | $20,000.00 | # of deposits/credits: 15 |
| Deposits and other credits | 329,892.92 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -285,052.57 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $25,770.52 |
| Service fees | -0.00 | |
| **Ending balance on September 30, 2018** | **$64,840.35** | |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account # ████ 7233   |   September 1, 2018 to September 30, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and   Equal Housing Lender

 **Bank of America**

**Your checking account**

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account # ██████ 7233   |   September 1, 2018 to September 30, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 09/06/18 | Counter Credit | | 813005352763641 | 10,000.00 |
| 09/07/18 | Counter Credit | | 813005552910697 | 25,000.00 |
| 09/07/18 | WIRE TYPE:WIRE IN DATE: 180907 TIME:1339 ET TRN:2018090700321326 SEQ:G0182502875701/383438 ORIG:SERVICELINK NLS. LLC ID:000759697931 SND BK:C ITIBANK, N.A. ID:0008 PMT DET:RETURN/REJECT OF GLO BAL/FED REF F0182430F39F01 DATED 08/31/18 REJECT B | | 903709070321326 | 2,500.00 |
| 09/10/18 | Counter Credit | | 813002852968549 | 30,000.00 |
| 09/10/18 | Counter Credit | | 813002952456480 | 1,650.00 |
| 09/11/18 | Counter Credit | | 813003152086871 | 30,000.00 |
| 09/11/18 | Counter Credit | | 813003052823370 | 1,050.00 |
| 09/12/18 | Counter Credit | | 813003352046300 | 26,750.00 |
| 09/13/18 | Counter Credit | | 813003452597405 | 21,500.00 |
| 09/14/18 | Counter Credit | | 813003652722507 | 25,000.00 |
| 09/17/18 | Counter Credit | | 813003952917783 | 27,500.00 |
| 09/20/18 | Counter Credit | | 813004452882033 | 22,480.00 |
| 09/21/18 | Counter Credit | | 813004652833621 | 23,776.00 |
| 09/27/18 | Counter Credit | | 813005452345668 | 18,602.57 |
| 09/28/18 | Counter Credit | | 813002652628047 | 64,084.35 |

**Total deposits and other credits** **$329,892.92**

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account # ▆▆▆▆▆ 7233   |   September 1, 2018 to September 30, 2018

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 09/05/18 | Customer Withdrawal Image | | 813005152391035 | -20,000.00 |
| 09/07/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr CLARK & MADISON        #0000294 IL Confirmation# 1635507423 | | 957509079986161 | -10,000.00 |
| 09/10/18 | Customer Withdrawal Image | | 813002852968548 | -25,000.00 |
| 09/11/18 | Customer Withdrawal Image | | 813003052823369 | -30,000.00 |
| 09/12/18 | Customer Withdrawal Image | | 813003352046306 | -31,650.00 |
| 09/13/18 | Customer Withdrawal Image | | 813003452113387 | -29,250.00 |
| 09/14/18 | Customer Withdrawal Image | | 813003652722511 | -21,500.00 |
| 09/17/18 | Customer Withdrawal Image | | 813003952917788 | -25,000.00 |
| 09/19/18 | Customer Withdrawal Image | | 813004352212778 | -25,000.00 |
| 09/21/18 | Customer Withdrawal Image | | 813004652744241 | -25,010.00 |
| 09/24/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr LAGRANGE            #8890136 IL Confirmation# 0663176164 | | 957509249984032 | -1,020.00 |
| 09/25/18 | Customer Withdrawal Image | | 813005152295646 | -23,010.00 |
| 09/28/18 | Customer Withdrawal Image | | 813002652628051 | -18,612.57 |
| **Total withdrawals and other debits** | | | | **-$285,052.57** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 20,000.00 | 09/12 | 30,300.00 | 09/21 | 24,796.00 |
| 09/05 | 0.00 | 09/13 | 22,550.00 | 09/24 | 23,776.00 |
| 09/06 | 10,000.00 | 09/14 | 26,050.00 | 09/25 | 766.00 |
| 09/07 | 27,500.00 | 09/17 | 28,550.00 | 09/27 | 19,368.57 |
| 09/10 | 34,150.00 | 09/19 | 3,550.00 | 09/28 | 64,840.35 |
| 09/11 | 35,200.00 | 09/20 | 26,030.00 | | |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #          7233   |   September 1, 2018 to September 30, 2018

This page intentionally left blank

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #⬛⬛⬛⬛ 7233   |   September 1, 2018 to September 30, 2018

This page intentionally left blank

ILLiNOIS IOLTA TRUST ACCOUNTS   |   Account #███████7233   |   September 1, 2018 to September 30, 2018

This page intentionally left blank

This page intentionally left blank



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL 60608-4237

## Your Public Service Trust Account

for August 1, 2018 to August 31, 2018      Account number: ███████7233

**ILLINOIS IOLTA TRUST ACCOUNTS     JAN KOWALSKI CLIENT TRUST ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2018 | $4,500.00 | # of deposits/credits: 2 |
| Deposits and other credits | 22,500.00 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -7,000.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $2,000.00 |
| Service fees | -0.00 | |
| **Ending balance on August 31, 2018** | **$20,000.00** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender

Page 2 of 4


**Bank of America**

**Your checking account**

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account # ████ 7233   |   August 1, 2018 to August 31, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/31/18 | Counter Credit | | 813004452158274 | 20,000.00 |
| 08/31/18 | Counter Credit | | 813004552242343 | 2,500.00 |
| **Total deposits and other credits** | | | | **$22,500.00** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 08/02/18 | Customer Withdrawal Image | | 813003052719248 | -3,000.00 |
| 08/27/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr CHICAGO CERMAK AND WESTE #0000290 IL Confirmation# 2921671962 | | 957608279958732 | -1,500.00 |
| 08/31/18 | WIRE TYPE:WIRE OUT DATE:180831 TIME:1625 ET TRN:2018083100531292 SERVICE REF:025691 BNF:SERVICE LINK, LLC ID:759697931 BNF BK:CITIBANK , N.A. ID:021272655 PMT DET:WE7ZWAC6C Trade relate d FE50510 9441 S INDIAN//A AVE CHICAGO IL 60619 | | 903708310531292 | -2,500.00 |
| **Total withdrawals and other debits** | | | | **-$7,000.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | 4,500.00 | 08/27 | 0.00 | 08/31 | 20,000.00 |
| 08/02 | 1,500.00 | | | | |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #███████7233   |   August 1, 2018 to August 31, 2018

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

## Business Advantage

**Customer service information**

📠 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Public Service Trust Account

for July 1, 2018 to July 31, 2018                    Account number: ███ 7233
ILLINOIS IOLTA TRUST ACCOUNTS      JAN KOWALSKI CLIENT TRUST ACCOUNT

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2018 | $6,175.00 | # of deposits/credits: 1 |
| Deposits and other credits | 4,500.00 | # of withdrawals/debits: 4 |
| Withdrawals and other debits | -6,175.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $3,350.80 |
| Service fees | -0.00 | |
| **Ending balance on July 31, 2018** | **$4,500.00** | |

PULL: F  CYCLE: 54   SPEC: 0  DELIVERY: P  TYPE:   IMAGE: A  BC: II

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account # ██████ 7233   |   July 1, 2018 to July 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America**

# Your checking account

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #████████ 7233   |   July 1, 2018 to July 31, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 07/30/18 | Counter Credit | | 813005552385443 | 4,500.00 |
| **Total deposits and other credits** | | | | **$4,500.00** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 07/02/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr CHICAGO CERMAK AND WESTE #0000290 IL Confirmation# 1555802881 | | 957507029938963 | -2,500.00 |
| 07/16/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr PILSEN - 18TH & PAULINA #0000369 IL Confirmation# 0375861051 | | 957507169913746 | -1,175.00 |
| 07/30/18 | ID TLR cash withdrawal from CHK 7233 Banking Ctr CHERRY CREEK #1000436 ID Confirmation# 1580393408 | | 957507309970604 | -250.00 |
| 07/31/18 | Customer Withdrawal Image | | 813002752445938 | -2,250.00 |
| **Total withdrawals and other debits** | | | | **-$6,175.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 07/01 | 6,175.00 | 07/16 | 2,500.00 | 07/31 | 4,500.00 |
| 07/02 | 3,675.00 | 07/30 | 6,750.00 | | |

This page intentionally left blank

This page intentionally left blank

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #███████7233   |   July 1, 2018 to July 31, 2018

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

# Your Public Service Trust Account

for June 1, 2018 to June 30, 2018          Account number: ███ 7233

ILLINOIS IOLTA TRUST ACCOUNTS        JAN KOWALSKI CLIENT TRUST ACCOUNT

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2018 | $11,175.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -5,000.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $7,341.66 |
| Service fees | -0.00 | |
| **Ending balance on June 30, 2018** | **$6,175.00** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and      Equal Housing Lender

# Bank of America

**Your checking account**

ILLINOIS IOLTA TRUST ACCOUNTS  |  Account # ███████ 7233  |  June 1, 2018 to June 30, 2018

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 06/08/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr CHICAGO CERMAK AND WESTE #0000290 IL Confirmation# 0647939826 | | 957506089989743 | -5,000.00 |
| **Total withdrawals and other debits** | | | | **-$5,000.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 06/01 | 11,175.00 | 06/08 | 6,175.00 |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #████ 7233   |   June 1, 2018 to June 30, 2018

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

## Your Public Service Trust Account

for May 1, 2018 to May 31, 2018                    Account number: ████7233

ILLINOIS IOLTA TRUST ACCOUNTS      JAN KOWALSKI CLIENT TRUST ACCOUNT

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2018 | $0.00 | # of deposits/credits: 2 |
| Deposits and other credits | 26,175.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -15,000.00 | # of days in cycle: 31 |
| Checks | -0.00 | Average ledger balance: $12,446.77 |
| Service fees | -0.00 | |
| **Ending balance on May 31, 2018** | **$11,175.00** | |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account # ████████7233   |   May 1, 2018 to May 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# Bank of America ⟩⟩⟩

## Your checking account

ILLINOIS IOLTA TRUST ACCOUNTS  |  Account # ███ 7233  |  May 1, 2018 to May 31, 2018

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/07/18 | Counter Credit | | 813004652186971 | 15,000.00 |
| 05/10/18 | Counter Credit | | 813005152198972 | 11,175.00 |
| **Total deposits and other credits** | | | | **$26,175.00** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 05/09/18 | Customer Withdrawal Image | | 813004952259205 | -10,000.00 |
| 05/31/18 | IL TLR cash withdrawal from CHK 7233 Banking Ctr LAKE LASALLE          #8896042 IL Confirmation# 0679635281 | | 957505319960455 | -5,000.00 |
| **Total withdrawals and other debits** | | | | **-$15,000.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/07 | 15,000.00 | 05/10 | 16,175.00 | 05/31 | 11,175.00 |
| 05/09 | 5,000.00 | | | | |

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #   7233   |   May 1, 2018 to May 31, 2018

This page intentionally left blank

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #          7233   |   May 1, 2018 to May 31, 2018

This page intentionally left blank

ILLINOIS IOLTA TRUST ACCOUNTS   |   Account #       7233   |   May 1, 2018 to May 31, 2018

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

## Business Advantage

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Public Service Trust Account

for April 1, 2018 to April 30, 2018                    Account number: ▮▮▮▮ 7233

**ILLINOIS IOLTA TRUST ACCOUNTS      JAN KOWALSKI CLIENT TRUST ACCOUNT**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on April 1, 2018 | $0.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $0.00 |
| Service fees | -0.00 | |
| **Ending balance on April 30, 2018** | **$0.00** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL  60608-4237

## Business Advantage

**Customer service information**

📟  1.888.BUSINESS (1.888.287.4637)

🖳  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Public Service Trust Account

for March 1, 2018 to March 31, 2018                     Account number: 1■■■■7233

**ILLINOIS IOLTA TRUST ACCOUNTS      JAN KOWALSKI CLIENT TRUST ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on March 1, 2018 | $0.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 31, 2018** | **$0.00** |

# of deposits/credits: 0

# of withdrawals/debits: 0

# of days in cycle: 31

Average ledger balance: $0.00

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

-   Tell us your name and account number.
-   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
-   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender