# EXHIBIT A



Bank of America

rec'd 12/2/

December 03, 2018

ILLINOIS IOLTA TRUST ACCOUNTS
JAN KOWALSKI CLIENT TRUST ACCOUNT
1918 W CERMAK RD
MAIN FLOOR
CHICAGO, IL 60608-4237

Regarding reference number: D113018000152
Case name: JAN KOWALSKI CLIENT TRUST ACCOUNT
Case number: 18-09130

We've received a subpoena, summons, or both, pertaining to the above referenced case.

**What you need to know**
We're obligated to comply and produce the requested records and information. Unless we receive a court order ordering us not to do so, we'll be producing the documents on December 13, 2018. If you wish to contest this request, you should consult with an attorney as soon as possible. Please be advised that the party that issued the request doesn't disclose the reason for the request of your records.

**What you need to do**
If you need further information, please contact the party that issued the request. Any questions or concerns you may have regarding this subpoena, summons, or both, should be addressed directly with the requestor. We've listed the contact information below:

SEYFARTH SHAW, LLP
DEVVRAT SINHA
233 S WACKER DRIVE STE 8000
CHICAGO, IL 60606

If you need to forward any additional correspondence to us regarding this case, please fax it to us at 980.233.7070.

**Questions?**
If you have any additional questions, please call us at 800.432.1000, Monday through Friday 7 a.m. to 10 p.m. or Saturday 8 a.m. to 5 p.m. local time. To speak with a Spanish-speaking associate please call us at 800.688.6086. For hearing impaired assistance, TTY or TDD, please call us at 800.288.4408.

Legal Order Processing