# EXHIBIT 1



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK                                                                                                    312-435-5670

January 8, 2019

Mr. Devvrat Sinha
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL  60603

Via Electronic Mail:  dsinha@seyfarth.com

Dear Mr. Sinha,

Thank you for your telephone call.  A review of our records has revealed that Jan R. Kowalski is not a member of this Court's general or trial bar.  Thank you for bringing this to our attention.

Sincerely,

*[signature]*

Thomas G. Bruton