# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In the Matter of | ) |
| | ) Civil Action No. |
| Robert M. Kowalski | ) 18 C 7228 |

## EXECUTIVE COMMITTEE ORDER

The Executive Committee has become aware that Robert M. Kowalski has been loud and disrespectful of the court and court personnel. Further, he has become verbally combative with judges and often refuses to follow court procedures or respect the authority of the judge.

Mr. Kowalski's inappropriate conduct has raised concerns among the Court, the Clerk's Office, and the U.S. Marshals Service.

The Executive Committee finds that there is sufficient cause for concern regarding Mr. Kowalski's conduct if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois, therefore

**IT IS HEREBY ORDERED** That to maintain judicial security, Robert M. Kowalski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or at the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and

**IT IS FURTHER ORDERED** That a representative of the U.S. Marshals Service shall accompany Mr. Kowalski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and

**IT IS FURTHER ORDERED** That failure to comply with this order may lead to further sanctions, and

**IT IS FURTHER ORDERED** That a miscellaneous file with the title "In the matter of Robert M. Kowalski" and case number 18 C 7228 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.

**IT IS FURTHER ORDERED** That the Clerk shall cause a copy of this order to be mailed to Mr. Kowalski at 1918 West Cermak Road, Chicago, IL 60608, the address provided by Mr. Kowalski in documents filed on October 9, 2018. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge

Dated at Chicago, Illinois this 30th day of October, 2018