# EXHIBIT A

## Paloian, Gus

| | |
|---|---|
| **From:** | Paloian, Gus |
| **Sent:** | Thursday, September 13, 2018 1:32 PM |
| **To:** | Jan Kowalski |
| **Cc:** | Paloian, Gus |
| **Subject:** | Rent Payment for your Office at 1918 W Cermak |

Ms. Kowalski, Please forward to me your rental payments for your office space at 1918 W. Cermak for the months of August and September 2018 and for each month thereafter. Thanks.

**Gus Paloian** | Partner
Chicago | Ext: 735936 (+1-312-460-5936)
gpaloian@seyfarth.com