# EXHIBIT B

## Paloian, Gus

| | |
|---|---|
| **From:** | Paloian, Gus |
| **Sent:** | Tuesday, December 18, 2018 12:28 PM |
| **To:** | 'ernestoborges@aol.com' |
| **Cc:** | Robert Kowalksi; 'Jan Kowalski' |
| **Subject:** | Possession of Premises located at 1918 W Cermak, Unit 1 |

Demand is hereby made to turnover no later than January 8, 2019, possession of the premises located at 1918 W. Cermak, Unit 1, Chicago Illinois (the "Premises"). Have all copies of the keys for the Premises delivered to Two Blue Property Management c/o Baker Thompson at 1000 N. Milwaukee, Unit 201, Chicago, Illinois 60642.