**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Robert M. Kowalski | : Case No.: 18-09130 |
| | : Chapter 7 |
| Debtor. | : Judge Jacqueline P. Cox |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Gus Paloian
131 South Dearborn Street, Suite 2400
Chicago, IL 60606

**Notified via US Postal Service**

Robert M. Kowalski
1707 S. Newberry Ave.
Chicago, IL 60608

Robert M. Kowalski
Peter J. Haleas
Marilyn Tzakis
1512 Polk Street
Chicago, IL 60607


Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201

18-011114_VMP

Please take notice that on February 19, 2019, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox, 219 South Dearborn, Courtroom 680, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## **AFFIDAVIT OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, on 11th day of February, 2019, unless a copy was provided electronically by the Clerk of the Court.

Date  February 11, 2019                             /s/  Todd J. Ruchman
                                                    Signature

18-011114_VMP

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Gus Paloian, 131 South Dearborn Street, Suite 2400, Chicago, IL 60606

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 11, 2019:

Robert M. Kowalski, 1707 S. Newberry Ave., Chicago, IL 60608

Robert M. Kowalski, Bridgeview Bank and Trust Company, as trustee under trust agreement dated April 24, 1993 and known as trust number 1-2228, Peter J. Haleas and Marilyn Tzakis, 1512 Polk Street, Chicago, IL 60607

Washington Federal Bank for Savings, c/o FDIC, 1601 Bryan Street, Dallas, TX 75201

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on February 11, 2019.

/s/ Todd J. Ruchman

18-011114_VMP

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Robert M. Kowalski | : Case No.: 18-09130 |
| | : Chapter 7 |
| Debtor. | : Judge Jacqueline P. Cox |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF THE ESTATE (FIRST MORTGAGE)

JPMorgan Chase Bank, National Association ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay and for abandonment of property under Bankruptcy Code §554 as to real property commonly referred to as 1512 Polk Street, Chicago, IL 60607 ("Property"). In support of the Motion, the Movant states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Robert M. Kowalski ("Debtor") filed a Chapter 11 case on March 29, 2018, ("Petition Date") and converted to a Chapter 7 bankruptcy on November 30, 2018.

3. As of the Petition Date, the Movant was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

18-011114_VMP

4. The above described Mortgage was given to secure an Adjustable Rate Note, ("Note"), dated May 8, 1998 and made payable to the Movant in the original sum of $382,000.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Movant perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Cook County Recorder's Office on May 18, 1998. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

7. As of December 28, 2018, the outstanding principal of the Note was $302,903.07 and the outstanding interest was $11,313.58.

8. The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

    a. Debtor has no equity in the Property. Movant believes that the Property has a value of $507,890.00 based on the 2017 Assessor's Value, which is attached hereto as Exhibit "D". Movant believes Washington Federal Bank for Savings has an interest in the sum of $651,375.97. Including the Movant's lien, there are liens in an aggregate amount of $965,592.62 on the Property. The estimated principal balance is $302,903.07 with additional interest estimated at $11,313.58, totaling a secured claim of approximately $314,216.65. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in this Property. Based upon the lack of equity in the Property, Movant asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

18-011114_VMP

    b. The Movant is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since March 1, 2018 through December 2018.

WHEREFORE, Creditor prays for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 of the Bankruptcy Code and for abandonment of property under Bankruptcy Code §554 as to the Creditor and its principal, successors, heirs and assigns with respect to the subject property located at 1512 Polk Street, Chicago, IL 60607. Additionally, Creditor requests the Fed.R.Bankr.P. 4001(a)(3) be waived so that the Order Terminating the Automatic Stay have immediate effect.

        Respectfully submitted,

        /s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

18-011114_VMP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and for Abandonment of Property of the Estate (First Mortgage) was served on the parties listed below via e-mail notification:

- U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

- Trustee, Gus A Paloian, Seyfarth, Shaw, Et Al, 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606

- Ernesto D Borges, Attorney for Robert M. Kowalski, Ledford Wu and Borges, 105 W Madison Street, 23 floor, Chicago, IL 60602, notice@billbusters.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 11, 2019:

- Robert M. Kowalski, 1707 S. Newberry Ave., Chicago, IL 60608

- Robert M. Kowalski, 1512 Polk Street, Chicago, IL 60607

- Washington Federal Bank for Savings, c/o FDIC, 1601 Bryan Street, Dallas, TX 75201

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and for Abandonment of Property of the Estate (First Mortgage) was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on February 11, 2019.

/s/ Todd J. Ruchman

18-011114_VMP

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-09130<br>Northern District of Illinois<br>Eastern Division<br>Mon Feb 11 13:20:43 CST 2019 | Ally Financial Inc. f/k/a GMAC Inc<br>PO Box 130424<br>Roseville, MN 55113-0004 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602-4600 | Parkway Bank & Trust Company<br>c/o Sheryl A. Fyock<br>Latimer LeVay Fyock LLC<br>55 West Monroe Street<br>Suite 1100<br>Chicago, IL 60603-5128 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| 5305-07 W. Leland Avenue Condominium Associa<br>c/o Kovitz Shifrin Nesbit<br>175 N. Archer Ave.<br>Mundelein, IL 60060-2301 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | AT&T Corp<br>% AT&T Services, Inc.<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 |
| Bombardier/CBNA<br>P. O. Box 6000<br>Sioux Falls, SD 57117-6000 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One Auto Finance<br>Attn: General Correspondence/BK<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cardworks/CW Nexus<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Mtg<br>PO Box 24696<br>Columbus, OH 43224-0696 |
| Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citicards Cbna<br>Citicorp Credit Svc/Centralized Bankrupt<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | City of Chicago<br>121 N. LaSalle St., Ste 400<br>Chicago, IL 60602-1264 |
| Costco Go Anywhere Citicard<br>Centralized Bk/Citicorp Credit Card Srvs<br>Po Box 790040<br>St Louis, MO 63179-0040 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | FDIC as Receiver for Washington Federal<br>Bank of Savings Eric S. Rein<br>Horwood Marcus & Berk Chartered<br>500 W. Madison St. Suite 3700<br>Chicago, IL 60661-4591 | FDIC, as Receiver for<br>Washington Federal Bank for Savings<br>c/o Eric S. Rein, Horwood Marcus & Berk<br>500 W. Madison St., Suite 3700<br>Chicago, IL 60661-4591 |

| | | |
|---|---|---|
| Federal Deposit Insurance Corp<br>c/o Joyce Gist Lewis<br>1230 Peachtree Street NE Suite 1075<br>Atlanta, GA 30309-3626 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Geraldine W. Holt<br>Attorney at Law<br>180 N. LaSalle Street, 37th Floor<br>Chicago, IL 60601-2809 |
| Huntington Natl Bk<br>Attn: Bankruptcy<br>Po Box 340996<br>Columbus, OH 43234-0996 | IL Dept of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | Illininois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0291 |
| Illinois Bell Telephone Company<br>% AT&T Services, Inc.<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Indomitable LLC<br>1918 W. Cermak<br>Chicago, IL 60608-4237 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.Chase Records Cente<br>Attn:Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | JPMorgan Chase Bank, NA<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Joel Levin<br>c/o Neil Gantz<br>105 W Madison, Ste. 901<br>Chicago, IL 60602-4664 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Martha Padilla<br>1512 W. Polk<br>Chicago, IL 60607-3119 | Martha Padilla<br>1512 W. Polk Street<br>Chicago, IL 60607-3119 |
| Midland Loan Services<br>c/o DFIC Portfolio Servicing<br>P. O. Box 25965<br>Shawnee Mission, KS 66225-5965 | Midland Loan Services<br>c/o FDIC Portfolio Servicing<br>P. O. Box<br>Shawnee Mission, KS 66225-5965 | Office of the U.S. Trustee<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604-2027 |
| Parkway Bank & Trust<br>4800 N. Harlem Avenue<br>Harwood Heights, IL 60706-3577 | Piorun Properties LLC<br>1918 W. Cermak<br>Chicago, IL 60608-4237 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Syncb/PLCC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | The Huntington National Bank<br>P O Box 89424<br>Cleveland, OH 44101-6424 | Washington Federal Bank for Savings<br>c/o FDIC<br>1601 Bryan Street<br>Dallas, TX 75201-3401 |
| William Kowalski<br>1742 N. Larabee<br>Chicago, IL 60614-5634 | William Kowalski<br>c/o Kevin M. Flynn<br>Kevin M. Flynn & Associates<br>190 S. LaSalle, Suite 3850<br>Chicago, IL 60603-3431 | Ernesto D Borges<br>Borges and Wu, LLC<br>105 W Madison Street<br>23rd Floor<br>Chicago, IL 60602-4647 |
| Gus A Paloian<br>Seyfarth, Shaw, Et Al<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, IL 60606-6448 | Jan R Kowalski<br>1918 West Cermak Road<br>Chicago, IL 60608-4237 | Jan R. Kowalski, Esq.<br>1918 West Cermak Road<br>Chicago, IL 60608-4237 |

```
Joel Levin                          Jorge Sanchez                       Patrick S Layng
Levin & Associates                  4400 south wentworth                Office of the U.S. Trustee, Region 11
180 N LaSalle St                    chicago, il   60609-3655            219 S Dearborn St
Ste 1822                                                                Room 873
Chicago, IL 60601-2604                                                  Chicago, IL 60604-2027


Robert M. Kowalski
1707 S. Newberry Ave.
Chicago, IL 60608-2333
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)5305-07 W. Leland Avenue Condominium Assoc   (u)ACAR Leasing LTD d/b/a GM Financial Leasin   (u)Ark Attorneys at Law


(u)FDIC as Receiver for Washington Federal Ba   (u)JPMorgan Chase Bank N.A.                     (u)Kutchins, Robbins & Diamond LTD


(du)Kutchins, Robbins & Diamond, Ltd.           (u)Pearson Realty Group                         (u)Seyfarth Shaw LLP


(u)Two Blue Property Management Company         (d)Capital One Auto Finance, a division of Ca   (d)Indomitable, LLC
                                                4515 N Santa Fe Ave. Dept. APS                  1918 W. Cermak
                                                Oklahoma City, OK 73118-7901                    Chicago, IL 60608-4237


(d)Parkway Bank & Trust Company,                (u)Aminur Imran Khan                            (u)Baker Thompson
c/o Sheryl A. Fyock,
Latimer LeVay Fyock LLC
55 West Monroe Street, Suite 1100
Chicago, IL 60603-5128


(u)Martha Padilla                               (d)Martha Padilla                               (u)R Baker Thompson
                                                1512 W. Polk Street
                                                Chicago, IL 60607-3119


(u)William Kowalski                             End of Label Matrix
                                                Mailable recipients    63
                                                Bypassed recipients    19
                                                Total                  82
```