IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** <br><br> **ROBERT M. KOWALSKI,** <br><br> Debtor. | Case No. 18-09130 <br> Chapter 7 <br><br> Hon. Jacqueline P. Cox |
| **GUS A. PALOIAN**, not individually, but solely in his capacity as the duly-appointed Trustee for the estate of Robert M. Kowalski, <br><br> Plaintiff, <br> v. <br><br> **JAN KOWALSKI,** <br><br> Defendant. | Adv. Pro. No. 19-0066 |

### AFFIDAVIT OF MATTHEW C. CHRISTOFF

**STATE OF ILLINOIS**     )
                                            )   ss:
**COUNTY OF COOK**       )

I, Matthew C. Christoff being first duly sworn on oath, depose and state as follows:

1.  I am licensed to practice law in the State of Illinois. I am an attorney at the law firm of Seyfarth Shaw LLP in the eDiscovery and Information Governance, and Commercial Litigation practice groups.

2.  In addition to being a licensed and practicing attorney, I hold an EnCase Certified Examiner ("EnCE") certification in computer forensics.

3.  I have analyzed the files stored on the USB flash drive tendered by Jan Kowalski on Februrary 11, 2019. The USB flash drive contains the following eight (8) Microsoft Word files:

  a. attorney engagement agreement burros 1817.docx

  b. attorney engagement agreement city v piorun 1118.docx

  c. attorney engagement agreement indomitable 1118.docx

  d. attorney engagement agreement piorun 63017.docx

  e. attorney engagement agreement piorun and milagros 718.docx

  f. burros blancos invoice no. 1 flat fee.docx

  g. indomitable invoice 81118.docx

  h. piorun invoice 9118.docx

4. I have reviewed the content and associated metadata for each of the eight (8) Microsoft Word files.

5. Attached hereto as **Exhibit A** is a spreadsheet identifying specific metadata extracted from each of the eight (8) Microsoft Word files ("Kowalski Metadata Chart" or "Chart"). The metdata properties shown on the Kowalski Metadata Chart for each file include "Authors," "Content Created," "Date Last Saved," and "Revision Number." I assisted with preparation of the Kowalski Metadata Chart and I am familiar with its contents.

6. The Kowalski Metadata Chart is a true and accurate representation of the metadata extracted from each of the eight (8) Microsoft Word files on the USB flash drive tendered by Jan Kowalski.

7. The "Authors" metadata property indicates the name registered to the Microsoft Word application that originally saved the Microsoft Word file for the first time. Once a Microsoft Word file has been "saved" or "saved as" for the first time from within the Microsoft Word application, the "Authors" metadata property will bear the name registered to the Microsoft Word application at the time of that original save action. If the same file is

55008173v.2

subsequently modified, the "Authors" metadata property will not change, but will still bear the name registered at the time of the the original creation of the file.

8. The "Last Saved By" metadata property indicates the name registered to the Microsoft Word application that most recently saved the Microsoft Word file.

9. The "Content Created" metdata property represents the date and time that the Microsoft Word file was created. Once a Microsoft Word file has been "saved" or "saved as" for the first time from within the Microsoft Word application, the "Content Created" metadata property will bear the date and time of that original save action. If the same file is subsequently modified, the "Content Created" metadata property will not change, but will still bear the date and time of the original creation of the file.

10. The "Date Last Saved" metadata property represents the date and time that the Microsoft Word file was most recently saved from within the Microsoft Word application.

11. The contents and names of the Microsoft Word files contain dates of 2017 and 2018, thereby implying that they were created in 2017 or 2018. However, the "Content Created" and "Date Last Saved" metadata properties indicate that: (a) three (3) of the files were actually created between 2:28 PM and 2:50 PM on January 11, 2019 and last saved by Jan Kowalski; and (b) the remaining five (5) files were actually created between 3:13 PM and 3:53 PM on January 12, 2019 and last saved by Jan Kowalski.

FURTHER AFFIANT SAYETH NOT

_____
Matthew C. Christoff

Subscribed and sworn to before
me this 13th day of February, 2019.

_____
Notary Public

TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

55008173v.2

# Exhibit A

## In re Robert M. Kowalski, Chapter 7 Case No. 18-09130

### Summary of metadata of electronic documents produced by Jan Kowalski on February 11, 2019.

| File Name | Metadata from each file (Internal Metadata) | | | |
|---|---|---|---|---|
| | Authors | Last Saved By | Content Created | Date Last Saved | Revision Number |
| attorney engagement agreement piorun 63017.docx | Kelly Mitchell | Jan Kowalski | 1/11/19 2:28 PM | 1/11/19 2:28 PM | 2 |
| attorney engagement agreement burros 1817.docx | Kelly Mitchell | Jan Kowalski | 1/11/19 2:37 PM | 1/11/19 2:37 PM | 2 |
| burros blancos invoice no. 1 flat fee.docx | Jan Kowalski | Jan Kowalski | 1/11/19 2:50 PM | 1/11/19 2:50 PM | 2 |
| indomitable invoice 81118.docx | Jan Kowalski | Jan Kowalski | 1/12/19 3:13 PM | 1/12/19 3:39 PM | 3 |
| attorney engagement agreement indomitable 1118.docx | Kelly Mitchell | Jan Kowalski | 1/12/19 3:17 PM | 1/12/19 3:17 PM | 2 |
| attorney engagement agreement piorun and milagros 718.docx | Kelly Mitchell | Jan Kowalski | 1/12/19 3:31 PM | 1/12/19 3:37 PM | 3 |
| piorun invoice 9118.docx | Jan Kowalski | Jan Kowalski | 1/12/19 3:39 PM | 1/12/19 3:39 PM | 2 |
| attorney engagement agreement city v piorun 1118.docx | Kelly Mitchell | Jan Kowalski | 1/12/19 3:53 PM | 1/12/19 3:53 PM | 2 |