UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Robert M. Kowalski<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:    18-09130<br><br>Chapter: 7<br><br>Honorable Jacqueline Cox |

## ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY
## (FIRST MORTGAGE)

This matter is before the Court on the Motion for Relief from Automatic Stay by JPMorgan Chase Bank, National Association (hereinafter "Movant').

The automatic stay is modified to permit Creditor to enforce its rights against the property described as 1512 Polk Street, Chicago, IL 60607 pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 it is ORDERED that the motion is granted. The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Enter:

*Jacqueline Cox*

Dated:    2-19-19

United States Bankruptcy Judge

**Prepared by:**
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.

Rev: 20170105_bko