FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 20 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

Robert Kowalski

Emergency

Case No. 18-9130

### APPLICATION TO SET HEARING ON EMERGENCY MOTION

I hereby certify that I have carefully examined this matter and that there is a true necessity for an emergency motion.

The reason this must be heard as an emergency matter on 2/20/19 _____ is as follows:

petition must be heard as emergency due to body attachment.

I certify further that I have made a good faith effort to resolve this matter without a hearing.

Dated: 2/20/19

Robert M. Kowalski
Movant

312-218-3030
Telephone Number

1918 W. Cermak
Address

robert.224@icloud.com
Email Address

emerg.motion

