**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re Robert M. Kowalski,

       Debtor.                                      Bankr. No. 18-9130

                                                          Chapter 7

                                                          Judge Jacqueline Cox

**Caselaw Mentioned in Court**

    At a hearing on today's date the court mentioned caselaw.

    Those cases are *In re Kenny G. Enterprises, LLC*, 2019 WL 508774 (Bankr. C.D. Cal. 2019) and *In re Yellowstone Mountain Club, LLC*, 585 Fed. Appx. 393 (9th Cir. 2014).

Judge: /s/ Jacqueline P. Cox

Date: March 20, 2019