# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | JACQUELINE P. COX | **Hearing Date** | May 23, 2019 |
| **Bankruptcy Case No.** | 18-09130 | **Adversary No.** | |
| **Title of Case** | In re: Kowalski | | |

**Brief Statement of Motion:** Motion to Purge and/or Otherwise Stay the Order of Contempt at Dkt. No. 569

**Names and Addresses of moving counsel:**
The Court
219 S. Dearborn
Chicago, IL 60604

**Representing:**

## ORDER

**IT IS HEREBY ORDERED** that the Motion to Purge and/or Otherwise Stay the Order of Contempt at Dkt. No. 569 contains several irrelevant grounds for relief including *inter alia*, claims of racism, ex-parte communications and claims against the Executive Committee of the District Court for the Northern District of Illinois. However, the Debtor claims in paragraph 15 of his motion that it is impossible for him to purge his contempt. The March 20, 2019 Order requires the Debtor to turnover $250,000. The Debtor argues impossibility because they are not within his control because the funds at issue were stolen from Jan Kowalski's office at 1918 W Cermak. However, when asked by this Court if he has any knowledge about where the $250,000 is located, he refused to testify asserting his Fifth Amendment Right to remain silent. Accordingly, a civil contemnor may be incarcerated until he either complies with the court's order or adduces evidence as to his present inability to comply with that order. *Wronke v. Madigan*, 26 F. Supp. 2d 1102, 1106 (C.D. Ill. 1998)(citation omitted). For the foregoing reasons, the Motion to Purge and/or Otherwise Stay the Order of Contempt at Dkt. No. 569 is **DENIED**.

*/s/ Jacqueline P. Cox*

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99