# EXHIBIT 5

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

|  |  |  |
|---|---|---|
| IN RE THE MARRIAGE OF | ) | |
| | ) | |
| MARTHA PADILLA, | ) | |
| *Petitioner,* | ) | |
| | ) | Case No.  14 D 6997 |
| and | ) | |
| | ) | |
| ROBERT M. KOWALSKI, | ) | |
| *Respondent.* | ) | |

### NOTICE OF EMERGENCY MOTION

To:   Jan Kowalski, Esq.                      Robert M. Kowalski
        1918 West Cermak Rd.               1918 W. Cermak Road
        Chicago, IL 60609                      Chicago, IL 60609
        Via Email to: jdmaz@hotmail.com    Via Email to: Robert.2263@att.net

        Michael Haber, Esq.                    Joel J. Levin, Esq.
        134 N. LaSalle Street, Suite 2100     Law Offices of Joel Levin
        Chicago, IL 60602                      180 North LaSalle Street, Suite 1822
        Via Email to:                            Chicago, IL 60601
        mhaber@kalcheimhaber.com         jlevin@levinfamilylaw.com

PLEASE TAKE NOTICE that on **November 8, 2016 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable William Boyd or any judge sitting in his stead, in **Courtroom 1605** located at the Richard J. Daley Center, 50 W. Washington Blvd., Chicago, Illinois 60602 and present the attached:

- **Emergency Petition for Rule to Show Cause and for Other Relief**

| | |
|---|---|
| Attorney signature: | *[signature]* |
| Name: | Geraldine W. Holt |
| Firm: | Birnbaum, Haddon, Gelfman & Arnoux, LLC |
| Attorneys for: | Petitioner, Martha Padilla |
| Address: | 180 N. LaSalle Street, 37th Floor |
| City, State, Zip: | Chicago, IL  60601 |
| Telephone: | 312-863-2800 |
| Email: | gholt@bhgafamlaw.com |
| Attorney Code No.: | 32927 |

### CERTIFICATE AND AFFIDAVIT OF DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/109, that the above notice and any attached pleadings were [ ] delivered in open court; [X] emailed to the parties as set forth above [ ] faxed to the parties as set forth above; or [ ] placed in the U.S. mail properly addressed, with first class postage prepaid mailed both certified and regular mail, to the party or parties at the addresses set forth above, on **November 7, 2016.**

Nicole J. Lael                              *[signature] Nicole J. Lael*
Printed Name                              Signature

Atty. No. 32927

IN THE CICUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF          )
                               )
MARTHA PADILLA,                )
          Petitioner,          )
                               )          No. 14 D 6997
  -and-                        )
                               )
ROBERT M. KOWALSKI             )
          Respondent,          )
                               )

**EMERGENCY PETITION FOR RULE TO SHOW CAUSE
AND FOR OTHER RELIEF**

NOW COMES the Petitioner, Martha Padilla, (hereinafter "MARTHA")

by and through her attorney, GERALDINE W. HOLT of BIRNBAUM, HADDON, GELFMAN

& ARNOUX, LLC, pursuant to 750 ILCS 5/511, brings the following Petition for Rule to Show

Cause and For Other Relief, requiring the Defendant, Robert M. Kowalski, (hereinafter

"ROBERT") to show cause why he should not be held in indirect civil contempt of court for

violating certain terms of the Order entered October 20, 2016. In support thereof, MARTHA

states as follows:

**COUNT I – RULE TO SHOW CAUSE**

1.      On October 20, 2016, this Court entered an Order which states, in pertinent part,
the following:

> Paragraph (1) "The parties shall each pay 50% of the following
> expenses directly to the provider on or before the due date as listed:
>      A. Blue Cross Blue Shield of Illinois family health insurance of
> $3,047.66 currently due with each party paying the sum of $1,523.83
> immediately and 50% of all future payments as they come due until further
> order of court.
>      B. University of Illinois tuition installment payment of $3,332.75 when
> due, with each party paying the sum of $1,666.37 on the first of the month

1

commencing November 1, 2016 and each subsequent month due thereafter until further order or court.

C. **Frances Xavier Ward School** tuition currently due in the sum of $4,627.94 on October 25, 2016 to be paid by parties 50% each in installments as set by the school, with each party paying their respective share in a timely manner until further order of Court.

D. **College tuition payments due to Lehigh University** due November 1, 2016 to be paid by each party 50% each contingent upon the child's enrollment for the Spring 2017 semester. All subsequent tuition payments to be paid in a timely manner by the parties 50% each until further order of court."

A copy of the October 20, 2016 Order is attached hereto and incorporated by reference as **EXHIBIT A.**

2.    As of the filing of this instant Petition for Rule to Show Cause, Robert has failed to pay any of the family expenses as ordered on October 20, 2016.

3.    ROBERT'S failure to pay $1,666.37 (50% of $3,332.75) college tuition installment payment due to the University of Illinois ("U of I").

a.    On October 20, 2016, the University of Illinois ("U of I") withdrew funds from MARTHA'S checking account for the total sum due of $3,332.75. A copy of the "Agreement Notification" from the U of I to MARTHA indicating the auto withdrawal of said funds is attached hereto and incorporated by reference as **Exhibit B.** Per the October 20, 2016 court order, ROBERT has an obligation to pay 50% of the funds withdrawn from MARTHA'S account. Although requested to do so, as of the filing of the instant Petition for Rule, ROBERT has failed and continues to refuse to reimburse MARTHA his share of the U of I installment tuition payments deducted from her account. Moreover, ROBERT has failed to pay his share directly to the U of I as ordered.

b.    MARTHA has made further attempts to resolve this issue with ROBERT. On October 24, 2016, MARTHA'S attorney (Geraldine Holt) conducted a telephone

2

conference with ROBERT'S attorney (Jan Kowalski) regarding ROBERT'S failure to pay his share of the U of I tuition. Further explanation was provided to ROBERT'S attorney that in order for the parties to remain on the monthly installment plan with the U of I, auto pay is mandatory. A removal from auto pay will result in termination of the installment agreement, and the total balance of the child's tuition would become immediately payable in full. Therefore, auto pay from MARTHA'S bank account must remain in place. Since ROBERT refuses to reimburse MARTHA for the tuition payments, his payment must reach the U of I and be credited to the child's account no later than the 15th of the month. The auto pay from MARTHA'S account will reflect the difference. Accordingly, MARTHA requested that ROBERT reimburse her directly for the payment that was deducted from her bank account, and that ROBERT insure that future payments are credited to the child's account no later than the 15th of the month. This proposal was further outlined in an email from MARTHA'S attorney to ROBERT'S attorney dated October 24, 2016 that is attached hereto and incorporated by reference as **Exhibit C**.

   c. As of the filing of the instant Petition for Rule, ROBERT has failed to reimburse MARTHA the sum of $1,666.37 as and for his share of the U of I tuition installment payment electronically deducted from her bank account on October 20, 2016. Moreover, ROBERT has failed to pay said sum directly to the U of I as ordered. ROBERT'S conduct is willful and intentional, and should not be tolerated by this Court.

   4. <u>ROBERT'S failure to pay $1,523.83 (50% of $3,047.66) Blue Cross Blue Shield of Illinois family medical insurance premiums.</u> On October 24, 2016, Blue Cross Blue Shield withdrew from MARTHA'S checking account the total sum due of $3,047.66. A document

indicating proof of payment to Blue Cross Blue Shield of Illinois is attached as **EXHIBIT D.**

Per the October 20, 2016 court order, ROBERT has an obligation to pay 50% of the funds

withdrawn from MARTHA'S account. ROBERT was also advised, via his attorney, that funds

were electronically deducted from MARTHA'S bank account for the health insurance premiums

making it necessary that ROBERT reimburse his court ordered share of the expense directly to

MARTHA. *See* Exhibit C. Although requested to do so, ROBERT has failed and continues to

refuse to reimburse MARTHA his share of the family medical insurance premiums. Moreover,

ROBERT has failed to make the payment directly to Blue Cross Blue Shield as ordered.

ROBERT'S conduct is willful and intentional, and should not be tolerated by this Court.

5.    ROBERT'S failure to pay $2,313.97 (50% of $4,627.94) outstanding tuition

payment due to Frances Xavier Warde School ("FXW"). On October 25, 2016, MARTHA paid

her 50% share of the outstanding tuition payment due FXW. A copy of MARTHA'S cancelled

check to FXW is attached hereto and incorporated by reference as **EXHIBIT E.** As of the filing

of this Petition for Rule to Show Cause, ROBERT has failed and continues to refuse to pay his

court order shared of the child's school tuition. Due to ROBERT'S failure to abide by this

Court's order, the child's continued enrollment in school remains in jeopardy. ROBERT'S

conduct is willful and intentional, and should not be tolerated by this Court.

6.    ROBERT'S failure to pay $5,973.16 (50% of $11,946.32) outstanding tuition

payment due to Lehigh University ("Lehigh) on November 1, 2016. The parties' oldest

daughter attends Lehigh University. Prior to being able to register for the Spring 2017 Semester,

the outstanding tuition payment of $11,946.23 must be paid in full. Accordingly, the October 20,

2016 court order requires both parties to pay $5,973.16 to Lehigh so that the child may register

for the Spring 2017 semester. MARTHA'S share of the tuition payment was mailed October 28,

4

2016. A copy MARTHA'S canceled check to Lehigh is attached hereto and incorporated by reference as **EXHIBIT F.** As of the filing of the instant Petition for Rule to Show Cause, ROBERT has failed to pay his share of the tuition payment as ordered. Due to ROBERT'S total disregard of this Court's order, his daughter is unable to register for the Spring 2017 semester to her detriment. Registration is blocked until the entire past due amount is paid in full. This puts a serious strain on the daughter because the classes she needs to meet her requirements for graduation are filling up fast. Unless ROBERT is forced to immediately pay for his share of the daughters' tuition, she will be excluded from registering for classes needed to meet her requirements for graduation. See statement from Lehigh to MARTHA attached hereto and incorporated by reference as **EXHIBIT G.** ROBERT'S conduct is willful and intentional, and should not be tolerated by this Court.

7.    MARTHA is without adequate funds to pay the entire past due amounts of the aforementioned family expenses. Due to the fact that she has been paying 100% of the family expenses for the past 3 years during this litigation, including those expenses of ROBERT, all financial accounts previously maintained by her have been exhausted. ROBERT has outright refused to contribute any financial support to this date.

8.    ROBERT is a man of substantial wealth. On information and belief, ROBERT has access to more than $30,000.00 net income monthly at his disposal. Without cause or justification, and in willful disobedience of this Court's Order, ROBERT has failed to abide by this court's order entered on October 20, 2016.

9.    ROBERT has no legally sufficient reason for his failure to comply with this Court's Order entered on October 20, 2016.

5

10.    ROBERT'S failure to comply with the Order is without compelling cause or Justification, and MARTHA is entitled to attorney's fees and cost pursuant to Section 508(b) of the Illinois Marriage and Dissolution of Marriage Act.

11.    MARTHA'S affidavit in support of this petition follows.

**WHEREFORE**, the Petitioner, MARTHA PADILLA, prays that this Honorable Court:

A.    Issue an immediate Rule to Show Cause, returnable *instanter*, against Defendant, ROBERT M. KOWALSKI to show cause why he should not be held in indirect contempt of court for this willful noncompliance with the terms and provisions of this Court's Order entered October 20, 2016;

B.    Grant an immediate hearing and ruling on this Petition for Indirect Civil Contempt of Court against, Defendant, ROBERT M. KOWALSKI, finding that he deliberately and contemptuously violated this Court's Order entered October 20, 2016;

C.    Upon ruling that the Defendant, ROBERT M. KOWALSKI, is in indirect civil contempt of Court, order a purge of said findings as follows:

1)    Order ROBERT to pay to MARTHA, via cashier's check, the sum of $3,190.20 plus nine percent (9%) interest, *instanter*; said sum representing his 50% share of the University of Illinois and the Blue Cross Blue Shield of Illinois payments deducted from MARTHA'S bank account;

2)    Order ROBERT to pay $2,313.97 immediately to Frances Xvaier Warde School;

3)    Order ROBERT to pay $5,973.16 immediately to Lehigh University;

6

4)     Order ROBERT to immediately pay any sums that subsequently become due, at the time of the hearing in this cause, on the court ordered family expenses;

5)     Order ROBERT pay the reasonable attorney's fees and costs incurred by MARTHA for the preparation and presentation of the instant petition within 48 hours of the entry of the Order;

6)     Order that any failure by ROBERT to comply with the purge shall result in the immediate incarceration of ROBERT by the Cook County Sheriff's Department; and

D.     Grant such other and further relief to the Plaintiff, as this Honorable Court deems equitable and just under the circumstances.

## COUNT II – ATTORNEY'S FEES AND COST PURSUANT TO 508(b)

13.     Plaintiff, MARTHA PADILLA, reaffirms and realleges paragraph 1 through 12 and sets them forth as paragraph 7 of this Court II *in haec verba.*

14.     Section 508(b) of the Illinois Marriage and Dissolution of Marriage Act (750 ILCS 5/508 (b)) provides as follows:

> *"In every proceeding for the enforcement of an order or Judgment when the court finds that the failure to comply with the order or judgment was without compelling cause or justification, the court shall order the party against whom the proceeding is brought to pay promptly the costs and reasonable attorney's fees of the prevailing party."*

15.     As specifically set forth above, ROBERT has failed to comply with this Court's Order entered October 20, 2016.

16.     ROBERT's failure to comply with the terms of the Court Order is without compelling cause or justification.

17.     As a direct result of ROBERT's conduct, MARTHA was forced to prepare this Petition for Rule to Show Cause for Indirect Civil Contempt, Attorney's Fees and Costs pursuant to 750 ILCS 5/508(b), and for Other Relief in order to enforce ROVERT's compliance with the terms and provisions of this Court's Order.

WHEREFORE, the Petitioner, MARTHA PADILLA, respectfully request that this Honorable Court:

A.     Enter an Order requiring Respondent, ROBERT M. KOWALSKI,  to pay in full, the additional attorney's fees and costs incurred in connection with actions and proceedings related to his noncompliance with this Court's Order; and

B.     Grant such other and further relief to the Plaintiff, as this Honorable Court deems equitable and just under the circumstances.

Respectfully submitted,

_Martha Padilla_

Martha Padilla, Petitioner

BIRNBAUM, HADDON, GELFMAN & ARNOUX, LLC

BY: _____
Geraldine W. Holt, Esq.
One of Petitioner's Attorneys

8

STATE OF ILLINOIS        )
                         )SS
COUNTY OF COOK           )

## VERIFCATION BY CERTIDICATION

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated by on information and belief and, as to such matters, the undersigned certifies as aforesaid that I verily believe the same to be true.

*Martha Padilla*

MARTHA PADILLA

SUBSCRIED and SWORN to before me
this ___7th___ day of November 2016.

_____
Notary Public

```
OFFICIAL SEAL
GERALDINE W HOLT
Notary Public – State of Illinois
My Commission Expires Apr 17, 2017
```

Geraldine W. Holt. Esq.
BIRNBAUM, HADDON, GELFMAN & ARNOUX, LLC
*Attorneys for Petitioner, MARTHA PADILLA*
180 N. LaSalle Street, Suite 3700
Chicago, IL 60601
312-863-2800
Email:
Atty. Code No. 32927

9

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF    )
             )
MARTHA PADILLA,     )
    Petitioner,    )
             )
 -and-         )   No. 14 D 6997
             )
ROBERT M. KOWALSKI   )
    Respondent,   )
             )

## AFFIDAVIT OF MARTHA PADILLA
## IN SUPPORT OF EMERGENCY
## PETITION FOR RULE TO SHOW CAUSE AND FOR OTHER RELIEF

**MARTHA PADILLA** being first duly sworn, deposes and states as follows:

1.  I am the Petitioner in the above-captioned cause.

2.  I have read the allegations in the Emergency Petition for Rule to Show Cause and For Other Relief.

3.  On October 20, 2016, ROBERT M. KOWALSKI, was ordered to pay 50% of the balances due and owed for family expenses to Blue Cross Blue Shield of Illinois, the University of Illinois, Frances Xavier Warde School, and Lehigh University.

4.  As of the date of this filing, ROBERT has failed to pay his court ordered share of the Blue Cross Blue Shield of Illinois family health insurance in the sum of $1,523.83.

5.  As of the date of this filing, ROBERT has failed to pay his court ordered share of our son's college tuition at the University of Illinois in the sum of $1,666.37.

6.  As of the date of this filing, ROBERT has failed to pay his court ordered share of our son's school tuition at the Frances Xavier Warde School in the sum of $2,313.97.

10

7.  As of the date of this filing, ROBERT has failed to pay his court ordered share of our daughter's college tuition at Lehigh University in the sum of $5,973.16.

8.  On October 24, 2016, ROBERT's attorney, Jan Kowalski, was provided with proof upon request via e-mail, that the total amounts due (including ROBERT'S 50% share) to the University of Illinois and Blue Cross Blue Shield of Illinois were automatically withdrawn from my bank account. A request was made that ROBERT reimburse me the funds advanced on his behalf. ROBERT'S attorney represented that he would be reimbursing his share of the payments upon receipt of proof of payment. Although proof of payment has been submitted to ROBERT, he has refused to reimburse me for his 50% share of these court ordered expenses. ROBERT's failure to abide by the court order places a tremendous financial hardship on me totaling $3,190.20.

9.  The October 20, 2016 order also provides that ROBERT shall pay 50% of all subsequent payments that become due and payable to Blue Cross Blue Shield of Illinois, the University of Illinois, the Frances Xavier Warde School, and Lehigh University. I fear that ROBERT will fail to pay these expenses as they come due, creating an additional financial hardship for me.

10.  I reallege the allegations contained in the Petition for Rule to Show Cause and For Other Relief in this affidavit as is fully set forth herein.

11.  To the best of my knowledge, the allegations contained therein are true and correct, except for those alleged on information and belief.

12.  This matter is an emergency given the fact that (i) Robert failed to comply with the October 20, 2016 order granting emergency relief; (ii) Robert's refusal to reimburse me for funds taken from my account to cover his court ordered 50% share of the family's health

11

insurance premiums and the University of Illinois tuition leaves me without sufficient funds to pay other necessary family expenses; (iii) Robert's refusal to reimburse me for his share of the costs he was ordered to pay forced me to advance payments on his behalf to prevent the lapse of the family health insurance and the termination of our son's college tuition installment agreement; (iv) Robert's refusal to pay Frances Xavier Warde School tuition puts our son's continued enrollment in jeopardy; (v) Robert's refusal to pay Lehigh University prevents our daughter's registration for the Spring 2017 semester which will ultimately result in her not being able to meet her requirements for graduation; and (vi) unless Robert is forced to contribute to the family expenses as ordered on October 20, 2016, I will not have enough funds to pay all past due amounts; will not have enough funds to pay my share of the November payments; and will not have sufficient funds to pay all other necessary household and living expenses.

FURTHER AFFIANT SAYETH NOT.

_Martha Padilla_
Martha Padilla

SUBSCRIBED and SWORN to before me
this 7th day of November, 2016.

Notary Public

OFFICIAL SEAL
GERALDINE W HOLT
Notary Public - State of Illinois
My Commission Expires Apr 17, 2017

Order

(Rev. 02/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 2

Martha Padilla
_____v.__ Petitioner

Robert M. Kowalski
_____Respondent

No. 14 D 6997

ORDER

This Cause coming before the Court on the emergency motion for temporary relief filed by Martha Padilla, due notice having been given, both parties appearing with Counsel, the Court being advised in the premises, it is hereby Ordered:

(1) The parties shall each pay 50% of the following expenses directly to the provider on or before the due date as listed:

A. Blue Cross Blue Shield of Illinois family health insurance of $3,047.66 currently due with each party paying the sum of $1,523.83 immediately and 50% of all future payments as they become due until further order of Court. B. University of Illinois Tuition installment payment of $3,332.75 due monthly with each party

Attorney No.: _____
Name: _____
Atty. for: _____
Address: _____
City/State/Zip: _____
Telephone: _____

ENTERED:

Dated: _____

Judge _____

Judge's No.

EXHIBIT
A

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Order    (Rev. 02/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    *Page 2 of 2*

_Martha Padilla_
          v.    Petitioner

_Robert M. Kowalski_
          Respondent

No. _14 D 6997_

ORDER

paying the sum of $1,666.37 on the 1st of the month commencing November 1, 2016 and each subsequent month thereafter until further order of Court.

C. Frances Xavier Warde tuition currently due in the sum of $4,627.94 on 10-25-2016 to be paid by the parties 50% each in installments as set by the school, with each party paying their respective share in a timely manner until further order of Court.

D. College tuition payments due to Lehigh University due November 1, 2016 to be paid by each party 50% each contingent upon the child's enrollment for the Spring 2017 semester. All subsequent tuition payments to be paid in a timely manner by the parties 50% each until further order of Court.    (2) This cause is continued to 10:30 am on 10/28/16 for pre-trial.

Attorney No.: _32927_

Name: _Jacqueline W. Hoyt_

Atty. for: _Petitioner_

Address: _120 N LaSalle #3700_

City/State/Zip: _Chicago, Il 60601_

Telephone: _312) 863-2800_

ENTERED:

Dated: _____

Associate Judge
William Stewart Boyd

OCT 20 2016

Judge    Circuit Court — 1760 Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Martha Padilla

## Agreement Notification
2 messages

USFSCOmail@uillinois.edu <USFSCOmail@uillinois.edu>
To: robertk
Cc:                                                                                Thu, Oct 20, 2016 at 12:16 PM

Robert A Kowalski,

An eCheck payment for your Payment Plan Installment was made on 10/20/2016.

Confirmation Number: 352106602
Payment Method: CHECKING
Amount: $3,332.75
Agreement Details

Creation Date: 07/22/2016
Student Name: Robert A Kowalski
Account: UILLINOIS Tuition and Fees - Payment Plan
Agreement Owner: Robert A Kowalski
Agreement Id: 220919
Agreement Name: Annual (Fall 2016 and Spring 2017)
Agreement Status: ACTIVE
Total Installments: 10
Next Installment Date: 11/21/2016
Next Installment Amount: $3,332.75

Thank you,

QuikPAY Online Services

USFSCOmail@uillinois.edu <USFSCOmail@uillinois.edu>
To:                                                                                Thu, Oct 20, 2016 at 12:16 PM

Martha Padilla,
[Quoted text hidden]



EXHIBIT
B

## Geraldine Holt

| | |
|---|---|
| **From:** | Geraldine Holt |
| **Sent:** | Monday, October 24, 2016 5:25 PM |
| **To:** | jdma22@hotmail.com |
| **Cc:** | Martha Padilla (staystronger2016@gmail.com) |
| **Subject:** | Marriage of Padilla/Kowalski |
| **Attachments:** | IMG_3769.JPG; ATT00001.txt; IMG_3771.JPG; ATT00002.txt |

Dear Ms. Kowalski:

Per our conversation earlier today, please find attached proof that this month's installment payments for University of Illinois tuition and Blue Cross Blue Shield health insurance has already been deducted from Martha's account. An eCheck payment was deducted from Martha's account on October 20, 2016 in the sum of $3,332.75 by U of I (see attached). A debit of $3,047.86 was deducted from Martha's account on today's date, October 24, 2016 by BCBS (see attached). Accordingly, please have Bob send his 50% share of these payments in the sum of $3,190.30 directly to Martha and/or my office immediately.

With regards to subsequent payments to U of I tuition, please be advised that in order to remain on the monthly installment plan of $3,332.75, auto pay is mandatory. If the account is removed from auto pay, the child's tuition will become payable in full and I'm sure that this is not a result that either party wants. Since Bob has refused to reimburse Martha on a monthly basis, the other option is that he must send his 50% share to the U of I in a timely fashion so that his payment is credited prior to the date scheduled for the auto pay deduction. Martha is advised that Bob's payment must be credited to the account prior to the 15th of each month. Please advise immediately as to whether Bob will cooperate by making all future payments to the U of I before the 15th of the month. If he fails to pay by the 15th, then he must reimburse Martha his share on the 20th of each month. I will need confirmation of Bob's understanding of the account payments and confirmation as to his intentions in this regard.

For convenience, please find below contact information for the children's court ordered expenses.

1. Lehigh University
Office of the Bursar
27 Memorial Drive West
Bethlehem, PA 18015-3093

Memo area: Angelica A Kowalski
LIN 806378219

2. University OF Illinois Payment Center Student A/R Accounts Receivable
28393 Network Place
Chicago, IL 60673

Memo area: Robert A Kowalski
UIN 660750963

3. Frances Xavier Warde School
*Tuition Accounts Department*
751 N. State Street
Chicago, IL 69654

1


EXHIBIT
C

Memo area: Blake M Kowalski
Statement 1053637

4. BCBS of Illinois
Dep 0065
Palatine, IL 60055-0065

Memo area: 1-0890204866-0301-0

Lehigh University-Due November 1, 2016

University of Illinois- Due October 20, 2016 (reimburse Martha).

Frances Xavier Warde School- Due immediately.

BCBS of Illinois- Due immediately (reimburse Martha).

Best regards,

Geraldine W. Holt, Partner
Birnbaum, Haddon, Gelfman & Arnoux, LLC
www.bhgafamlaw.com
180 N. LaSalle Street, 37th Floor
Chicago, IL  60601
312.863.2800 Main
312.863.2801 Fax
312.863.2812 Direct

NOTICE OF CONFIDENTIALITY: This e-mail message, including any attachments, is intended only for use by the person(s) to whom it is addressed and may contain information that is legally privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not the intended recipient of this e-mail message or the person responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding or copying of this communication, and any attachments hereto, is legally prohibited. If you have received this communication in error, please immediately notify us by either reply e-mail or telephone at 312.863.2800 and permanently delete the original and any copy of this e-mail communication, including any attachments, and any printout thereof. This communication does not form any contractual obligation on behalf of the sender or Birnbaum, Haddon, Gelfman & Arnoux, LLC.

CIRCULAR 230 NOTICE: To ensure compliance with recently enacted U.S. Treasury Department regulations, we are now required to advise you that, unless otherwise indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

Welcome Robert M Kowalski

Member 0990204866

Your request to pay your BCBSIL Individual Invoice using your bank account has been approved

Amount Bank Account was debited:$3,047.00
Date Bank Account was debited:October 24, 2016
Bank Routing Number:*********0013
Bank Account Number:*********
Account Type:Checking
Account Class:Personal

DATACEANS

© 2015 DataOceans, LLC. All Rights Reserved.
Compliments of Blue Cross and Blue Shield of Illinois

Blue Cross and Blue Shield of Illinois is a Division of Health Care Service Corporation, a Mutual Legal Reserve Company,
an Independent Licensee of the Blue Cross and Blue Shield Association









EXHIBIT
F

 Gmail

Martha Padilla

## Fwd: You have a new statement from Lehigh University due November 1

Martha <
To: Martha Padilla

Sat, Oct 15, 2016 at 2:59 PM

Begin forwarded message:

From: inburs@lehigh.edu
Date: October 11, 2016 at 1:35:43 PM CDT
To: marthar
Subject: You have a new statement from Lehigh University due November 1

Your billing statement is now only available online!

Go to https://go.lehigh.edu/ebill to view your Billing Statement or make a payment online at any time.

Payment is due November 1, 2016. Any PAST DUE balance may be subject to a late payment fee and delay Spring Registration.

If you prefer to mail a check, make it payable to "Lehigh University" include your LIN and mail it to Office of the Bursar, Lehigh University, 27 Memorial Dr. West, Bethlehem PA 18015.

Note: If your account has a zero or negative balance you do not need to make a payment.

Additional information is available at the Bursar's Office website at http://financeadmin.lehigh.edu/bursar

======= STATEMENT DETAILS =======
Student Name — [ A        A. Kowalski ]
Account Name — [ Undergrad Student ]
Account Number — [                    ]
Amount Due — [ $11,946.32 ]
Due Date — [ 11/1/16 ]

For additional information, please contact the Bursar's office at (610)758-3160, Monday - Friday 8:30 A.M. - 4:00 P.M.



EXHIBIT
G

10/15/16, 3:27 PM