# EXHIBIT 10

4262 - Rule To Show Cause Be Issued - Allowed
4250 - Order Plaintiff, Defendant or Witness to Appear - Allowed
4215 - Comply - Allowed
9262 - Rule to Issue and Returnable

(Rev. 02/04/16) CCDR N031

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☒ Marriage  ☐ Civil Union  ☐ Legal Separation  ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent)  ☐ Support  ☐ Parentage of:

_Martha Padilla_
Petitioner

and

_Robert Kowalski_
Respondent

No.: _14 D 6999_

Calendar: _C_

### ORDER ON RULE TO SHOW CAUSE

This matter coming before the Court on a verified petition for Rule to Show Cause why _Robert Kowalski_ (Respondent/Petitioner) should not be held in indirect civil contempt of Court for willful failure to obey a Court order, and the Petitioner appearing ☒ in person ☒ through counsel, and Respondent likewise appearing ☒ in person ☐ through counsel;

THE COURT FINDS a prima facie case of indirect civil contempt has been shown by ☐ the petition or ☐ sworn testimony.

IT IS HEREBY ORDERED THAT:

4262  1. A Rule will issue against Petitioner/Respondent to show cause why s/he should not be held in contempt of Court for failure to _Pay Medical insurance, minor child's private school tuition and costs and college tuition_
as ordered by the Court on _October 26, 2016_.

4250  2. Respondent is ordered to appear at:

9262
☒ Richard J. Daley Center, 50 W. Washington St., Chicago, IL 60602, Courtroom _Rm 2008_;
☐ Parentage and Child Support Court, Richard J. Daley Center, 50 W. Washington St., CL-24, Chicago, Illinois 60602;
☐ District 2: 5600 Old Orchard Rd., Skokie, Illinois 60077, Courtroom 203;
☐ District 3: 2121 Euclid, Rolling Meadows, Illinois 60008, Courtroom 105 or ☐ Courtroom 106;
☐ District 4: 1500 Maybrook Dr., Maywood, Illinois 60153, Courtroom 201;
☐ District 5: 10220 S. 76th Ave., Bridgeview, Illinois 60455, Courtroom 106;
☐ District 6: 16501 S. Kedzie Pkwy., Markham, Illinois 60426, Courtroom 202;
☐ _____
on _Feb 16, 2018_ at _10:30_ to respond to the Rule, said Rule being returnable on that date.

4215  3. Service of this Order and the petition shall be by:
☐ Regular, First Class Mail;          ☐ Certified Mail;          ☐ Personal Service by Sheriff;
☐ Personal Service by Special Process Server; and/or      ☒ Personally, in open Court.

### NOTICE
**FAILURE TO APPEAR AS ORDERED BY THE COURT MAY RESULT IN A FINDING OF CONTEMPT AND/OR COURT ORDER FOR A BODY ATTACHMENT WHICH WILL RESULT IN YOUR ARREST BY THE SHERIFF.**

Atty. No.: _____
Name: _____
Atty. for: _____
Address: _____
City/State/Zip Code: _____
Telephone: _____
Primary Email: _____
Secondary Email: _____
Other Email: _____

ENTERED Judge Dominque C. Ross

Dated: **JAN 08 2018**

Circuit Court - 2008

_____    _____
Judge                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1