# EXHIBIT 32

Order (Rev. 02/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Martha Padilla
v.
Robert Kowalski

No. 14 D 6997
Cal. 89

## ORDER

This matter coming before the Court for a hearing on Martha Padilla's petition for attorney's fees pursuant to court order dated October 17, 2018 for sanctions related to Robert Kowalski's inaccurate and misleading financial affidavit, the parties' counsel being present, Martha Padilla being present, and Robert Kowalski failing to appear per the May 18, 2018 order, Robert Kowalski raising no objection to the fees and the Court finding the fees to be a sanction non-dischargeable in bankruptcy and both reasonable and necessary;

IT IS HEREBY ORDERED:

Martha's petition for attorney's fees pursuant to court order of 10/17/18 for Robert's inaccurate and misleading financial affidavit is granted. Judgment is entered in favor of Swanson, Martin & Bell and against Robert Kowalski in the amount of $50,256.46, and judgment is entered in favor of Geraldine W. Holt and against Robert Kowalski in the amount of $19,912.60. Both judgments are for sanctions that are non-dischargeable in bankruptcy.

Attorney No.: 29558
Name: C. Weberman / Swanson Martin & Bell
Atty. for: Petitioner
Address: 330 N. Wabash #3300
City/State/Zip: Chicago IL 60611
Telephone: 312/321-9100

ENTERED:

Dated: _____

ENTERED
JUDGE MARK LOPEZ-1797
JAN 24 2019
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS