## SUMMARY OF EXHIBITS

**Exhibit 1**.     September 7, 2016 Emergency Order of Protection protecting Martha and the minor child of the parties.

**Exhibit 2**.     Martha's Notice of Emergency Motion and Emergency Petition for Contribution to Household and Family Expenses and for Other Relief filed October 19, 2016.

**Exhibit 3**.     Order entered October 20, 2016.  Martha and the Debtor were each ordered to pay 50% of the family health insurance; 50% of their child's University of Illinois college tuition; 50% of the minor child's private school tuition at Frances Xavier Warde; and 50% of their child's Lehigh University college tuition

**Exhibit 4.**     Martha's Emergency Petition for Rule to Show Cause and for Other Relief filed June 16, 2016.  Debtor failed to pay family support as ordered on October 20, 2016.

**Exhibit 5**.     Martha's Emergency Petition for Rule to Show Cause filed against Debtor on November 7, 2016.  Debtor failed to pay family support as ordered on October 20, 2016.

**Exhibit 6**.     Order entered on July 14, 2017 that denies the Debtor's Motion to Modify Order of Protection and orders the Debtor to appear at Holt's office with a cashier's check in the sum of $22,866.31 made payable to Martha for his 50% share of the family expenses per the October 20, 2016 order.

**Exhibit 7**.     2-year Plenary Order of Protection entered December 1, 2017 protecting Martha and the minor child of the parties.

**Exhibit 8**.     Debtor's Notice of Interlocutory Appeal of the 2-year Plenary Order of Protection.

**Exhibit 9**.     Martha's Notice of Motion and 3rd Petition for Rule to Show Cause and for Other Relief filed December 17, 2017. Debtor failed to pay family support as ordered on October 20, 2016.

**Exhibit 10**.     Order on Rule to Show Cause issued against Debtor on January 8, 2018.

**Exhibit 11.**     ***Order of Adjudication of Indirect Civil Contempt and/or Order of Commitment*** entered on February 23, 2018.  Debtor was found in contempt of court for his willful failure to pay family expenses as ordered on October 20, 2016 and committed to the Cook County Jail until he purged the contempt by paid a cash bond of $40,408.06.

**Exhibit 12**.     Martha's Petition for Award of Interim Attorneys' fees and Costs to Defend Against Interlocutory Appeal filed March 16, 2018.

**Exhibit 13**.     Martha's Petition for Temporary and Permanent Child Support filed March 16, 2018.

**Exhibit 14.**     Order entered March 6, 2018 setting Martha's Petition for Interim Fees to Defend Appeal and Petition for Child Support set for hearing on March 29, 2018.  Holt granted leave to file Petition for 508(b) Fees.

**Exhibit 15**.     Order entered March 16, 2018.  In paragraph 6 of the order, Debtor was given 30 days to tender the specified documents to support figures in his 2/21/18 financial affidavit.

**Exhibit 16**.     Debtors Notice of Bankruptcy Case Filing dated March 29, 2018.

**Exhibit 17.**     *Order regarding Bankruptcy Matter* – All matters concerning the decision or allocation of property and debts of the parties were stayed pending the resolution of the bankruptcy matter. Matters concerning custody, visitation, and the establishment or modification of child support and maintenance were not stayed as the Divorce Court held that the automatic stay does not apply, pursuant to Section 362 of the Bankruptcy Code.

**Exhibit 18**.     March 29, 2018 Order setting issues for child support for hearing.

**Exhibit 19.**     Martha's Notice of Motion and Petition for Rule to Show Cause and Motion to Compel Against Robert Kowalski filed April 18, 2018.

**Exhibit 20**.     April 20, 2018 Order of Temporary Child Support entered based on the needs of the children; and award of $10,000.00 in interim attorney's fees to defend appeal to Martha and Holt.

**Exhibit 21**.     April 20, 2018  Order on Rule –Debtor failed to provide document demonstrating income and expenses

**Exhibit 22**.     Martha's Notice of Motion and Motion for Sanctions for Inaccurate or Misleading Financial Affidavit filed May 11, 2018.

**Exhibit 23**.     Martha's Rule 137 Petition for Sanctions filed May 11, 2018 against Debtor the false allegations in his Response to her Motion to Modify Child support.

**Exhibit 24**.     Martha's Notice of Motion and Fourth Petition for Rule to Show Cause and for Other Relief filed June 1, 2018. Debtor failed to pay child support as ordered and failed to pay attorney's fees for interlocutory appeal.

**Exhibit 25**.     June 18, 2018  Order on Rule to Show Cause – failure to pay $10,000 for appeal fees

**Exhibit 26**.     June 18, 2018  Order on Rule to Shoe Cause – failure to pay child support

**Exhibit 27**.     October 17, 2018  Order granting Martha's Motion to Modify the October 20, 2016 order of support whereas Debtor was ordered to pay 75% of the family support with Martha to submit the same to the bankruptcy Trustee for payment; Martha's Motion for Sanctions for Debtor's inaccurate and misleading financial affidavit was granted; and Martha's attorneys were granted leave to file a Motion for Attorneys' Fees for Debtor's inaccurate and misleading financial affidavit.

**Exhibit 28**.     December 21, 2018 Order. Debtor found to be in indirect civil contempt following the issuance of a Rule and failure to provide a legally sufficient reason for failure to comply with the court's 3/16/18 order and production of documents. Robert's failure is willful and contumacious. Martha has leave to file a motion for 508(b) fees; a separate order of commitment is ordered. Robert's purge shall be complete compliance with the Court's 3/16/18 Order subject to the Order of Commitment.

**Exhibit 29**.     December 21, 2018 Order of Adjudication of Indirect Civil Contempt and/or Order of Commitment for failure to submit the specified document sin the March 15, 2018 order to support the figures in his  2/21/18 Financial Affidavit.

**Exhibit 30**.     Martha's Petition for 508(b) Fees

**Exhibit 31**.     January 24, 2019 Order awarding the sum of $4,250.00 in attorney's fees and costs to Holt pursuant to §508(b) of the IMDMA.

**Exhibit 32**.     January 24, 2019 Order awarding the sum of $19,412.60 in attorney' fees and costs to Holt for Debtor's inaccurate and misleading Financial Affidavit.