UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ROBERT M. KOWALSKI<br><br>Debtor(s)<br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Federal Bank for Savings<br><br>Plaintiff(s)<br>ROBERT M. KOWALSKI<br><br>Defendant(s) | ) BK No.: 18-9130<br>)<br>)<br>) Chapter: 7<br>)<br>) Honorable Jacqueline Cox<br>)<br>)<br>) Adv. No.: 20-00077<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING FDIC-R'S MOTION FOR DEFAULT JUDGMENT ON ADVERSARY COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2) AND LOCAL BANKRUPTCY RULE 7055-2

This matter coming before the Court on the motion of FDIC-R, as Receiver for Washington Federal Bank for Savings, for an order of default judgment of adversary complaint pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Bankruptcy Rule 7055-2; due notice having been given and no further notice being required, and the Court having reviewed the Motion and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.
2. Robert M. Kowalski is prohibited from opposing Plaintiff FDIC's claims in adversary proceeding 20-00077 because he has failed to answer or otherwise plead to the dutifully served complaint.
3. Default Judgment is entered in favor of the Plaintiff FDIC, as Receiver for Washington Federal Bank for Chicago, and against Defendant Robert M. Kowalski on Counts I through V, each alleging an Objection to Discharge under 11 U.S.C. ¶¶ 727 (a)(2)(A) and (B); (a)(3); (a)(2); (a)(4) and (a)(6)(A) and (B).
4. The Debtor Robert M. Kowalski is hereby denied a discharge in this Chapter 7 case pursuant to the above Bankruptcy Code sections.

Enter:

*/s/ Jacqueline Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: May 26, 2020

**Prepared by:**
Eric S. Rein, Esq. (rein@hmblaw.com)
Nathan E. Delman, Esq. (ndelman@hmblaw.com)
Horwood Marcus & Berk Chartered

Foley & Lardner LLP
500 W. Madison Street, Suite 3700 / Chicago, Illinois 60661
Phone: (312) 606-3200 / Fax: (312) 606-3232