# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Robert M. Kowalski | : Case No.: 18-09130 |
| | : Chapter 7 |
| Debtor. | : Judge Jacqueline P. Cox |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF CREDITOR APPRAISAL

Now comes The Huntington National Bank ("Movant") by and through counsel, and hereby files this Notice of Appraisal completed on May 18, 2020 of the 2004 Sea Ray 460 Sundancer, serial number SERP5861C304, 2004 Cummins motor serial number 45288893, and 2004 Cummins motor serial number 46286006.  A copy of the appraisal is attached as Exhibit "A".

Respectfully submitted,

/s/ Todd J. Ruchman
_____
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

19-038001_CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appraisal was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Gus A Paloian, Seyfarth, Shaw, Et Al, 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606

Jan R. Kowalski, Attorney for Robert M. Kowalski, 1918 West Cermak Road, Chicago, IL 60608, jdma22@hotmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 8___, 2020:

Robert M. Kowalski, 1707 S. Newberry Ave., Chicago, IL 60608

William A Kowalski, 1742 N. Larabee, Chicago, IL 60614

John F. Gembara, 10019 S. 90th Ave., Palos Hills, IL 60465

/s/ Todd J. Ruchman

19-038001_CJP