

# R. L. SMITH & ASSOCIATES, LLC

## MARINE SURVEY & CONSULTING

Offices in St. Louis, MO / Buffalo, IA / Chicago, IL
www.RLSmithSurvey.com / 312-420-1214

**REPORT OF MARINE SURVEY**
**CONDITION & VALUE**
**Of the vessel**
**"Expelliarmus"**
**2004 Sea Ray 460 Sundancer**



Prepared exclusively for:
Manley, Deas, Kochalski, LLC
1555 Lake Shore Drive
Columbus, OH 43204

CONDUCTED BY:
SAM LITTLEFIELD, NAMS-APPRENTICE, SAMS-ASSOCIATE
May 18, 2020

Redacted

**SURVEY SCOPE & GENERAL INFORMATION**

| | |
|---|---|
| Report File Number | Redacted |
| Vessel Year / Make / Model | 2004 Sea Ray 460 Sundancer |
| Hull Identification Number | US-SERP5861C304 |
| Inspection Date | May 18, 2020 |
| Date of Report | May 23, 2020 |
| Conducted by | Sam Littlefield, NAMS-APP, SAMS-SA |
| Requested by | Todd Ruchman – Attorney |
| Purpose of Survey | Condition and Value |
| Intended use of vessel | Recreational / Pleasure |
| Survey Location | Sunset Bay Marina – Chicago, IL |
| Survey Conducted | Vessel surveyed on the hard on jack stands and blocks. |
| Sea Trial | Not requested. |
| Weather Conditions | 57° and cloudy (5/18/2020) |

**VESSEL CONDITION & VALUE**

| | |
|---|---|
| Condition Rating | Average |
| Estimated Market Value | $215,266.00 |
| Estimated Replacement Cost | $829,000.00 |

This vessel inspection and survey report are intended for the exclusive benefit of those named as Client or Authorized User on the cover page and is not intended for any other person or interest. This report details the condition of the vessel on the day of inspection and cannot be extended in consideration past that time frame.

The findings and observations detailed within this report can only detail the observations made upon the day and time of inspection by the undersigned marine surveyor. No consideration is extended nor offered beyond that reference point. R. L. Smith & Associates LLC retains the copyright of provided product and permission is required for dissemination outside the relation of this product and its intended use.

**SURVEY STANDARDS:**
This survey was conducted using as reference the federal regulations and amendments issued and enforced by the United States Coast Guard under the authority of Title 33 and Title 46 of the United States Code of Federal Regulations (CFR'S). In addition, vessel was evaluated to the voluntary safety standards published by American Boat and Yacht Council (ABYC) and National Fire Protection Association (NFPA) at the time the vessel was constructed. Any upgrades to the vessel systems were evaluated to the current standards published by ABYC & NFPA.



**SURVEY INSPECTION COMMENTS:**

All systems and components inspected and described herein are considered serviceable and/or functional except as indicated in the survey report and recommendations section. Electronic devices and instruments were checked for power up only and not for functionality.

The purpose of this inspection and survey report is to determine, insofar as possible and within the limitations of a strictly visual and physically accessible, through nondestructive means, this vessels condition at the time and date of the survey inspection. This is accomplished via the reporting of any deficiencies via the reported opinions and observations detailed both in the body of the report and summarized in the findings and recommendations section of this report. Certain parts of the structure, systems and equipment are not accessible without the removal of decks, tanks, bulkheads, liners and panels, or in the case of cored laminates, without the sampling of coupons from the panel. These conditions are prohibitive, and their inspection would be considered destructive, costly to restore and are therefore not within the context of this surveyor's report. Coating build up, corrosion, marine growth, and components not cleared of excessive gear will impede or prevent a surveyor's evaluation and hamper the surveyor's ability to fully inspect. A vessel is strictly surveyed as found with loose gear not being inventoried nor inspected.

All seacocks are activated by hand pressure only. Cosmetic or "comfort" related issues may be addressed, but only where they have significant effect on the value of the vessel. Electronics and electrically operated systems are tested for powerup only if power is available. A complete evaluation of the vessel's electrical systems is considered under an alternative and more specialized survey such as marine corrosion survey or marine electrical survey and should be performed by a certified marine electrician and/or corrosion specialist. American Boat & Yacht Council certifies such specialists.

Engine and mechanical systems are carefully examined visually; however, it is recommended a certified manufacturer technician be utilized to perform inspections of the engine(s), transmissions, stern drives and generators.

The statements made within this report are the personal observations of the undersigned surveyor and are strictly presented for the sole benefit of the retaining party. In as much, no warranties or guarantees are expressed or implied.



# TABLE OF CONTENTS

1.        General vessel information
2.        Hull Condition
3.        Propulsion Machinery
4.        Running Gear
5.        Fuel Systems
6.        Ventilation
7.        Engine Exhaust Systems
8.        Bilge Systems
9.        Potable Water Systems
10.       Cooking Fuel Systems
11.       Marine Sanitation Systems
12.       Electrical Systems
13.       Electronic & Navigation Equipment
14.       Safety Equipment
15.       Fire Fighting Systems
16.       Ground Tackle
17.       Canvas & Covers, Trailer
18.       Through Hull Fittings
19.       Hull Arrangement
20.       Valuation
21.       Recommendations
22.       Photographs



SECTION 1

**GENERAL VESSEL INFORMATION:**

**Vessel Name:** "Expelliarmus"
**Hull Identification Number:** <span style="background:black;color:white">RedactedRedacted</span>
**Documentation Number:** 1153982
**Hailing Port:** Chicago, IL
**Year Built:** March 2003
**Model Year:** 2004
**Manufacturer:** Sea Ray Boats – Knoxville, TN
**Model:** 460 Sundancer
**Hull Type:** Modified-V
**Length overall:** 51'4"
**Hull Length:** 45'6"
**Beam:** 14'8"
**Draft:** 4'3"
**Weight:** 28,000 lbs.
**Hull Material:** FRP
**Hull Frames:** Molded FRP
**Deck Material:** Cored FRP
**Bulkhead Material:** Plywood and FRP
**Ballast:** N/A
**Intended Use:** Recreation / Pleasure
**NOTE:** This surveyor has not made weight calculations or measurements, rather all dimensions and weights are from published information, such as construction guides, sales brochures, BucvaluePro.com, and/or PowerBoatGuide.

SECTION 2

**HULL CONDITION:**

As examined, the vessel was found in average condition for its age. The culmination of condition was formed through examination of the following components:

In addition to visual inspection, the vessel transom, frames, and decks were measured, where accessible, for moisture content with a recently calibrated Electrophysics GRP33+ capacitance type moisture meter, which is relatively subjective, followed by percussive sounding with a small rubber mallet. It is subjective in that a disbond of laminate from a core material, such as balsa or plywood, cannot display moisture content accurately without destructive testing. Vessel was surveyed while resting on jack stands and wood blocks at the facility of Sunset Bay Marina in Chicago, IL. At the time of survey, the vessel was covered in

<span style="background:black;color:white">Redacted</span>

shrink wrap which prevented examination of the hull sides. The background moisture reading for this vessel was measured at 0.2%. All moisture readings stated below have been adjusted accordingly.



**HULL BOTTOM:**
The hull bottom was examined and found in average condition with no one area worthy of specific mention. No indications of an allision could be found during examination of the hull bottom and no blisters or stress cracks were noted. The hull bottom coating was found in average condition with only minor wear and minor random areas of disbonding scattered throughout. The bow thruster tube was examined and found in average condition with no one area worthy of specific mention. Percussive sounding of the hull bottom produced sharp retorts throughout, indicative of solid construction with no evidence of rot and/or disbonding.

**HULL SIDES:**
The hull sides could not be viewed in their entirety at the time of survey as the vessel was shrink wrapped. Where seen, the hull is a single skin laminate with a gel coat exterior hull finish, which was found in overall average condition with no measurable weather fading and a bright luster. Moisture readings of the hull sides above the waterline were taken to the extent possible with dry readings of 0.0% indicated throughout.

**FOREWORD DECK:**
This vessel is fitted with large open forward deck, accessed via the side decks, and fitted with a molded nonskid surface which was found in average condition as observed. Moisture readings of the forward deck were taken with dry readings of 0.1-0.2% indicated throughout. Percussive sounding of the forward deck produced sharp retorts throughout, indicative of a solid core construction with no rot and/or delamination.

**SIDE DECKS:**
The side decks were examined and found in average condition with no one area worthy of specific mention. The side decks are fitted with a molded



nonskid surface. Moisture readings of the side decks were dry at 0.1% as indicated by the meter and percussive sounding indicated a solid core with no rot and/or delamination.

## AFT DECKS:
The cockpit/aft decks are fitted with a molded nonskid surface which was found in average condition throughout. No stress cracks in the gelcoat were found on the cockpit/aft decks.  At the time of survey, the cockpit/aft decks were covered with removable outdoor carpeting which was found in average condition.

## TRANSOM:
The transom was examined and found in average condition with no blisters, stress cracks, or any one area worthy of specific mention. Moisture readings of the transom above the waterline were dry at 0.1-0.2%. Readings taken below the waterline and on the bottom coating were not reliable as the bottom coating produced erroneous readings. Moisture readings of the transom below the waterline were taken from inside the engine compartment with dry readings of 0.1-0.2% indicated throughout. Percussive sounding of the transom produced sharp retorts throughout, indicative of solid laminate construction with no delamination found.

## SWIM PLATFORM:
The fiberglass reinforced plastic (FRP) hydraulic lift swim platform was examined and found in generally average condition with no one area worthy of specific mention. The top surface of the swim platform is fitted with a molded nonskid surface. The swim platform is fitted with cradle hardware to support a small dinghy or personal watercraft. Moisture readings of the swim platform were taken with dry readings of 0.1% indicated throughout.  Percussive sounding produced sharp retorts indicative of solid construction with no abnormal conditions noted. The hydraulic lifting hardware was examined and found intact and in average condition with no corrosion or abnormal conditions noted.

## RUB-RAILS:
The vessel is fitted with a vinyl rub rail with a stainless steel insert around its perimeter. The perimeter rub rails were not visible in their entirety at the time of survey as the vessel was shrink wrapped. As viewed from the engine compartment, no hull/deck lap joint issues were found.

## PERIMETER RAILING:
The vessel is fitted with welded stainless-steel perimeter railing around the fore deck extending aft along the side decks and terminating at the radar arch. The perimeter railing was found intact and in average condition throughout with no one area worthy of specific mention. The



stainless steel stanchions were found straight and tight at their bases with no indication of excessive strain noted along the gunwales.

**FRAMING:**

The hull framing throughout the vessel, where accessible, consists of molded FRP. Moisture readings of the framing, where accessible, were dry at 0.3% with sharp retorts produced during percussive sounding. No tabbing failures or disbonding was observed, as examined.

**INTERIOR / UPHOLSTERY:**

The vessel interior was in generally average condition throughout, though untidy. The upholstery was found intact and without damage throughout the vessel interior. No evidence of leaks were found in the vessel interior at the windows or hatches. The exterior upholstery was intact and in average condition throughout with no measurable weather fading or abnormal conditions. The galley refrigerator and freezer were in poor condition with standing liquid in the crisper drawers and a large number of deceased insects scattered throughout.

## SECTION 3

### PROPULSION MACHINERY:

| **Engine (port)** | **Engine (starboard)** |
|---|---|
| **Manufacturer:** Cummins | **Manufacturer:** Cummins |
| **Model:** 6CTA8.3-M | **Model:** 6CTA8.3-M |
| **Serial Number:** 46288893 | **Serial Number:** 46288006 |
| **Cylinders:** Inline six (6) | **Cylinders:** Inline six (6) |
| **Horsepower:** 480 @ 2600 RPM | **Horsepower:** 480 @ 2600 RPM |
| **Hours at gauge:** Unknown | **Hours at gauge:** Unknown |
| **Transmission:** ZF Hurth | **Transmission:** ZF Hurth |
| **Model:** ZF 280IV | **Model:** ZF 280IV |
| **Ratio:** 1.772:1 | **Ratio:** 1.772:1 |
| **Serial Number:** 20036186 | **Serial Number:** 20036187 |

**Condition of hoses and electrical wiring:** Hoses and electrical wiring on the engines appeared to be original equipment and were found in average condition and properly supported throughout. The marine wet exhaust hoses were found properly secured via double clamps to the system and in average condition as observed. Engine belts were intact and in average condition. The raw water intake hoses for both engines were aged and cracked and should be replaced.

**Engine Remarks:** The engines were not operates as part of the survey. Both engines appeared clean and well maintained with no evidence of excessive heat or leaks. The bilges were generally clean and dry with no evidence of leaks noted below the engines. Vessel equipped with a bow thruster.



## SECTION 4

**RUNNING GEAR:**

**Propeller Manufacturer:** HyTorq
**Propeller Size:** 23L27, 23R27
**Blades:** Four (4) fixed blades each.
**Propeller Material:** NiBrAl
**Propeller Shaft:** 2" diameter stainless steel propeller shafts.
**Struts:** NiBrAl struts. Intact and in average condition as observed.
**Cutlass bearings:** Intact and tight to shaft, though the rubber bearing material appeared aged and cracked where visible.
**Rudders:** Nibral rudders found in average condition as observed. No excessive lateral movement and no evidence of leaks at posts.
**Rudder posts:** Viewed from the aft bilge. No abnormal conditions and properly bonded as observed.
**Steering:** Hydraulic steering system.
**Number of stations:** One (1) control station in the cockpit on the starboard side at amidships.
**Comments:** Propellers were found in average condition with no indications of damage or prior allision incidents. The vessel is equipped with dripless shaft seals. The sacrificial anodes were found in average condition with approximately 90% of their useful life remaining. Vessel equipped with two (2) hydraulically actuated trim tabs mounted on the transom.

## SECTION 5

**FUEL SYSTEMS:**

**Fuel:** Diesel
**Filters & Separators:** Vessel equipped with Racor separators in the engine compartment and fuel filters mounted on the engines.
**Fuel Feed Lines:** USCG Type A1 flexible rubber fuel hoses.
**Fuel Shut Off:** Fuel feed shutoff valves located at the fuel separators. Tested for operation by hand without issue.
**Comments:** No fuel odors were noted during examination of the fuel system. No evidence of leaks in the fuel system was noted at the time of survey. The fuel feed hoses appear to be original equipment and in average condition throughout and properly supported.

**Engine Fuel Tanks:**

**Tank Material:** 5052 Aluminum alloy fuel tanks.
**Number of tanks:** Two (2) fuel tanks installed onboard.
**Capacity:** 196 US gallons each according to fuel tank labels. 392 US

gallons total capacity.

**Location:** Fuel tanks located in engine compartment in a saddle arrangement. Fuel tanks secured in place with aluminum straps with rubber chafe protection material.

**Fill Hose:** USCG type A2 flexible rubber fuel hoses.

**Double Clamped:** Fill hoses double clamped at tanks and at fill fittings.

**Ground:** Fuel fills and fuel tanks both properly grounded as observed.

**Vent hose:** USCG type A1 flexible rubber hoses.

**Comments:** Fuel tanks were in average condition with no corrosion or abnormal conditions found.

## SECTION 6

### Ventilation:

**Blowers:** Vessel equipped with two (2) 12VDC powered blowers with 4" flexible blower hoses. Hoses properly routed in the engine compartment with no obstructions noted. Lighted indicator switches were sighted at the helm and at the DC panel.

**Comments:** Engine compartment blowers were not tested at the time of survey as the batteries were drained.

## SECTION 7

### ENGINE EXHAUST:

Vessel equipped with typical marine wet exhaust system with properly double clamped marine wet exhaust hoses and fiberglass lift mufflers. Engine exhaust exits below the waterline through the hull bottom, aft.

**Comments:** No evidence of exhaust leaks or abnormal conditions were noted during examination of the system. The exhaust hoses appeared to be original equipment and in average condition throughout and properly double clamped.

## SECTION 8

### BILGE PUMPS:

**Bilge Pumps:** Two (2) 12VDC automatic bilge pumps located aft in the engine compartment. Two (1) 12VDC automatic bilge pumps located forward in the engine compartment.

**Manufacturer:** Rule

**High Water Alarm:** Equipped. Not tested at time of survey.

**Comments:** Bilge pumps not tested for powerup at the time of survey as the onboard batteries were drained. Lighted indicator switches located at the helms and DC panels. Bilge pump hoses in the engine compartment

Redacted

were properly routed to evacuate liquid overboard from the bilges.

## A/C Pump:

**Pump:** One (1) Dometic 230VAC pump sighted in the engine compartment at centerline.
**Condition of Thru-hull Fittings:** Sea cocks were operated by hand at the time of survey without issue. All through-hull fittings (where accessible) were in average cosmetic condition with no indications of leaks noted and properly bonded as observed.
**Air Conditioner:** Three (3) Cruisair air conditioning units sighted onboard. One (1) 7,000 BTU unit located in the V-berth. One (1) 16,000 BTU unit located in the main salon sofa. One (1) 7,000 BTU unit located in the helm bench.
**Comments:** Air conditioners and pumps not tested at the time of survey as the vessel was not connected to shore power. No abnormal conditions were found on the HVAC systems, as observed.

## SECTION 9

## POTABLE WATER SYSTEM:

**Pumps:** Two (2) 12VDC Shurflo Aquaking II freshwater pumps sighted in the engine compartment, forward.
**Potable Water Tank Location:** Unknown. Potable water tank not visible without the removal of panels.
**Tank Material:** Unknown.
**Capacity:** 100 US gallons according to manufacturer.
**Tank Monitor:** Equipped at DC panel.
**Hot Water Heater:** Hot water heater not visible without removal of panels.
**Voltage:** Unknown.
**Pressure Relief:** Unknown.
**Comments:** Potable water systems not tested at the time of survey.

## SECTION 10

## COOKING FUEL SYSTEMS:

**Cooking Fuel Tanks:** N/A. Vessel equipped with three (3) burner electric range located in the galley.
**Tank Material:** N/A
**Comments:** Electric range not tested at the time of survey.


Redacted

## SECTION 11

### MARINE SANITATION DEVICES:

**Marine Sanitation Device & System**: USCG Type III
**Tank Material:** Polypropylene
**Capacity:** 28 US gallons each according to the tank labels.
**Location:** Two (2) waste tanks located forward in the engine compartment.
**Pump:** Two (2) 12VDC vacuum pumps sighted in the engine compartment at the waste tanks.
**Through Hull Condition:** Overboard discharge disabled.
**Comments:** Head system flush was not tested at the time of survey.  No leaks or abnormal conditions were observed on the sanitation systems as observed.

## SECTION 12

### DC ELECTRICAL SYSTEM:

**Battery Type:** 12VDC system.  Two (2) group 8D and three (3) group 27 wet cell batteries installed onboard.
**Battery Storage:** Batteries secured in boxes and strapped down in the engine compartment.
**Battery Ventilation:** 12VDC ventilated engine compartment.
**Battery Isolation:** Vessel equipped with an IsoBoost 12KVA isolation transformer located in the engine compartment.
**Comments:** Batteries properly secured and wiring properly supported throughout the vessel, as observed. Batteries were drained at the time of survey.
**Battery Charger:** Two (2) marine battery chargers sighted onboard. Intellipower PD2050 located forward in the engine compartment. Promariner Pronautic 21-3 located aft in the engine compartment.
**Output:** 13.6VDC nominal output according to labels.
**DC Wiring:** Original installation, supported throughout the vessel and labelled.
**DC Circuit Protection:** Circuit breaker panels.
**Comments:** DC electrical components not tested at the time of survey as the batteries were drained.

### AC ELECTRICAL SYSTEM:

Vessel is fitted with one (1) 50 amp AC shore power connection located in the lazarette with a 12VDC CableMaster system. A 50 amp breaker was located in the engine compartment at the CableMaster system which is compliant with ABYC recommendations. AC outlets were not tested at the time of survey as shore power was not connected.


Redacted

**GENERATOR:**

**Generator Manufacturer:** ONAN Marine          **Model:** 9MDKAV-2866
**Generator S/N:** L020447103                    **Rating:** 9.0KW
**Date of Manufacture:** Unknown                 **Hours:** Unknown
**Amps:** 37.5 amps @ 60Hz                       **Voltage:** 120/240 VAC
**Engine Manufacturer:** Kubota                  **Engine Model:** D1105-BG-E
**Engine S/N:** 1G682-2                          **HP:** 17 hp
**Condition of wiring and hoses:** Wiring and hoses appear to be original equipment and in generally average condition throughout.
**Generator Fuel:** Diesel
**Fuel feed hoses:** USCG Type A1 flexible rubber fuel hoses.
**Engine exhaust:** Marine wet exhaust system through FRP lift muffler.
**Cathodic protection installed:** Yes
**Bonding system:** Generator properly bonded as observed.
**Comments:** Generator was not operated at the time of survey as the vessel was on the hard. The generator appeared clean and well maintained with no evidence of leaks or abnormal conditions found. Engine oil levels were normal as viewed on the dip stick. Engine belts were intact and in average condition. The raw water intake hoses were aged and cracked and should be replaced.

## SECTION 13

**ELECTRONIC NAVIGATION EQUIPMENT:**

**VHF Radio:** Raymarine                **Model:** Ray VHF
**Depth Finder:** Mercury               **Model:** Smartcraft
**Radar:** Raymarine                    **Model:** RL80C Pathfinder
**GPS:** Raymarine                      **Model:** RL80C Pathfinder
**Compass:** Ritchie                    **Model:** Unknown
**Speed Indicator:** Mercury            **Model:** Smartcraft
**Auto Pilot:** Raymarine               **Model:** ST7001+
**Additional Equipment:** Sea Ray Navigator. Pioneer stereo system.
**Comments:** The navigation and operational equipment were not tested at the time of survey as the vessel batteries were drained.

## SECTION 14

**SAFETY EQUIPMENT:**

**Number of PFD's:** Fifteen (15) sighted onboard. **Size & Type:** USCG Type II and III
**Number of Throw-able Devices:** One (1) USCG type IV PFD sighted onboard.
**Sound Signal per 33CFR part 86:** 12VDC horn. Not tested.
**Nav. Lights operational:** Not tested.


Redacted

**Visual Distress Signals:** Flares. Expired in 2018.
**Vapor Detector:** Not required.
**Navigation Rules Present per 33 CFR part 83.05:** Sighted onboard.
**Smoke Detectors per NFPA 302:** Not sighted onboard.
**Trash Placard Sighted:** Yes
**Oil Pollution Placard Sighted:** Yes
**CO Monitor per the recommendations of ABYC A-24:** Sighted onboard.
**Comments:** No smoke detectors installed per NFPA 302. Expired visual distress signals.

33 CFR Sec. 175.110  Visual distress signals required. (a)No person may use a boat 16 feet or more in length, or any boat operating as an uninspected passenger vessel subject to the requirements of 46 CFR chapter I, subchapter C, unless visual distress signals selected from the list in Sec. 175.130 or the alternatives in Sec. 175.135, in the number required, are onboard. Devices suitable for day use and devices suitable for night use, or devices suitable for both day and night use, must be carried.

NFPA 302 chapter 12 section 12.3 All vessels 26 ft. or more in length with accommodation spaces intended for sleeping shall be equipped with a single station smoke alarm that is listed to UL 217, Standard for Single and Multiple Station Smoke Alarms, for recreational vehicles and is installed and maintained according to the device manufacturer's instructions."

<u>**SECTION 15**</u>

<u>**FIRE EXTINGUISHING SYSTEMS:**</u>

**Fixed System:** Seafire 1301 cylinder mounted in the engine compartment forward of the engines.
**Weight:** 15 lbs. agent quantity.
**Fixed System Gauge:** Equipped on cylinder.
**Hand held Extinguisher Type:** USCG Type BC
**Size:** USCG Size I
**Number of handheld Extinguishers:** Three (3) sighted onboard.
**Locations:** Cockpit, galley, main salon aft.
**Expiration Date:** Handheld fire extinguishers inspected in 2014 according to tags.
**Comments:** Recommend a competent person inspect fixed fire extinguishing system. Recommend the portable fire extinguishers be re-inspected.

All clean agent cylinders must undergo a full external visual inspection by competent personnel every 5 years, with the results recorded on an inspection tag or record book. Personnel conducting the external visual



inspection must hold a current requalification identification number (RIN) per 49 CFR 180.209(g).

## SECTION 16

**GROUND TACKLE:**

**Anchor Type:** Plow          **Anchor Size:** Unknown weight
**Anchor Rode:** Chain         **Rode Size:** Not measured
**Comments:** Lofrans Progress 12VDC powered windlass. Windlass not tested during survey. Recommend carrying two (2) appropriately sized anchors per ABYC H-40.

ABYC H-40.5.2 For boats over 20 ft (6 m) LOA, provision shall be made for the deployment of two anchor rodes over the bow.

## SECTION 17

**CANVAS AND COVERS / RAILING:**

**Canvas & Covers:** Bimini and camper top canvas in average condition as observed. Isinglass generally fogged and brittle throughout.
**Perimeter Railing:** The welded stainless-steel perimeter railing was found intact, straight, and in average condition throughout with no one area worthy of specific mention. No indication of strain at the stanchion bases was noted.

## SECTION 18

**THROUGH HULL FITTINGS:**

**Seacocks:** Vessel fitted with sea cocks found in average visible condition and bonded as observed. Tested for operation by hand during survey without issue. No evidence of leaks was noted at the through hull fittings.

## SECTION 19

**Narrative:** As examined, the vessel was found to be in average condition overall for its age. This vessel was inspected visually and non-destructively for relative condition with no indication of structural failure or abnormal hull flex as examined.

There is no expressed or implied warranty by issuance of this report. The estimated current market value of this vessel was developed through a review of published listings for similar boats and reported prior sale



prices, published in one or more national listing services. Once these figures were established, the condition and equipment of the surveyed boat was considered, and a final figure was established.

## SECTION 20

## VALUATION:

### DEFINITION OF APPRAISAL TERMS:

Market Value (MV) is the established amount expressed in terms of money that may reasonably be expected for the property in exchange between a willing buyer and a willing seller with equity to both, with neither under any compulsion to buy or sell and both fully aware of all relevant facts as of a specific date.

Actual Cash Value (ACV) is computed by subtracting depreciation, based on age and condition, from replacement cost. Replacement Cost is another method of valuation.

Replacement cost new, is the current cost new, of a similar new property having the nearest equivalent utility as the property being appraised.

### APPROACHES TO VALUE:

Cost Approach – The cost approach in appraisal analysis is based on the proposition that an informed purchaser would pay no more for an asset than the cost of producing a substitute with the same utility as the subject asset. The concept is also known as the principle of substitution. The cost approach assumes the maximum value an asset to a knowledgeable buyer to be the amount currently required to construct a new asset of equal utility. The starting point or basis of the cost approach is reproduction cost new, replacement coast new or a combination of both.

Sales Comparison Approach – The sales comparison approach in appraisal analysis involves the collection of market data pertaining to the subject assets being appraised. This analysis is also known as the "market approach". The primary purpose is to determine the desirability of the assets, through the analysis of recent sales and offerings of similar assets currently on the market, to arrive at an indication of the most probable selling price for the assets being appraised. If the assets being compared are not exactly similar to the asset being appraised, adjustments must be made to the comparative sales to bring them as close as possible to the subject.



Income Approach – The income approach considers value to be represented by the present worth of future benefits derived from ownership and is usually measured through capitalization of a specific level of income.

## CONDITION AND EQUIPMENT SCALE:

Excellent- Maintained in mint or Bristol fashion-usually better than factory new-and loaded with extras – a rarity.

Above Average- Has had above average care and equipped with extra electrical and electronic gear.

Average- Ready for sale requiring no additional work and normally equipped for her size.

Fair- Requires usual maintenance to prepare for sale.

Poor (below average) – Substantial yard work required and devoid of extras.

### VALUATION WORKSHEET

## Used Boat Price Guide:

**BUC Used Boat Price Guide (BUC ValuePro) adjusted for average (BUC) condition in the Great Lakes & Midwest.**
Low: $180,000.00        High: $198,000.00

**Price Digests March 1, 2020 Revision. Adjusted for average condition.**
Low: $170,550.00        High: $213,779.00

## Current Similar Listings:

**Year/Model:** 2003 Sea Ray 460 Sundancer
**Engines:** Twin Cummins 480HP Diesels
**Last Listed Price:** US$ 239,999.00 (05/20)
**Location:** Osage Beach, MO
**Source:** https://www.boattrader.com/boat/2003-sea-ray-460-sundancer-7440970/

**Year/Model:** 2003 Sea Ray 460 Sundancer
**Engines:** Twin Cummins 480HP Diesels
**Last Listed Price:** US$ 239,900.00 (05/20)
**Location:** Sandusky, OH
**Source:** http://www.pier33.com/co-brokerage-boats-for-sale/2003-sea-ray-460-sundancer-sandusky-ohio-7396919/



**Sold Comps:**

**Year/Model:** 2004 Sea Ray 460 Sundancer
**Engines:** Twin Cummins 480HP diesels
**Last Listed Price:** US$ 179,900 (Sep 13 2019)
**Sold:** US$ 165,000 (Nov 21 2019) $174,900.00 adjusted for freshwater.
**Location:** North Miami, FL
RedactedRedacted

**Year/Model:** 2004 Sea Ray 460 Sundancer
**Engines:** Twin Cummins 480HP diesels
**Last Listed Price:** US$ 194,999 (Dec 05 2016)
**Sold:** US$ 185,000 (May 30 2017) $172,568.00 adjusted for 2020 and freshwater.
**Location:** Staten Island, NY
**YW#:** Redacted

**Year/Model:** 2004 Sea Ray 460 Sundancer
**Engines:** Twin Cummins 480HP diesels
**Last Listed Price:** US$ 189,000 (Jul 31 2018)
**Sold:** US$ 152,500 (Nov 12 2018) $148,718.00 adjusted for 2020 and freshwater.
**Location:** Pompano Beach, FL
Redacted

*Note: In calculating OPINION of estimated Market Value through the Sales Comparison Approach, the undersigned considered the average book retail values at $190,582.25, along with the average current similar listings at $239,949.50, and average sold records at $165,395.33 (adjusted for 2020 and freshwater) to obtain an opinion of value at $215,266.00 which remains unadjusted for average condition.*

*Calculations used to reach opinion of Estimate Market Value are as follows:*

**Replacement Cost New** *was not used in calculating opinion of value as the undersigned was able to obtain recent sales records.*
**Sales Comparison Approach**: *The most recent listings and book values were relied upon to form opinion of value; however, under* **hypothetical conditions and extraordinary assumptions**, *the undersigned assumes the sales recorded to have been recently affected under fair market conditions and within a reasonable time on the market. The undersigned also relied upon the information contained within each report to be accurate pertaining to condition and amenities.*

# EST. MARKET VALUE: $215,266.00
# EST. REPLACEMENT COST: $829,000.00



Estimated replacement costs were obtained from BUCValuepro used boat price guide. The market or sales approach was solely relied upon to form opinion of value.

## SECTION 21

**RECOMMENDATIONS: Not all deficiencies will be listed in this section and may have been detailed within the body of this report. Note: New NFPA (National Fire Protection Agency or ABYC (American Boat & Yacht Council) standards may have gone into effect since this vessel was constructed. Some of these safety standards have impact on personal or vessel safety and are cited herein. CFR (Code of Federal Regulation), 72 COLREGS and State Codes are Regulatory when cited herein.**

**"A. Regulatory Deficiencies" –** Per Federal Regulation, State Statute, or other legal requirement as cited.

**"B. Standards Minimum Safety Recommendations" –** These items appear to be incongruent with recognized standards of care, quality control during manufacturing or standards set forth by ABYC, NFPA or other as cited herein.

**"C. Surveyor's Notes and Observations"** – Unless specifically stated, we know of no published standard or requirement governing the deficient item listed; however, suggest the item be addressed based upon good practice and/or maintenance.

## TYPE A DEFICIENCIES

A1- Expired visual distress signals. 33 CFR Sec. 175.110 Visual distress signals required. (a)No person may use a boat 16 feet or more in length, or any boat operating as an uninspected passenger vessel subject to the requirements of 46 CFR chapter I, subchapter C, unless visual distress signals selected from the list in Sec. 175.130 or the alternatives in Sec. 175.135, in the number required, are onboard. Devices suitable for day use and devices suitable for night use, or devices suitable for both day and night, must be carried.

A2- No smoke detectors installed per NFPA 302. NFPA 302 chapter 12 section 12.3 All vessels 26 ft. or more in length with accommodation spaces intended for sleeping shall be equipped with a single station smoke alarm that is listed to UL 217, Standard for Single and Multiple Station Smoke Alarms, for recreational vehicles and is installed and maintained according to the device manufacturer's instructions."

A3- Recommend a competent person inspect fixed fire extinguishing system. All clean agent cylinders must undergo a full external visual inspection by competent personnel every 5 years, with the results recorded on an inspection tag or record book. Personnel conducting the external visual inspection must hold a current requalification identification number (RIN) per 49 CFR 180.209(g).

A4- Recommend the portable fire extinguishers be re-inspected.



## TYPE B DEFICIENCIES

B1- Recommend carrying two (2) appropriately sized anchors per ABYC H-40. ABYC H-40.5.2 For boats over 20 ft (6 m) LOA, provision shall be made for the deployment of two anchor rodes over the bow.

## TYPE C DEFICIENCIES

C1- The raw water intake hoses for both engines were aged and cracked and should be replaced.

C2- The generator raw water intake hoses were aged and cracked and should be replaced.



Hull Identification number.










Redacted












Redacted





Redacted











Page **26** of **78 Report of Survey 2004 Sea Ray 460 Sundancer**

Redacted