UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI

Debtor.

Case No. 18-09130

(Chapter 7)

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated September 3, 2019 (Dkt. No. 708) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 851 E. 63rd Place, Chicago, County of Cook, Illinois (Dkt. No 676).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

    **Purchaser:** University Property Holdings, LLC

    **Property:** 851 E. 63rd Place, Chicago, County of Cook, Illinois

    **Purchase Price:** $255,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

# Fidelity National Title Company, LLC

1827 Walden Office Square, Ste 102, Schaumburg, IL 60173
Phone: (847)397-1300 | Fax: (847)885-5728

## MASTER STATEMENT

**Settlement Date:** November 12, 2019
**Disbursement Date:** November 12, 2019

**Escrow Number:** SC19026459
**Escrow Officer:** Adrienne Sutton
**Email:** Adrienne.Sutton@fnf.com

**Borrower:** University Property Holdings, LLC
401 S Milwaukee Ave, Suite 160
Wheeling, IL 60090

**Seller:** North Star Trust Company Trust Number 09-11878
10 S LaSalle St, Suite 2750
Chicago, IL 60603

**Property:** 851 E 63rd PL Unit 1, 2 and 3
Chicago, IL 60637
Parcel ID(s): 20-23-101-048-1002, 20-23-101-048-1003, and 20-23-1, 20-23-101-048-1003, 20-23-101-048-1004

**Lender:** GMB Properties LLC
255 N Buffalo Grove Rd, #4903
Buffalo Grove, IL 60089

| SELLER DEBITS | SELLER CREDITS | | BORROWER DEBITS | BORROWER CREDITS |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 255,000.00 | Sale Price of Property | 255,000.00 | |
| | | Loan Amount | | 255,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 2,176.51 | | 2019 Tax Proration - 1002 1/1/19 to 11/12/19 | | 2,176.51 |
| 2,398.24 | | 2019 Tax Proration - 1003 1/1/19 to 11/12/19 | | 2,398.24 |
| 2,398.24 | | 2019 Tax Proration - 1004 1/1/19 to 11/12/19 | | 2,398.24 |
| | | **NEW LOAN CHARGES - GMB Properties LLC** | | |
| | | **Total Loan Charges: $3,559.38** | | |
| | | Items payable in connection with loan to GMB Properties LLC | 2,550.00 | |
| | | Prepaid Interest to GMB Properties LLC $52.40 per day from 11/12/19 to 11/30/19 GMB Properties LLC | 1,009.38 | |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Title - Commitment Update Fee to Fidelity National Title Company, LLC | 150.00 | |
| | | Title - CPL Fee to Buyer to Fidelity National Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Lender to Fidelity National Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Seller to Fidelity National Title Insurance Company | 50.00 | |
| | | Title - Escrow Fees - Borrower to Fidelity National Title Company, LLC | 1,475.00 | |
| | | Title - Lender's Title Insurance to Kevin Wille / FNT | 500.00 | |
| | | Title - Policy Update Fee to Fidelity National Title | 150.00 | |

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **TITLE & ESCROW CHARGES** Company, LLC | | |
| | | Title - Recording Service Fee to Fidelity National Title Company, LLC | 15.00 | |
| | | Title - State of Illinois Policy Registration Fee to Fidelity National Title Company, LLC | 6.00 | |
| | | Title - Title Indemnity Fee to Fidelity National Title Company, LLC | 175.00 | |
| 40.00 | | Title - Wire Transfer Service Fee to Fidelity National Title Company, LLC | 40.00 | |
| 44,000.00 | | Ti for 2015/2016/2017/2018 Sold Taxes - 3 Pins to Fidelity Non Revenue | | |
| | | Title - Owner's Title Insurance to Kevin Wille / FNT | 1,820.00 | |
| | | Policies to be issued: Owners Policy Coverage: $255,000.00   Premium: $1,820.00 Version: ALTA Owner's Policy 2006 Loan Policy Coverage: $255,000.00   Premium: $500.00 Version: ALTA Loan Policy 2006 | | |
| | | **GOVERNMENT CHARGES** Recording Fees to | 196.00 | |
| | | Deed                         $98.00 | | |
| | | Mortgage                  $98.00 | | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 1,912.50 | |
| | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 765.00 | |
| 0.00 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | 127.50 | |
| 0.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | 255.00 | |
| | | **MISCELLANEOUS CHARGES** | | |
| | | Attorney Fee to Kevin Wille | 500.00 | |
| 600.00 | | Attorney Fee to Imran Khan | | |
| 159,664.15 | | Proceeds per Court Direction to The Bankruptcy Estate of Robert Kowalski | | |
| 27,067.86 | | Water Certification to North American Title | | |
| 0.00 | | Fee for Certification to North American Title | 150.00 | |
| 3,225.00 | | Commission - Unit 2 to Pearson Realty Group | | |
| 3,225.00 | | Commission - Unit 3 to Pearson Realty Group | | |
| 3,225.00 | | Commission - Unit 1 to Pearson Realty Group | | |
| 1,875.00 | | Commission - Unit 2 to American Real Estate Services Corporation | | |
| 1,875.00 | | Commission - Unit 3 to American Real Estate Services Corporation | | |
| 1,875.00 | | Commission - Unit 1 to American Real Estate | | |

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **MISCELLANEOUS CHARGES** | | |
| | | Services Corporation | | |
| 1,355.00 | | Trust Fees to Chicago Title Land Trust | | |
| 255,000.00 | 255,000.00 | **Subtotals** | 266,896.38 | 261,972.99 |
| | | **Balance Due FROM Borrower** | | 4,923.39 |
| 255,000.00 | 255,000.00 | **TOTALS** | 266,896.38 | 266,896.38 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

North Star Trust Company, as Trustee under the
provisions of a certain Trust Agreement, dated the 22nd
day of September, 2009 and known as Trust Number
09-11878.

BY:_____

BORROWER:

University Property Holdings, LLC

BY:_____

BY:_____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Fidelity National Title Company, LLC
Settlement Agent

# Fidelity National Title Company, LLC
1827 Walden Office Square, Ste 102, Schaumburg, IL 60173
Phone: (847)397-1300 | Fax: (847)885-5728

## MASTER STATEMENT

**Settlement Date:** November 12, 2019
**Disbursement Date:** November 12, 2019

**Escrow Number:** SC19026459
**Escrow Officer:** Adrienne Sutton
**Email:** Adrienne.Sutton@fnf.com

**Borrower:** University Property Holdings, LLC
401 S Milwaukee Ave, Suite 160
Wheeling, IL 60090

**Seller:** North Star Trust Company Trust Number 09-11878
10 S LaSalle St, Suite 2750
Chicago, IL 60603

**Property:** 851 E 63rd PL Unit 1, 2 and 3
Chicago, IL 60637
Parcel ID(s): 20-23-101-048-1002, 20-23-101-048-1003, and 20-23-1, 20-23-101-048-1003, 20-23-101-048-1004

**Lender:** GMB Properties LLC
265 N Buffalo Grove Rd, #4903
Buffalo Grove, IL 60089

| SELLER DEBITS | SELLER CREDITS | | BORROWER DEBITS | BORROWER CREDITS |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 255,000.00 | Sale Price of Property | 255,000.00 | |
| | | Loan Amount | | 255,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 2,176.51 | | 2019 Tax Proration - 1002 1/1/19 to 11/12/19 | | 2,176.51 |
| 2,398.24 | | 2019 Tax Proration - 1003 1/1/19 to 11/12/19 | | 2,398.24 |
| 2,398.24 | | 2019 Tax Proration - 1004 1/1/19 to 11/12/19 | | 2,398.24 |
| | | **NEW LOAN CHARGES - GMB Properties LLC** | | |
| | | Total Loan Charges: $3,559.38 | | |
| | | Items payable in connection with loan to GMB Properties LLC | 2,550.00 | |
| | | Prepaid Interest to GMB Properties LLC $52.40 per day from 11/12/19 to 11/30/19 GMB Properties LLC | 1,009.38 | |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Title - Commitment Update Fee to Fidelity National Title Company, LLC | 150.00 | |
| | | Title - CPL Fee to Buyer to Fidelity National Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Lender to Fidelity National Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Seller to Fidelity National Title Insurance Company | 50.00 | |
| | | Title - Escrow Fees - Borrower to Fidelity National Title Company, LLC | 1,475.00 | |
| | | Title - Lender's Title Insurance to Kevin Wille / FNT | 500.00 | |
| | | Title - Policy Update Fee to Fidelity National Title | 150.00 | |

MASTER STATEMENT - Continued

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **TITLE & ESCROW CHARGES** Company, LLC | | |
| | | Title - Recording Service Fee to Fidelity National Title Company, LLC | 15.00 | |
| | | Title - State of Illinois Policy Registration Fee to Fidelity National Title Company, LLC | 6.00 | |
| | | Title - Title Indemnity Fee to Fidelity National Title Company, LLC | 175.00 | |
| 40.00 | | Title - Wire Transfer Service Fee to Fidelity National Title Company, LLC | 40.00 | |
| 44,000.00 | | TI for 2015/2016/2017/2018 Sold Taxes - 3 Pins to Fidelity Non Revenue | | |
| | | Title - Owner's Title Insurance to Kevin Wille / FNT | 1,820.00 | |
| | | Policies to be issued: Owners Policy Coverage: $255,000.00   Premium: $1,820.00 Version: ALTA Owner's Policy 2006 Loan Policy Coverage: $255,000.00   Premium: $500.00 Version: ALTA Loan Policy 2006 | | |
| | | **GOVERNMENT CHARGES** Recording Fees to Deed                                                $98.00 Mortgage                                          $98.00 | 196.00 | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 1,912.50 | |
| | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 765.00 | |
| 0.00 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | 127.50 | |
| 0.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | 255.00 | |
| | | **MISCELLANEOUS CHARGES** Attorney Fee to Kevin Wille | 500.00 | |
| 600.00 | | Attorney Fee to Imran Khan | | |
| 159,664.15 | | Proceeds per Court Direction to Gus Paloian, as Trustee of The Bankruptcy Estate of Robert Kowalski | | |
| 27,067.86 | | Water Certification to North American Title | | |
| 0.00 | | Fee for Certification to North American Title | 150.00 | |
| 3,225.00 | | Commission - Unit 2 to Pearson Realty Group | | |
| 3,225.00 | | Commission - Unit 3 to Pearson Realty Group | | |
| 3,225.00 | | Commission - Unit 1 to Pearson Realty Group | | |
| 1,875.00 | | Commission - Unit 2 to American Real Estate Services Corporation | | |
| 1,875.00 | | Commission - Unit 3 to American Real Estate Services Corporation | | |

MASTER STATEMENT - Continued

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | MISCELLANEOUS CHARGES | | |
| 1,875.00 | | Commission - Unit 1 to American Real Estate Services Corporation | | |
| 1,355.00 | | Trust Fees to Chicago Title Land Trust | | |
| 255,000.00 | 255,000.00 | Subtotals | 266,896.38 | 261,972.99 |
| | | Balance Due FROM Borrower | | 4,923.39 |
| 255,000.00 | 255,000.00 | TOTALS | 266,896.38 | 266,896.38 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

Gus Palolan, as Trustee of The Bankruptcy Estate of Robert Kowalski

BY: /s/ Gus A. Palolan as Bankruptcy Trustee

BORROWER:

University Property Holdings, LLC

BY:_____

BY:_____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Fidelity National Title Company, LLC
Settlement Agent