UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI                        Case No. 18-09130

                                                 (Chapter 7)
                    Debtor.

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated January 28, 2020 (Dkt. No. 813) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 2408 E. 97th Street, Chicago, County of Cook, Illinois (Dkt. No 798).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

    **Purchaser:** Konstantinos Marinakis

    **Property:** 2408 E. 97th Street, Chicago, County of Cook, Illinois

    **Purchase Price:** $35,000.00

2. See attached Closing Statement.


Dated this 16th day of October, 2020

                                         /s/ Gus A. Paloian
                                         Gus A. Paloian, Chapter 7 Trustee

# Chicago Title and Trust Company

1030 West Higgins Road, #200, Park Ridge, IL 60068
Phone: (847)384-2600 | Fax: (847)318-0078

## MASTER STATEMENT

**Settlement Date:** March 2, 2020
**Disbursement Date:** March 2, 2020

**Escrow Number:** 20GSA305024LP
**Escrow Officer:** Jackie Z Parkinson
**Email:** parkinsonj@CTT.com

**Buyer:** Konstantinos A. Marinakis
2408 E. 97th St.
Chicago, IL 60617-4958

**Seller:** Chicago Title Land Trust Company, as Trustee under Trust Agreement dated January 14, 2014 and known as Trust Number 8002363803
2408 E. 97th St.
Chicago, IL 60617-4958

**Property:** 2408 E. 97th St.
Chicago, IL 60617-4958
Parcel ID(s): 26-07-112-053-0000

| SELLER DEBITS | SELLER CREDITS | | BUYER DEBITS | BUYER CREDITS |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 35,000.00 | Sale Price of Property | 35,000.00 | |
| | | Deposit or earnest money | | 3,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 165.49 | | County Taxes 01/01/20 to 03/02/20 | | 165.49 |
| 1,059.77 | | County Taxes 01/01/2019 to 12/31/2019 | | 1,059.77 |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Title - Commitment Update Fee to Chicago Title Company, LLC | 150.00 | |
| | | Title - CPL Fee to Buyer to Chicago Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Seller to Chicago Title Insurance Company | 50.00 | |
| | | Title - Escrow Fees to Chicago Title and Trust Company | 1,450.00 | |
| | | Title - Policy Update Fee to Chicago Title Company, LLC | 150.00 | |
| | | Title - Recording Service Fee to Chicago Title Company, LLC | 15.00 | |
| | | Title - State of Illinois Policy Registration Fee to Chicago Title Company, LLC | 3.00 | |
| | | Title - Tax Payment Service Fee to Chicago Title Company, LLC | 50.00 | |
| | | Title - Title Indemnity Fee to Chicago Title and Trust Company | 175.00 | |
| | | Title - Wire Transfer Service Fee to Chicago Title and Trust Company | 40.00 | |
| | | Title - Owner's Title Insurance to Pappas Law Offices, P.C. | 1,750.00 | |

**MASTER STATEMENT - Continued**

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | Policies to be issued: | | |
| | | Owners Policy | | |
| | | Coverage: $35,000.00     Premium: $1,750.00 | | |
| | | Version: ALTA Owner's Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to Cook County Recorder | 98.00 | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 98.00 | |
| 0.00 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | 17.50 | |
| 0.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | 35.00 | |
| | | **MISCELLANEOUS CHARGES** | | |
| 430.79 | | 2nd Inst 2018 County Taxes Delinquent to ACH Cook County Taxes 26-07-112-053-0000 | 0.00 | |
| 0.00 | | 2019 1st install taxes plus penalty to ACH Cook County Taxes | 437.26 | |
| 600.00 | | attorney fees to ARK Attorneys-at-Law | | |
| 1,475.00 | | commission to Pearson Realty Group | | |
| 625.00 | | commission to Real People Realty | | |
| 0.00 | | Duplicate Tax Bill to ACH Cook County Taxes 26-07-112-053-0000 | 16.00 | |
| 1,000.00 | | hold back for water to Chicago Title | 0.00 | |
| 560.00 | | Land Trust Fee to Chicago Title | | |
| 14,264.00 | | Title Indemnity to Chicago Title | | |
| | | water cert fee to Pappas Law Offices, P.C. | 150.00 | |
| | | zoning fee to Pappas Law Offices PC | 170.00 | |
| 20,180.05 | 35,000.00 | **Subtotals** | 39,879.75 | 4,225.26 |
| | | **Balance Due FROM Buyer** | | 35,654.49 |
| 14,819.95 | | **Balance Due TO Seller** | | |
| 35,000.00 | 35,000.00 | **TOTALS** | 39,879.75 | 39,879.75 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

"Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski"

BY: _____

BUYER: _____

Konstantinos A. Marinakis

**MASTER STATEMENT - Continued**

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

*[signature]*

Chicago Title and Trust Company
Settlement Agent

# Chicago Title and Trust Company

1030 West Higgins Road, #200, Park Ridge, IL 60068
Phone: (847)384-2600 | Fax: (847)318-0078

## MASTER STATEMENT

**Settlement Date:** March 2, 2020  **Escrow Number:** 20GSA305024LP
**Disbursement Date:** March 2, 2020  **Escrow Officer:** Jackie Z Parkinson
                                      **Email:** parkinsonj@CTT.com

**Buyer:** Konstantinos A. Marinakis
2408 E. 97th St.
Chicago, IL 60617-4958

**Seller:** Chicago Title Land Trust Company, as Trustee under Trust Agreement dated January 14, 2014 and known as Trust Number 8002363803
2408 E. 97th St.
Chicago, IL 60617-4958

**Property:** 2408 E. 97th St.
Chicago, IL 60617-4958
Parcel ID(s): 26-07-112-053-0000

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **FINANCIAL CONSIDERATION** | | |
| | 35,000.00 | Sale Price of Property | 35,000.00 | |
| | | Money POC from buyer to seller<br>Retained by Chicago Title Land Trust Company, as Trustee under Trust Agreement dated January 14, 2014 and known as Trust Number 8002363803 | | 3,000.00 |
| 3,000.00 | | Excess Deposit | | |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 165.49 | | County Taxes<br>01/01/20 to 03/02/20 | | 165.49 |
| 1,059.77 | | County Taxes<br>01/01/2019 to 12/31/2019 | | 1,059.77 |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Title - Commitment Update Fee to Chicago Title Company, LLC | 150.00 | |
| | | Title - CPL Fee to Buyer to Chicago Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Seller to Chicago Title Insurance Company | 50.00 | |
| | | Title - Escrow Fees to Chicago Title and Trust Company | 1,450.00 | |
| | | Title - Policy Update Fee to Chicago Title Company, LLC | 150.00 | |
| | | Title - Recording Service Fee to Chicago Title Company, LLC | 15.00 | |
| | | Title - State of Illinois Policy Registration Fee to Chicago Title Company, LLC | 3.00 | |
| | | Title - Tax Payment Service Fee to Chicago Title Company, LLC | 50.00 | |
| | | Title - Title Indemnity Fee to Chicago Title and Trust Company | 175.00 | |

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Title - Wire Transfer Service Fee to Chicago Title and Trust Company | 40.00 | |
| | | Title - Owner's Title Insurance to Pappas Law Offices, P.C. | 1,750.00 | |
| | | Policies to be issued:<br>  Owners Policy<br>    Coverage: $35,000.00    Premium: $1,750.00<br>    Version: ALTA Owner's Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to Cook County Recorder | 98.00 | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 98.00 | |
| 0.00 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | 17.50 | |
| 0.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | 35.00 | |
| | | **MISCELLANEOUS CHARGES** | | |
| 430.79 | | 2nd Inst 2018 County Taxes Delinquent to ACH Cook County Taxes<br>  26-07-112-053-0000 | 0.00 | |
| 0.00 | | 2019 1st install taxes plus penalty to ACH Cook County Taxes | 437.25 | |
| 600.00 | | attorney fees to ARK Attorneys-at-Law | | |
| 1,475.00 | | commission to Pearson Realty Group | | |
| 625.00 | | commission to Real People Realty | | |
| 8,501.24 | | delinquent taxes to KAREN A. YARBROUGH, COOK COUNTY CLERK | | |
| 0.00 | | Duplicate Tax Bill to ACH Cook County Taxes<br>  26-07-112-053-0000 | 16.00 | |
| 684.13 | | hold back for water to RIVER NORTH CLERKING | 0.00 | |
| 560.00 | | Land Trust Fee to Chicago Title | | |
| | | overage to Konstantinos A. Marinakis | 0.00 | |
| 12,135.52 | | Per letter of direction to GUS A. PALOIAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF ROBERT KOWALSKI | | |
| 5,763.06 | | Title Indemnity to Chicago Title | | |
| | | water cert fee to Pappas Law Offices, P.C. | 150.00 | |
| | | zoning fee to Pappas Law Offices PC | 170.00 | |
| 35,000.00 | 35,000.00 | **Subtotals** | 39,879.75 | 4,225.26 |
| | | **Balance Due FROM Buyer** | | **35,654.49** |
| 35,000.00 | 35,000.00 | **TOTALS** | 39,879.75 | 39,879.75 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:                                                              BUYER:

"Gus Paloian, Trustee of the Bankruptcy Estate of                    Konstantinos A. Marinakis
Robert Kowalski"

BY:_____




To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Chicago Title and Trust Company
Settlement Agent