UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI  Case No. 18-09130

(Chapter 7)

Debtor.

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated July 2, 2019 (Dkt. No. 620) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 1707 S. Newberry Avenue, Chicago, County of Cook, Illinois (Dkt. No 601).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

    **Purchaser:** One Earth, LLC

    **Property:** 1707 S. Newberry Avenue, Chicago, County of Cook, Illinois

    **Purchase Price:** $250,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

| American Land Title Association | | ALTA Settlement Statement - Cash<br>Adopted 05-01-2015 |
|---|---|---|

| File No./Escrow No.: 41044769<br>Print Date & Time: 02/19/20 10:52 AM<br>Officer/Escrow Officer:<br>Settlement Location:<br>Greater Illinois Title Company<br>120 North LaSalle Street, Suite 900<br>Chicago, IL 60602 | Greater Illinois Title Company<br>ALTA Universal ID: 0004592<br>120 North LaSalle Street, Suite 900<br>Chicago, IL 60602 |  |
|---|---|---|

| Property Address: | 1707 South Newberry Avenue Chicago, IL 60608<br>1707 South Newberry Avenue<br>Chicago, IL 60608 |
|---|---|
| Borrower: | Holy Key LLC |
| Seller: | Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski<br>1707 SOUTH NEWBERRY AVENUE<br>CHICAGO, IL 60608 |
| Loan Number:<br>Settlement Date:<br>Disbursement Date:<br>Additional dates per state requirements: | <br>11/19/2019<br>11/19/2019 |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Financial | | |
| | $250,000.00 | Sale Price of Property | $250,000.00 | |
| | | | | |
| | | Prorations/Adjustments | | |
| $4,303.56 | | County Property Taxes from 01/01/2019 thru 09/30/2019 | | $4,303.56 |
| | | | | |
| | | Title Charges & Escrow / Settlement Charges | | |
| | | Title - Agency Escrow Fee<br> to Greater Illinois Title Company | $1,000.00 | |
| | | Title - CPL's to Chicago Title Insurance Company | $75.00 | |
| | | Title - State of Illinois Policy Fee to Wintrust Mortgage | $3.00 | |
| | | Title - Owner's Title Insurance($100.00) to Greater Illinois Title Company | $100.00 | |
| $22,082.46 | | Sold Taxes to Tower DBI VI Trust 2016-1 | | |
| | | | | |
| | | Commission | | |
| $9,000.00 | | Real Estate Commission - Listing to Pearson Realty Group | | |
| $6,000.00 | | Real Estate Commission - Selling to AuctionWorks | | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| | | Recording Fee (Deed) to Greater Illinois Title Company | $98.00 | |
| | | Transfer Tax to Greater Illinois Title Company | $375.00 | |
| | | Chicago Transfer Tax to Greater Illinois Title Company | $2,625.00 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | | | |
| | | Miscellaneous | | |
| $600.00 | | Attorney Fee to Imran Khan Esq., LLM | | |
| $4,186.05 | | Water Certification to City of Chicago Water Department | | |
| | | Zoning Certification (Advanced) to Greater Illinois Title Company | $120.00 | |
| $375.00 | | Trust Fees to Chicago Title and Trust Company | | |
| | | Processing Fees to Greater Illinois Title Company | $284.00 | |
| $4,784.89 | | 2nd Installment 2018 Cook Cty Taxes & Cty Tax Svc Fee $7 to Greater Illinois Title Company | | |
| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| $51,331.96 | $250,000.00 | Subtotals | $254,680.00 | $4,303.56 |
| | | Due From Borrower | | $250,376.44 |
| $198,668.04 | | Due To Seller | | |
| $250,000.00 | $250,000.00 | Totals | $254,680.00 | $254,680.00 |

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize <u>Greater Illinois Title Company</u> to cause the funds to be disbursed in accordance with this statement.

Holy Key LLC                                                          Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski

_____  _____                      _____  _____
By                                    Date                            By                                    Date

_____  _____
Escrow Officer                                                       Date

*Post Closing Revised*