UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

In re: ROBERT M. KOWALSKI                          Case No. 18-09130

                                                   (Chapter 7)
                              Debtor.

---

TRUSTEE'S REPORT OF SALE

---

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated July 2, 2019 (Dkt. No. 620) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 1711 Newberry Avenue, Chicago, County of Cook, Illinois (Dkt. No 601).

1.    **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski **(**the "Estate")

**Purchaser:** One Earth, LLC

**Property:** 1711 Newberry Avenue, Chicago, County of Cook, Illinois

**Purchase Price:** $175,000.00

2.    See attached Closing Statement.


Dated this 16th day of October, 2020

                              /s/ Gus A. Paloian
                              Gus A. Paloian, Chapter 7 Trustee

| American Land Title Association | ALTA Settlement Statement - Cash |
|---|---|
| | Adopted 05-01-2015 |

**File No./Escrow No.:** 41044765
**Print Date & Time:** 02/18/20 6:09 PM
**Officer/Escrow Officer:**
**Settlement Location:**
Greater Illinois Title Company
120 North LaSalle Street, Suite 900
Chicago, IL 60602

Greater Illinois Title Company
**ALTA Universal ID:** 0004592
120 North LaSalle Street, Suite 900
Chicago, IL  60602

**GIT** Greater Illinois Title Company

Post Closing Revised

| **Property Address:** | 1711 South Newberry Avenue Unit 1  Chicago, IL 60630 |
|---|---|
| | 1711 South Newberry Avenue Unit 1 |
| | Chicago, IL  60630 |
| | **See Addendum for Additional Properties** |
| **Borrower:** | Holy Key LLC |
| **Seller:** | Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski |
| | 6522 SOUTH ELLIS AVENUE |
| | Chicago, IL  60637 |
| **Loan Number:** | |
| **Settlement Date:** | 11/19/2019 |
| **Disbursement Date:** | 11/19/2019 |
| **Additional dates per state requirements:** | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $175,000.00 | Sale Price of Property | $175,000.00 | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $5,645.62 | | County Property Taxes from 01/01/2019 thru 09/30/2019 | | $5,645.62 |
| $14.79 | | County Property Taxes from 01/01/2019 thru 09/30/2019 | | $14.79 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Agency Escrow Fee | $1,000.00 | |
| | | to Greater Illinois Title Company | | |
| | | Title - CPL's to Chicago Title Insurance Company | $75.00 | |
| | | Title - State of Illinois Policy Fee to Wintrust Mortgage | $3.00 | |
| | | Title - Owner's Title Insurance($100.00) to Greater Illinois Title Company | $100.00 | |
| $26,438.91 | | Sold Taxes to Tower DBI VI Trust 2016-1 | | |
| $500.00 | | Title Indemnity for 2016 2nd & 2017 Taxes (1003) to Greater Illinois Title Company | | |
| | | | | |
| | | **Commission** | | |
| $6,375.00 | | Real Estate Commission - Listing to Pearson Realty Group | | |
| $4,125.00 | | Real Estate Commission - Selling to AuctionWorks | | |

Copyright 2015 American Land Title Association
All rights reserved.

File # 41044765
Printed on: 02/18/20 6:09 PM

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fee (Deed) to Greater Illinois Title Company | $98.00 | |
| | | Transfer Tax to Greater Illinois Title Company | $262.50 | |
| | | Chicago Transfer Tax to Greater Illinois Title Company | $1,837.50 | |
| | | | | |
| | | **Miscellaneous** | | |
| $600.00 | | Attorney Fee to Imran Khan Esq., LLM | | |
| $50.00 | | Water Certification to City of Chicago Water Department | | |
| $1,050.00 | | Trust Fees to Chicago Title and Trust Company | | |
| | | Processing Fees to Greater Illinois Title Company | $284.00 | |
| $27.89 | | 2018 Taxes to Greater Illinois Title Company | | |
| $5,767.82 | | 2018 2nd Installment Cook Cty Taxes & Cty Svc Fee $7 to Greater Illinois Title Company | | |

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $50,595.03 | $175,000.00 | **Subtotals** | $178,660.00 | $5,660.41 |
| | | Due **From** Borrower | | **$172,999.59** |
| **$124,404.97** | | Due **To** Seller | | |
| $175,000.00 | $175,000.00 | **Totals** | $178,660.00 | $178,660.00 |

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Copyright 2015 American Land Title Association.
All rights reserved.

File # 41044765
Printed on: 02/18/20 6:09 PM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Greater Illinois Title Company to cause the funds to be disbursed in accordance with this statement.

Holy Key LLC

Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski

By   *Patrick Lochmon*    Date   *2/19/2–*
     *Authorized Agent*

By _____    Date _____

_____
Escrow Officer      Date

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Copyright 2015 American Land Title Association.
All rights reserved.

File # 41044765
Printed on: 02/18/20 6:09 PM

| Addendum to ALTA SS |
| --- |
| Closing Information – Additional Tracts of Land |
| 1711 South Newberry Avenue Unit P-1<br>Chicago, IL 60630 |

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Post Closing Revised

Copyright 2015 American Land Title Association.
All rights reserved.

File # 41044765
Printed on: 02/18/20 6:09 PM