UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI  Case No. 18-09130

(Chapter 7)

Debtor.

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated September 4, 2019 (Dkt. No. 712) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 6411 S. Maryland Avenue, Chicago, County of Cook, Illinois (Dkt. No 682).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

   **Purchaser:** University Property Holdings, LLC

   **Property:** 6411 S. Maryland Avenue, Chicago, County of Cook, Illinois

   **Purchase Price:** $260,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

## Fidelity National Title Company, LLC
1827 Walden Office Square, Ste 102, Schaumburg, IL 60173
Phone: (847)397-1300 | Fax: (847)885-5728

### MASTER STATEMENT

| | |
|---|---|
| Settlement Date: November 12, 2019 | Escrow Number: SC19009266 |
| Disbursement Date: November 12, 2019 | Escrow Officer: Adrienne Sutton |
| | Email: Adrienne.Sutton@fnf.com |

Borrower: University Property Holdings LLC
401 S Milwaukee Ave, Ste 160
Wheeling, IL 60090

Seller: North Star Trust Company as trustee under Trust Agreement dated February 14, 2009 and known as Trust Number 08-11388
10 S Lasalle St, Suite 2750
Chicago, IL 60603

Property: 6411 S Maryland Ave
Chicago, IL 60637
Parcel ID(s): 20-23-103-048-1001, 20-23-103-048-1002, and 20-23-1, 20-23-103-048-1002, 20-23-103-048-1003

Lender: GMB Properties LLC
255 N Buffalo Grove Rd, #4903
Buffalo Grove, IL 60089

| SELLER | | | | BORROWER | |
|---|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | | $ DEBITS | $ CREDITS |
| | | **FINANCIAL CONSIDERATION** | | | |
| | 260,000.00 | Sale Price of Property | | 260,000.00 | |
| | | Loan Amount | | | 260,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | | |
| 2,641.87 | | 2019 Tax Proration -1001 1/1/19 to 11/12/19 | | | 2,641.87 |
| 2,641.87 | | 2019 Tax Proration -1002 1/1/19 to 11/12/19 | | | 2,641.87 |
| 2,641.87 | | 2019 Tax Proration -1003 1/1/19 to 11/12/19 | | | 2,641.87 |
| | | **NEW LOAN CHARGES - GMB Properties LLC** | | | |
| | | Total Loan Charges: $3,629.17 | | | |
| | | Items payable in connection with loan to GMB Properties LLC | | 2,600.00 | |
| | | Prepaid Interest to GMB Properties LLC $53.42 per day from 11/12/19 to 11/30/19 GMB Properties LLC | | 1,029.17 | |
| | | **TITLE & ESCROW CHARGES** | | | |
| | | Title - Commitment Update Fee to Fidelity National Title Company, LLC | | 150.00 | |
| | | Title - CPL Fee to Buyer to Fidelity National Title Insurance Company | | 25.00 | |
| | | Title - CPL Fee to Seller to Fidelity National Title Insurance Company | | 50.00 | |
| | | Title - Escrow Fees - Borrower to Fidelity National Title Company, LLC | | 1,375.00 | |
| | | Title - Lender's Title Insurance to Kevin C. Wille / FNT | | 600.00 | |
| | | Title - Policy Update Fee to Fidelity National Title Company, LLC | | 150.00 | |

Page 1 of 3                                (SC19009266/43) November 12, 2019 02:26 PM

MASTER STATEMENT - Continued

| SELLER | | | BORROWER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Title - Recording Service Fee to Fidelity National Title Company, LLC | 15.00 | |
| | | Title - State of Illinois Policy Registration Fee to Fidelity National Title Company, LLC | 6.00 | |
| | | Title - Tax Paying Agent Fees to Fidelity National Title Company, LLC | 175.00 | |
| | | Title - Water Cert Processing-Handling to Fidelity National Title Company, LLC | 90.00 | |
| 40.00 | | Title - Wire Transfer Service Fee to Fidelity National Title Company, LLC | 40.00 | |
| 58,000.00 | | TI 2015/2016/2017/2018 Sold Taxes - 1001, 1003 and 1002 to Fidelity Non Revenue | | |
| | | Title - Owner's Title Insurance to Kevin C. Wilte / FNT | 1,820.00 | |
| | | SE 287 - Policy Modification 4 to Fidelity National Title Insurance Company | 125.00 | |
| 14,513.76 | | Title - Water Cert to Fidelity National Title Company, LLC | | |
| | | Policies to be issued:<br>Owners Policy<br>Coverage: $260,000.00   Premium: $1,820.00<br>Version: ALTA Owner's Policy 2006<br>Loan Policy<br>Coverage: $260,000.00   Premium: $500.00<br>Version: ALTA Loan Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to Fidelity National Title Company, LLC | 198.00 | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 1,950.00 | |
| 0.00 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | 130.00 | |
| 0.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | 260.00 | |
| | | to | 780.00 | |
| | | **MISCELLANEOUS CHARGES** | | |
| 600.00 | | Attorney Fee to Imran Khan | | |
| | | Attorney Fee to Kevin C. Wille | 600.00 | |
| 9,350.00 | | Commission to Pearson Realty Group | | |
| 6,250.00 | | Commission to American Real Estate Services Corporation | | |
| 162,160.63 | | Proceeds Per Direction to Gus Paloian, as Trustee of The Bankruptcy Estate of Robert Kowalski | | |
| 1,160.00 | | Trust Fees to Chicago Title Land Trust | | |

MASTER STATEMENT - Continued

| | | | | |
|---|---|---|---|---|
| 260,000.00 | 260,000.00 | Subtotals | 271,966.17 | 267,925.61 |
| | | Balance Due FROM Borrower | | 4,040.56 |
| 260,000.00 | 260,000.00 | TOTALS | 271,966.17 | 271,966.17 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

Gus Paloian, as Trustee of The Bankruptcy Estate of
Robert Kowalski

BY: /s/ Gus A Paloian as Trustee

BORROWER:

University Property Holdings LLC

BY: _____

BY: _____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Fidelity National Title Company, LLC
Settlement Agent

**MASTER STATEMENT - Continued**

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

North Star Trust Company as trustee under Trust Agreement dated February 14, 2009 and known as Trust Number 08-11388

BY:_____

BORROWER:

University Property Holdings LLC

BY: _____

BY: _____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Fidelity National Title Company, LLC
Settlement Agent