UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI          Case No. 18-09130

(Chapter 7)

Debtor.

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated November 12, 2019 (Dkt. No. 771) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 1918 W. Cermak Avenue, Unit 3, Chicago, County of Cook, Illinois (Dkt. No 747).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

   **Purchaser:** SO Holdings, LLC Series XI

   **Property:** 1918 W. Cermak Avenue, Unit 3, Chicago, County of Cook, Illinois

   **Purchase Price:** $190,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

| American Land Title Association | | ALTA Settlement Statement – Cash |
| --- | --- | --- |
| | | Adopted 05-01-2015 |

| File No./Escrow No.: H81547 | Heritage Title Company® |
| --- | --- |
| Print Date & Time: 12/06/19 8:26 AM | ALTA Universal ID: 1039754 |
| Officer/Escrow Officer: | 5849 W Lawrence Avenue |
| Settlement Location: | Chicago, IL 60630 |
| Heritage Title Company® | |
| 5849 W Lawrence Avenue | |
| Chicago, IL 60630-3226 | |

| Property Address: | PIN 17-19-426-050-1003 |
| --- | --- |
| | 1918 W Cermak Road, Unit 3 |
| | Chicago, IL 60608 |
| Borrower: | SO Holdings, LLC - Series XI |
| | 5341 W Belmont Avenue |
| | Chicago, IL 60641 |
| Seller: | Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski |
| | 1918 W Cermak Road, Unit 3 |
| | Chicago, IL 60608 |
| Loan Number: | |
| Settlement Date: | 12/09/2019 |
| Disbursement Date: | 12/03/2019 |
| Additional dates per state requirements: | 12/09/2019 |

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $190,000.00 | Sale Price of Property | $190,000.00 | |
| $14,512.06 | | TI Sold Taxes to HT Indemnity | | |
| $156,277.19 | | Proceeds to Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski | | |
| | | **Prorations/Adjustments** | | |
| $6,035.75 | | County Property Taxes from 01/01/2019 thru 12/09/2019 | | $6,035.75 |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - CPL Fees to Old Republic National Title Insurance Co | $75.00 | |
| | | Title - Commitment Update to Heritage Title Co | $150.00 | |
| | | Title - IL Policy Fee to Old Republic National Title Insurance Co | $3.00 | |
| | | Title - Incoming Wire to Heritage Title Co | $35.00 | |
| | | Title - Later Date to Heritage Title Company® | $150.00 | |
| | | Title - Owner's Title Insurance($270.00) to HTC/ORNTIC | $270.00 | |
| | | Title - Recording Service to Heritage Title Co | $40.00 | |
| | | Title - Settlement Fee to Heritage Title Company® | $1,630.00 | |
| | | Title - TI Fee to Heritage Title Co | $125.00 | |
| | | Title - Water & Zoning Handling to Heritage Title Co | $135.00 | |
| | | Title - Wire/Overnight to Heritage Title Co | $155.00 | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Commission | | |
| $4,500.00 | | Real Estate Commission - Buyer's Realtor to Beaulieu Real Estate | | |
| $6,900.00 | | Real Estate Commission - Seller's Realtor to Pearson Realty Group | | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| | | Recording Fee (Deed) to Cook County Recorder | $98.00 | |
| | | Transfer Tax to Cook County Recorder | $285.00 | |
| | | Transfer Tax to City of Chicago Revenue Dept | $1,995.00 | |
| | | | | |
| | | Miscellaneous | | |
| $600.00 | | Attorney Fee to Imran Khan Esq., LLM | | |
| $1,175.00 | | Land Trust Fees to Chicago Title Land Trust Co. | | |
| | | Water Certification to City of Chicago Water Dept | $50.00 | |
| Seller Debit | Seller Credit | | Borrower/Buyer Debit | Borrower/Buyer Credit |
| $190,000.00 | $190,000.00 | Subtotals | $195,196.00 | $6,035.75 |
| | | Due From Borrower | | $189,160.25 |
| | | Due From Seller | | |
| $190,000.00 | $190,000.00 | Totals | $195,196.00 | $195,196.00 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Heritage Title Company® to cause the funds to be disbursed in accordance with this statement.

50 Holdings, LLC - Series XI

By _____  Date 12/9/19

Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski

By _____  Date 12/9/19

_____  Date 12-9-19
Escrow Officer