UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI  　　　　　　　　　Case No. 18-09130

　　　　　　　　　　　　　　　　　　　　　　　(Chapter 7)

　　　　　　　　　　　Debtor.

TRUSTEE'S REPORT OF SALE

　　　Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated December 4, 2019 (Dkt. No. 781) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 7957 S. Harvard Avenue, Chicago, County of Cook, Illinois (Dkt. No 766).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

   **Purchaser:** 18 Holdings, LLC

   **Property:** 7957 S. Harvard Avenue, Chicago, County of Cook, Illinois

   **Purchase Price:** $180,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gus A. Paloian
　　　　　　　　　　　　　　　　　　　　　　　Gus A. Paloian, Chapter 7 Trustee

# Fidelity National Title Company, LLC

1827 Walden Office Square, Ste 102, Schaumburg, IL 60173
Phone: (847)397-1300 | Fax: (847)885-5728

## MASTER STATEMENT

**Settlement Date:** December 16, 2019　　　　**Escrow Number:** SC19034591
**Disbursement Date:** December 16, 2019　　　**Escrow Officer:** Adrienne Sutton
　　　　　　　　　　　　　　　　　　　　　　　**Email:** Adrienne.Sutton@fnf.com

**Borrower:** 18 S Holdings LLC
7957 S Harvard Ave
Chicago, IL 60620

**Seller:** Chicago Title Land Trust Company under trust agreement dated January 14, 2014, and known as Trust Number 800236803
10 S Lasalle, 2750
Chicago, IL 60601

**Property:** 7957 S Harvard Ave
Chicago, IL 60620
Parcel ID(s): 20-33-201-021-0000

**Lender:** GMB Properties LLC
255 N Buffalo Grove Rd, #4903
Buffalo Grove, IL 60089

| SELLER | | | | BORROWER | |
|---|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | | $ DEBITS | $ CREDITS |
| | | **FINANCIAL CONSIDERATION** | | | |
| | 180,000.00 | Sale Price of Property | | 180,000.00 | |
| | | Loan Amount | | | 175,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | | |
| 6,874.64 | | County Taxes 01/01/19 to 12/16/19 | | | 6,874.64 |
| | | **NEW LOAN CHARGES - GMB Properties LLC** **Total Loan Charges: $2,863.33** | | | |
| | | Loan Origination Fee to GMB Properties LLC | | 2,200.00 | |
| | | Wire From Lender to GMB Properties LLC | | 40.00 | |
| | | Wire to Title to GMB Properties LLC | | 40.00 | |
| | | Prepaid Interest to GMB Properties LLC $36.46 per day from 12/16/19 to 01/01/20    GMB Properties LLC | | 583.33 | |
| | | **TITLE & ESCROW CHARGES** | | | |
| | | Title - Commitment Update Fee to Fidelity National Title Company, LLC | | 150.00 | |
| | | Title - CPL Fee to Buyer to Fidelity National Title Insurance Company | | 25.00 | |
| | | Title - CPL Fee to Lender to Fidelity National Title Insurance Company | | 25.00 | |
| | | Title - CPL Fee to Seller to Fidelity National Title Insurance Company | | 50.00 | |
| | | Title - Email Package Service Fee to Fidelity National Title Company, LLC | | 40.00 | |
| | | Title - Escrow Fees - Borrower to Fidelity National Title Company, LLC | | 1,375.00 | |
| | | Title - IL APLD Certificate Service Fee to Fidelity | | 60.00 | |

| SELLER | | | BORROWER | |
| --- | --- | --- | --- | --- |
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **TITLE & ESCROW CHARGES** | | |
| | | National Title Company, LLC | | |
| | | Title - Lender's Title Insurance to Kevin C. Wille / FNT | 500.00 | |
| | | Title - Overnight Delivery & Handling to Fidelity National Title Company, LLC | 80.00 | |
| | | Title - Policy Update Fee to Fidelity National Title Company, LLC | 150.00 | |
| | | Title - Recording Service Fee to Fidelity National Title Company, LLC | 15.00 | |
| | | Title - Recording Service Fee to Fidelity National Title Company, LLC | 15.00 | |
| | | Title - State of Illinois Policy Registration Fee to Fidelity National Title Company, LLC | 6.00 | |
| | | Title - Wire Transfer Service Fee to Fidelity National Title Company, LLC | 80.00 | |
| | | Title - Owner's Title Insurance to Kevin C. Wille / FNT | 1,700.00 | |
| | | Policies to be issued:<br>Owners Policy<br>  Coverage: $180,000.00   Premium: $1,700.00<br>  Version: ALTA Owner's Policy 2006<br>Loan Policy<br>  Coverage: $175,000.00   Premium: $500.00<br>  Version: ALTA Loan Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to | 294.00 | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 1,890.00 | |
| 0.00 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | 90.00 | |
| 0.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | 180.00 | |
| | | **MISCELLANEOUS CHARGES** | | |
| 3,918.64 | | 2nd Installment 2018 to Cook County Treasurer | | |
| 1,175.00 | | Allowable Previous Trust AccountBalance/ Execution of Trustee's Deed/Overnight Fee to Chicago Title Land Trust | | |
| | | Buyer Attorney Fees to Kevin C. Wille | 500.00 | |
| 6,650.00 | | Commission to Pearson Realty Group | | |
| 4,150.00 | | Commission to United Realty Group | | |
| 0.00 | | Lien Payoff to Goldman & Grant | | |
| 151,638.40 | | Proceeds per Bankruptcy Trustees Direction to Gus Paloian, as Trustee of The Bankruptcy Estate of Robert Kowalski | | |
| 600.00 | | Seller's Attorney Fee to Imran Khan | | |
| 4,993.32 | | Water Cert Fee to Citywide Title | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 180,000.00 | 180,000.00 | **Subtotals** | 190,088.33 | 181,874.64 |
|  |  | **Balance Due FROM Borrower** |  | **8,213.69** |
| 180,000.00 | 180,000.00 | **TOTALS** | 190,088.33 | 190,088.33 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

BY: _/s/ Gus A Paloian as Trustee_

Gus Paloian, as Trustee of The Bankruptcy Estate of
Robert Kowalski

BORROWER:

18 S Holdings LLC

BY:_____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Fidelity National Title Company, LLC
Settlement Agent

**Fidelity National Title Company**     DISCLOSURE AND ACKNOWLEDGMENT

**Order No.:** SC19034591
**Property:** 7957 S Harvard Ave, Chicago, IL 60620

By signing this statement, I acknowledge the following:

1. That the company IS NOT ACTING AS MY AGENT, ATTORNEY, REPRESENTATIVE OR FIDUCIARY at this real estate closing.

2. That the Company's employee who has attended this closing represents only the Company and, if he or she has said so, the lender whose employees are not present.

3. That the Company's employee has identified certain documents to me as he or she has presented them to me for signing, but HAS NOT GIVEN ME LEGAL ADVICE AS TO THE MEANING OR EFFECT OF THE DOCUMENTS. I understand that any of his or her statements about the documents are not legal advice to me. If I have an attorney, that attorney is my only attorney in this transaction.

4. That I have either read all of the closing documents or am responsible for my own failure to have read them. I UNDERSTAND THAT THE COMPANY IS NOT RESPONSIBLE FOR EXPLAINING TO ME THE EFFECT OF THE DOCUMENTS I HAVE SIGNED.

5. THAT I HAVE READ THIS STATEMENT AND UNDERSTAND IT.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

**SELLER(S):**

BY: _/s/ G. Paloian as Trustee_     12/17/2019
                                    Date
Gus Paloian, as Trustee of The Bankruptcy Estate of
Robert Kowalski

**BORROWER(S):**

18 S Holdings LLC

BY:_____     _____
                                 Date

**Fidelity National Title Company**            **STATEMENT REQUIRED FOR THE ISSUANCE**
                                                **OF ALTA OWNERS AND LOAN POLICIES**

**Commitment No.:** SC19034591                                                              **Loan No.:**

To the best knowledge and belief of the undersigned, the following is hereby certified with respect to the land described in the above commitment.

1. That, except as noted at the end of this paragraph, within the last six (6) months (a) no labor, service or materials have been furnished to improve the land, or to rehabilitate, repair, refurbish, or remodel the building(s) situated on the land; (b) nor have any goods, chattels, machinery, apparatus or equipment been attached to the building(s) thereon, as fixtures; (c) nor have any contracts been let for the furnishing of labor, service, materials, machinery, apparatus or equipment which are to be completed subsequent to the date hereof; (d) nor have any notices of lien been received, except the following, if any:

2. There are no revolving credit mortgages, line of credit mortgages, home equity loan mortgages or other voluntary liens or mortgages affecting title, other than those shown on Schedule B of the Commitment, except the following, if any:

3. That all management fees, if any, are fully paid, except the following:

4. That there are no unrecorded security agreements, leases, financing statements, chattel mortgages or conditional sales agreements in respect to any appliances, equipment or chattels that have or are to become attached to the land or any improvements thereon as fixtures, except the following, if any:

5. That there are no unrecorded contracts or options to purchase the land, except the following, if any:

6. That there are no unrecorded leases, easements or other servitudes to which the land or building, or portions thereof, are subject, except the following, if any:

7. That, in the event the undersigned is a mortgagor in a mortgage to be insured under a loan policy to be issued pursuant to the above commitment, the mortgage and the principal obligations it secures are good and valid and free from all defenses; that any person purchasing the mortgage and the obligations it secures, or otherwise acquiring any interest therein, may do so in reliance upon the truth of the matters herein recited; and that this certification is made for the purpose of better enabling the holder or holders, from time to time, of the above mortgage and obligations to sell, pledge or otherwise dispose of the same freely at any time, and to insure the purchasers or pledges thereof against any defenses thereto by the mortgagor or the mortgagor's heirs, personal representative or assigns.

The undersigned makes the above statement for the purpose of inducing Fidelity National Title Company, LLC to issue its owners or loan policy pursuant to the above commitment.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

**BUYER(S):**                                                **SELLER(S):**

18 S Holdings LLC                                            _[signature] a Paloian as Trustee_

BY:_____                          BY:_____
                                                             Gus Paloian, as Trustee of The Bankruptcy Estate of Robert Kowalski

Subscribed and sworn to before me this ____ of               Subscribed and sworn to before me this _17th_ of
_____, _____.                                _December_ _2019_.

_____                             _[signature]_
Notary Public                                                Notary Public

                                                             TERESA MARIE BROWN
                                                             OFFICIAL SEAL
                                                             Notary Public, State of Illinois
                                                             My Commission Expires
                                                             May 12, 2020

**LENDER'S DISBURSEMENT STATEMENT**

The undersigned hereby certifies that the proceeds of the loan secured by the mortgage to be insured under the loan policy to be issued pursuant to the above commitment were fully disbursed to or on the order of the mortgagor on _____. You are hereby authorized to date down the above commitment to cover the date of said disbursement.

_____
Print Company Name

_____          _____
Signature                                 Date

By: _____
    Print Name

Its: _____
     Print Title