UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI      Case No. 18-09130

(Chapter 7)

Debtor.

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated February 18, 2020 (Dkt. No. 822) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 2547 W. 59th Street, Chicago, County of Cook, Illinois (Dkt. No 811).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

   **Purchaser:** Leobardo Nevarez and Alejandro Iniquez

   **Property:** 2547 W. 59th Street, Chicago, County of Cook, Illinois

   **Purchase Price:** $85,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

Atlas Title & Escrow
17W220 22nd Street
Suite 250
Oakbrook Terrace, IL 60181
(773) 840-9937

ALTA Combined Settlement Statement

| File #: | 4-20-9593 | Property | 2547 West 59th Street Chicago, IL 60629 | Settlement Date | 04/22/2020 |
| --- | --- | --- | --- | --- | --- |
| Prepared: | 04/22/2020 | | | Disbursement Date | 04/22/2020 |
| Account Manager/Settlement Agent: | | Buyer | Leobardo Nevarez and Alejandro Iniquez 2223 West 54th Place Chicago, IL 60609 | | |
| | | Seller | Gus A. Paloian, Trustee of the Estate of Robert M. Kowalski 2547 West 59th Street Chicago, IL 60629 | | |
| | | Lender | Chase Bank , OH | | |

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Primary Charges & Credits** | | |
| | $85,000.00 | Sales Price of Property | $85,000.00 | |
| | | Deposit | | $8,000.00 |
| $8,000.00 | | Excess Deposit | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $1,379.66 | | 2019 RE Taxes 2nd Installment Credit | | $1,379.66 |
| $954.95 | | County Taxes 01/01/2020 to 04/22/2020 | | $954.95 |
| $31,109.53 | | Sale Proceeds to Gus A. Paloian, Trustee of the Estate of Robert M. Kowalski | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Government recording charges | $98.00 | |
| $42.50 | | City/County tax/stamps Deed $42.50 Mortgage $ to Cook County Recorder | | |
| $85.00 | | State tax/stamps Deed $85.00 Mortgage $ to Cook County Recorder | | |
| $255.00 | | City Stamps to City of Chicago | $637.50 | |
| | | | | |
| | | **Commissions** | | |
| | | --$3,225.00 | | |
| | | --$1,875.00 to Citylife Realty | | |
| $5,100.00 | | Commission paid at settlement | | |
| | | | | |
| | | **Title Charges** | | |
| | | Owner's title insurance to Fidelity National Title Insurance Company | $1,700.00 | |
| | | Settlement or closing fee to Atlas Title & Escrow | $1,375.00 | |
| | | Title Wire Fee to Post Closing/Atlas Title & Escrow | $80.00 | |
| | | Title Update Fee to Title Waive/Atlas Title & Escrow | $300.00 | |
| | | Title Recording Fee to Atlas Title & Escrow/Simplifile | $50.00 | |
| | | Title Overnight Fee to Atlas Title & Escrow | $50.00 | |
| | | CPL (Borrower) to Fidelity National Title Insurance Company | $25.00 | |
| | | CPL (Seller) to Fidelity National Title Insurance Company | $50.00 | |
| | | | | |
| | | **Miscellaneous Charges** | | |
| | | Buyer Attorney Fee to James Gallaghar | $500.00 | |
| $600.00 | | Seller Attorney Fee to Aminur Khan | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $525.00 | | Water and Zoning Certs. to River North Clerking | | |
| $30,265.16 | | Outstanding Water Bill to City of Chicago | | |
| $4,349.00 | | 2015 RE Taxes EOR (150%) | | |
| $2,084.20 | | 2019 RE Taxes 1st Installment (120%) to Cook County Treasurer | | |
| $250.00 | | Deed Fee to Albany Bank and Trust Co. | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $85,000.00 | $85,000.00 | Subtotals | $89,865.50 | $10,334.61 |
| | | Due from Buyer | | $79,530.89 |
| | $0.00 | Due from Seller | | |
| $85,000.00 | $85,000.00 | Totals | $89,865.50 | $89,865.50 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Atlas Title & Escrow to cause the funds to be disbursed in accordance with this statement.

_____  4/22/20
Leobardo Nevarez            Date

_____  Date
Gus A. Paloian, Trustee of the Estate of Robert M. Kowalski

_Alejandro Iniquez_  4/22/20
Alejandro Iniquez      Date

_____  4/22/2020
Settlement Agent            Date