UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI        Case No. 18-09130

(Chapter 7)

Debtor.

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated April 7, 2020 (Dkt. No. 846) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 6426 S. Maryland Avenue, Chicago, County of Cook, Illinois (Dkt. No 832).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

   **Purchaser:** Renaissance Properties, LLC

   **Property:** 6426 S. Maryland Avenue, Chicago, County of Cook, Illinois

   **Purchase Price:** $67,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

| American Land Title Association | | | ALTA Settlement Statement - Combined Adopted 05-01-2015 |
|---|---|---|---|

| File No: C-3015775<br>Printed: 04/23/2020, 1:28 PM<br>Officer/Escrow Officer: Martha Rodriguez/MR<br>Settlement Location:<br>30 North LaSalle Street, Suite 2220, Chicago, IL 60602 | **First American Title Insurance Company**<br><br>30 North LaSalle Street, Suite 2220 • Chicago, IL 60602<br>Phone: (312)750-6780  Fax: (866)563-2766<br>Final Settlement Statement |  |
|---|---|---|

Property Address: 6426 South Maryland Avenue, Chicago, IL 60637
Buyer: Renaissance Properties-IL, LLC - Hyde Park Development Series
Address: 6426 South Maryland Avenue, Chicago, IL 60637
Seller: Chicago Title Land Trust Company under a trust agreement dated January 14, 2014
Address:
Lender:
Settlement Date: 04/23/2020
Disbursement Date: 04/23/2020

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 67,000.00 | Sale Price | 67,000.00 | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| 567.84 | | County Taxes 07/01/19 to 12/31/19 @$0.00/yr | | 567.84 |
| 393.04 | | County Taxes 01/01/20 to 04/23/20 @$0.00/yr | | 393.04 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Owner's Policy to FATIC/Dainius R. Dumbrys | 1,680.00 | |
| | | Closing Protection Coverage-Buyer to First American Title Insurance Company | 25.00 | |
| | | Closing Protection Coverage-Seller to First American Title Insurance Company | 50.00 | |
| | | State of IL Owner's Policy Fee to First American Title Insurance Company | 3.00 | |
| | | Settlement/Closing Fees to First American Title Insurance Company | 1,375.00 | |
| 714.84 | | County Property Taxes 2019 1st Installment Plus Penalties to Cook County Collector | | |
| | | Commitment Update Search to First American Title Insurance Company | 150.00 | |
| | | Policy Update Search to First American Title Insurance Company | 150.00 | |
| | | | | |
| | | **Commission** | | |
| 2,930.00 | | Real Estate Commission to Pearson Realty Group | | |
| 1,090.00 | | Real Estate Commission to EXIT Strategy Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Deed to First American Title Insurance Company | 98.00 | |
| | | County Transfer Tax to First American Title Insurance Company | 33.50 | |

| Seller | | Description | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | City Transfer Tax to First American Title Insurance Company | 703.50 | |
| | | State Transfer Tax to First American Title Insurance Company | 67.00 | |
| | | | | |
| | | **Miscellaneous** | | |
| 600.00 | | Attorney Fee to Imran Khan | | |
| | | Attorney Fee to Boodell & Domanskis, LLC | 1,000.00 | |
| | | Reimburse Survey to Boodell & Domanskis, LLC | 425.00 | |
| | | Reimburse Zoning to Boodell & Domanskis, LLC | 150.00 | |
| | | Obtain Water Cert to Metro Clerking, Inc. | 91.10 | |
| | | Obtain Water Cert to Metro Clerking, Inc. | 91.10 | |
| 395.00 | | Land Trust Fees to Chicago Title Land Trust Company | | |
| 51,813.28 | | Proceeds to Gus A. Paloian, Trustee for the Bankruptcy Estate of Robert Kowalski | | |
| | | | | |
| | | **Funds Held** | | |
| 8,496.00 | | Funds Held: TI 2016, 2017 and 2018 Taxes | | |
| | | | | |
| 67,000.00 | 67,000.00 | Subtotals | 73,092.20 | 960.88 |
| | | Due From Buyer | | 72,131.32 |
| | | Due From/To Seller | | |
| 67,000.00 | 67,000.00 | Totals | 73,092.20 | 73,092.20 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize First American Title Insurance Company to cause the funds to be disbursed in accordance with this statement.

**Seller(s)**                                                   **Buyer(s)**

Chicago Title Land Trust Company under a trust agreement dated January 14, 2014 and known as trust number 8002363803.

*Gus A Paloian as Bank Trustee*

By Gus A. Paloian, Trustee of Bankruptcy Estate of Robert Kowalski

Renaissance Properties-IL, LLC - Hyde Park Development Series

By: *Dainius Dumbrys*

Name:  Dainius Dumbrys

Title:  attorney

*Martha Rodriguez* (signature)

Escrow Officer: Martha Rodriguez