UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

In re: ROBERT M. KOWALSKI          Case No. 18-09130

                                           (Chapter 7)

                    Debtor.

---

TRUSTEE'S REPORT OF SALE

---

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated February 19, 2020 (Dkt. No. 825) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 1918 W. Cermak Avenue, Unit 1, Chicago, County of Cook, Illinois (Dkt. No 814).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski (the "Estate")

   **Purchaser:** SO Holdings, LLC Series XI

   **Property:** 1918 W. Cermak Avenue, Unit 1, Chicago, County of Cook, Illinois

   **Purchase Price:** $80,000.00

2. See attached Closing Statement.


Dated this 16th day of October, 2020

                    /s/ Gus A. Paloian
                    Gus A. Paloian, Chapter 7 Trustee

| American Land Title Association | ALTA Settlement Statement - Cash |
| --- | --- |
| | Adopted 05-01-2015 |

| File No./Escrow No.: H81813 | Heritage Title Company® |
| --- | --- |
| Print Date & Time: 03/11/20 9:33 AM | ALTA Universal ID: 1039754 |
| Officer/Escrow Officer: | 5849 W Lawrence Avenue |
| Settlement Location: | Chicago, IL 60630 |
| Heritage Title Company® | |
| 5849 W Lawrence Avenue | |
| Chicago, IL 60630-3226 | |

| Property Address: | PIN 17-19-426-050-1001 |
| --- | --- |
| | 1918 W Cermak Road, Unit 1 |
| | Chicago, IL 60608 |
| Borrower: | SO Holdings LLC Series XII |
| Seller: | Chicago Title Land Trust Company, as Trustee under the provisions of a certain Trust Agreement dated August 8, 2014 and known as Trust Number 8002365668 |
| | 1918 W Cermak Road, Unit 1 |
| | Chicago, IL 60608 |
| Loan Number: | |
| Settlement Date: | 03/11/2020 |
| Disbursement Date: | 03/11/2020 |
| Additional dates per state requirements: 03112020 | |

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | Financial | | |
| | $80,000.00 | Sale Price of Property | $80,000.00 | |
| | | Prorations/Adjustments | | |
| $6,092.02 | | County Property Taxes from 07/01/2019 thru 03/11/2020 | | $6,092.02 |
| $8,478.39 | | Proceeds to Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski | | |
| | | Title Charges & Escrow / Settlement Charges | | |
| | | Title - CPL Fees to Old Republic National Title Insurance Co | $75.00 | |
| | | Title - Commitment Update to Heritage Title Company® | $150.00 | |
| | | Title - IL Policy Fee to Old Republic National Title Insurance Co | $3.00 | |
| | | Title - Incoming Wire to Heritage Title Company® | $35.00 | |
| | | Title - Later Date to Heritage Title Company® | $160.00 | |
| | | Title - Owner's Title Insurance($270.00) to HTC/ORNTIC | $270.00 | |
| | | Title - Recording Service to Heritage Title Co | $40.00 | |
| | | Title - Settlement Fee to Heritage Title Company® | $1,630.00 | |
| | | Title - TI Fee to Heritage Title Co | $125.00 | |
| | | Title - Water Handling to Heritage Title Company® | $100.00 | |
| | | Title - Tax Handling to Heritage Title Co | $70.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

File # H81813
Printed on: 03/11/20 9:33 AM

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Commission | | |
| $2,000.00 | | Real Estate Commission - Buyer's Realtor to Beaulieu Real Estate | | |
| $2,800.00 | | Real Estate Commission - Seller's Realtor to Pearson Realty Group | | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| | | Recording Fee (Deed) to Cook County Recorder | $98.00 | |
| | | Transfer Tax to Cook County Recorder | $120.00 | |
| | | Transfer Tax to City of Chicago Revenue Dept | $840.00 | |
| | | | | |
| | | Miscellaneous | | |
| $54,375.00 | | TI for 2016, 2017 & 2018 Sold Taxes to HT Indemnity | | |
| $600.00 | | Attorney Fee to Imran Khan Esq., LLM | | |
| | | Water Certification to City of Chicago Water Dept | $50.00 | |
| $5,284.59 | | 2019 1st Install/Pen/Bill to Cook County Treasurer | | |
| $210.00 | | Execution of Trustee's Deed to Chicago Title Land Trust Company | | |
| | | Overnight Delivery Fee to Chicago Title Land Trust Company | $25.00 | |
| $160.00 | | Trust Closing Fee to Chicago Title Land Trust Company | | |
| **Seller Debit** | **Seller Credit** | | **Borrower/Buyer Debit** | **Borrower/Buyer Credit** |
| $80,000.00 | $80,000.00 | Subtotals | $83,791.00 | $6,092.02 |
| | | Due From Borrower | | $77,698.98 |
| | | Due From Seller | | |
| $80,000.00 | $80,000.00 | Totals | $83,791.00 | $83,791.00 |

Copyright 2015 American Land Title Association.
All rights reserved.

File # H81813
Printed on: 03/11/20 9:33 AM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Heritage Title Company* to cause the funds to be disbursed in accordance with this statement.

SO Holdings LLC Series XII

By _____   Date 3/4/20

_____
Gus Paloian, Trustee of the Bankruptcy
Estate of Robert Kowalski

Escrow Officer _____   Date 3/11/2020

Copyright 2015 American Land Title Association.
All rights reserved.

File # H81813
Printed on: 03/11/20 9:33 AM