UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT M. KOWALSKI   Case No. 18-09130

(Chapter 7)

Debtor.

TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale pursuant to the entry of a Court Order dated November 6, 2019 (Dkt. No. 769) approving Chapter 7 Trustee's Motion for Order Authorizing and Approving Sale of property commonly known as 1854 S. Central Avenue, Chicago, County of Cook, Illinois (Dkt. No 738).

1. **Seller:** The Chapter 7 Bankruptcy Estate of Robert M. Kowalski **(**the "Estate")

   **Purchaser:** TRA Chicago, LLC

   **Property:** 1854 S. Central Avenue, Chicago, County of Cook, Illinois

   **Purchase Price:** $350,000.00

2. See attached Closing Statement.

Dated this 16th day of October, 2020

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

## Chicago Title and Trust Company
1030 West Higgins Road, #200, Park Ridge, IL 60068
Phone: (847)384-2600 | Fax: (847)318-0078

### MASTER STATEMENT

| | |
|---|---|
| Settlement Date: November 22, 2019 | Escrow Number: 19NW7139287PK |
| Disbursement Date: November 22, 2019 | Escrow Officer: Shea Beck |
| | Email: Shea.Beck@ctt.com |

Buyer: TRA Chicago LLC

Seller: Gus Paloian, Trustee of the Bankruptcy Estate of Robert Kowalski
1852-54 S. Central Park Ave.
Chicago, IL 60623

Property: 1852-54 S. Central Park Ave.
Chicago, IL 60623
Parcel ID(s): 16-23-315-048-0000

| SELLER DEBITS $ | SELLER CREDITS $ | | BUYER DEBITS $ | BUYER CREDITS $ |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 350,000.00 | Sale Price of Property | 350,000.00 | |
| | | Deposit or earnest money Retained by PEARSON REALTY GROUP ($5,000.00) | | 5,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 8,344.61 | | 2019 Tax Credit 01/01/19 to 11/22/19 | | 8,344.61 |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Title - Commitment Update Fee to Alfred S. Dynia | 125.00 | |
| | | Title - CPL Fee to Buyer to Chicago Title Insurance Company | 25.00 | |
| | | Title - CPL Fee to Seller to Chicago Title Insurance Company | 50.00 | |
| | | Title - Escrow Fees to Chicago Title and Trust Company | 1,500.00 | |
| | | Title - Policy Update Fee to Alfred S. Dynia | 125.00 | |
| | | Title - Recording Service Fees to Chicago Title Company, LLC | 15.00 | |
| | | Title - Schedule B Documents to Chicago Title Company, LLC | 100.00 | |
| | | Title - State of Illinois Policy Registration Fee to Chicago Title Insurance Company | 3.00 | |
| | | Title - Wire Transfer Service Fee to Chicago Title and Trust Company | 40.00 | |
| | | Title - Owner's Title Insurance to Alfred S. Dynia | 2,000.00 | |
| | | SE 287 - Policy Modification 4 to Chicago Title Insurance Company | 400.00 | |
| | | Policies to be issued: Owners Policy Coverage: $350,000.00  Premium: $2,000.00 Version: ALTA Owner's Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to COOK COUNTY RECORDER OF DEEDS | 98.00 | |
| 0.00 | | City Transfer Tax to MYDEC Chicago Transfer Stamps | 3,675.00 | |
| 0.00 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | 175.00 | |
| 0.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | 350.00 | |
| | | **MISCELLANEOUS CHARGES** | | |
| | | Attorney Fee to Alfred S Dynia & Associates | 500.00 | |
| 12,500.00 | | COMMISSION to PEARSON REALTY GROUP | | |
| 8,500.00 | | COMMISSION to PEARSON REALTY GROUP | | |
| 41,887.73 | | Estimate of Redemption to Karen A. Yarbrough, Cook County Clerk | | |
| 0.00 | | Estimate of Redemption Fee to Chicago Land | 55.00 | |

MASTER STATEMENT - Continued

| SELLER | | | BUYER | |
| --- | --- | --- | --- | --- |
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | MISCELLANEOUS CHARGES | | |
| | | Agency Services | | |
| 1,595.00 | | Land Trust fees to Chicago Land Trust Company | | |
| 264,453.52 | | Proceeds to GUS A PALOIAN, AS BANKRUPTCY TRUSTEE OF THE BANKRUPTCY ESTATE OF ROBERT KOWALSKI | | |
| | | Reimburse water cert to Alfred S. Dynia | 101.00 | |
| 0.00 | | Reimbursement For Court Fee to Alfred S Dynia & Associates | 1,000.00 | |
| 600.00 | | Seller Attorney Fee to Imran Khan | | |
| | | Survey to Exacta Illinois Surveyors, Inc | 495.00 | |
| 12,119.14 | | Water to Alfred S. Dynia | | |
| 350,000.00 | 350,000.00 | Subtotals | 360,832.00 | 13,344.61 |
| | | Balance Due FROM Buyer | | 347,487.39 |
| 350,000.00 | 350,000.00 | TOTALS | 360,832.00 | 360,832.00 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:                                                                 BUYER:

Gus Paloian, Trustee of the Bankruptcy Estate of Robert                 TRA Chicago LLC
Kowalski
BY: /s/ G Paloian as Trustee                                            BY: _____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Chicago Title and Trust Company
Settlement Agent

|  |  |  | Seller Attorney Fee to Imran Khan | 600.00 |  |
|---|---|---|---|---|---|
|  |  |  | Survey to Exacta Illinois Surveyors, Inc | 495.00 |  |
| 12,119.14 |  |  | Water to CITY OF CHICAGO |  |  |
| 350,000.00 | 350,000.00 | **Subtotals** |  | 360,832.00 | 13,344.61 |
|  |  | **Balance Due FROM Buyer** |  |  | **347,487.39** |
| 350,000.00 | 350,000.00 | **TOTALS** |  | 360,832.00 | 360,832.00 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

Chicago Title Land Trust Company, Trust 8002364318

BY: _____

BUYER:

TRA Chicago LLC

BY: _____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Chicago Title and Trust Company
Settlement Agent