**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:                                  ) | |
|                                          ) | **Case No. 18-9130** |
| **ROBERT M. KOWALSKI,**       ) | **Chapter 7** |
|                                          ) | **Honorable Jacqueline P. Cox** |
|                       **Debtor.**     ) | |
|                                          ) | |

## FDIC-R'S RESPONSE TO DEBTOR'S MOTION TO COMPEL TRUSTEE TO OBJECT TO FDIC-R'S PROOF OF CLAIM

Federal Deposit Insurance Corporation, as Receiver for Washington Federal Bank for Savings ("FDIC-R"), for its Response to the Debtor, Robert M Kowalski's ("Debtor"), Motion to Compel the Trustee to Object to FDIC-R's Proof of Claim, states as follows:

1.      On October 13, 2020, the Debtor filed his motion pursuant to 11 U.S.C. Section 704(5) to compel the Trustee to examine and object to the amended proof of claim filed by FDIC-R.

2.      That Amended Proof of Claim ("Claim") was filed on June 5, 2019.

3.      On November 14, 2019, the Trustee filed and gave notice to the Debtor of the Trustee's motion for approval of settlement pursuant to Bankruptcy Rule 9019(a) regarding the claims and interests of FDIC-R asserted in its Claim. (Dkt No. 775)

4.      On December 10, 2019, after hearing, this Court entered an order, upon due and proper notice, that the settlement agreement between the Trustee and FDIC-R concerning the Claim and the allocation of secured and unsecured portion of the Claim was fair and reasonable and fair, equitable and in the best interests of the Estate. (Dkt. No. 787)

5.      Bankruptcy Rule 9019 allows a trustee to compromise claims. *See Bankruptcy Rule 9019(a)*. Absent a compelling showing that the chapter 7 trustee failed or refused to perform a

fiduciary duty imposed by the Bankruptcy Code, once the trustee arrives at an informed judgment that further prosecution of an objection to a proof of claim would be unavailing or counterproductive to the chapter 7 estate, the chapter 7 debtor is without appellate standing to challenge a bankruptcy court order approving a compromise. *In re Thompson*, 965 F. 2d 1156, 1147 (1st Cir. 1992)

6.     Notwithstanding, under *28 U.S.C. Section 158 (b)(2*), an appeal of a final order must be filed within 14 days of entry of that order. Here, the final order was entered on December 10, 2019. The Debtor had notice of the proceedings and failed to file a notice an appeal within 14 days. Accordingly, even assuming the Debtor could object to the Claim, his failure to object to the Trustee and FDIC-R compromising the Claim in a settlement in a timely fashion renders this motion moot.

WHEREFORE, Federal Deposit Insurance Corporation, as Receiver for Washington Federal Bank for Savings ("FDIC-R"), prays that the court deny the Motion of the Debtor, Robert M. Kowalski, to Compel Trustee to Object to FDIC-R's Proof of Claim, and grant such other relief as is just and equitable.

Dated: October 20, 2020

Respectfully submitted,

**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON FEDERAL BANK FOR SAVINGS**

By: /s/ Eric S. Rein
Eric S. Rein
Nathan E. Delman
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200 (phone)
rrein@hmblaw.com
ndelman@hmblaw.com

2

*Counsel for Federal Deposit Insurance
Corporation, as Receiver for Washington
Federal Bank for Savings*

5516905/1/13664.008

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the foregoing, **FDIC-R'S RESPONSE TO DEBTOR'S MOTION TO COMPEL TRUSTEE TO OBJECT TO FDIC-R'S PROOF OF CLAIM**, to be filed electronically with the United States Bankruptcy Court for the Northern District of Illinois on October 20, 2020.  Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

In addition, the forgoing, **FDIC-R'S RESPONSE TO DEBTOR'S MOTION TO COMPEL TRUSTEE TO OBJECT TO FDIC-R'S PROOF OF CLAIM,** will be served via first-class mail to the following address on October 20, 2020:

**Mr. Robert Kowalski**
5233 W. 87th Street
Oak Lawn, IL 60453

By: /s/ Eric S. Rein _____

5516905/1/13664.008