# EXHIBIT 3

## DISBURSEMENTS

### Process Server

| Date | Disbursements | Value |
|---|---|---|
| 09/03/20 | Process Server ATG LEGALSERVE; Service on MBO Harris Bank; 07/20/2020; Invoice No. 119758 | 69.00 |
| | | **$69.00** |

### Telephone

| Date | Disbursements | Value |
|---|---|---|
| 04/09/20 | Telephone Dev Sinha; Telephonic hearing - 4/7/2020, 1:00 PM CST; Business Phone Calls; on 04/07/20 | 70.00 |
| 04/14/20 | Telephone Dev Sinha; Telephonic hearing - 3/31/2020, 1:30 PM CST; Business Phone Calls; on 03/31/20 | 70.00 |
| 04/23/20 | Telephone Dev Sinha; Telephonic court hearing.; Business Phone Calls; on 04/21/20 | 70.00 |
| 04/28/20 | Telephone Dev Sinha; Telephonic hearing - 4/14/2020 1:00 PM CST; Business Phone Calls; on 04/14/20 | 70.00 |
| 04/30/20 | Telephone Dev Sinha; Telephonic court hearing.; Business Phone Calls; on 04/28/20 | 70.00 |
| 07/21/20 | Telephone Dev Sinha; Telephonic court hearing.; Business Phone Calls; on 06/23/20 | 70.00 |
| | | **$420.00** |

### Courier/Messenger

| Date | Disbursements | Value |
|---|---|---|
| 02/06/20 | Courier/Messenger Inv#: 692786611 Date Sent: 02/06/2020 Sender: Gus A. Paloian Airbill: 777708769116 Kelli A. Beyer-Wyzykowski Chicago Title Land Trust 10 S. LaSalle Street CHICAGO, IL 60603 | 11.58 |
| 02/20/20 | Courier/Messenger Inv#: 694303103 Date Sent: 02/20/2020 Sender: Tobi L. Pinsky Airbill: 777823434973 Patricia Martinez, A.V.P. Asst Parkway Bank 4800 North Harlem Avenue HARWOOD HEIGHTS, IL  60706 | 11.45 |
| 02/20/20 | Courier/Messenger Inv#: 694303103 Date Sent: 02/20/2020 Sender: Tobi L. Pinsky Airbill: 777823832250 Geraldine W. Holt Birnbaum, Haddon, Gelfman & Ar 180 North LaSalle Street CHICAGO, IL 60601 | 11.45 |
| 02/24/20 | Courier/Messenger Inv#: 694303103 Date Sent: 02/24/2020 Sender: Gus A. Paloian Airbill: 777846717318 Attn:  Kelli A. Beyer-Wyzykows Chicago Title Land Trust Compa 10 S. LaSalle Street CHICAGO, IL 60603 | 11.47 |
| 07/22/20 | Courier/Messenger Inv#: 708169237 Date Sent: 07/22/2020 Sender: Jennifer McManus Airbill: 771059081843 Gus Paloian c/o Jonathan Corcoran SCOTTSDALE, AZ  85260 | 21.30 |

| | | |
|---|---|---|
| 07/25/20 | Courier/Messenger Inv#: 708169237 Date Sent: 07/25/2020 Sender: Gus Paloian Airbill: 771059604440 Jennifer McManus Seyfarth Shaw 233 S. Wacker Drive CHICAGO, IL  60606 | 16.48 |
| 07/30/20 | Courier/Messenger Inv#: 708766216 Date Sent: 07/30/2020 Sender: Jennifer McManus Airbill: 771059180210 Karyn Kutrubis GITC Corporate Office 120 N. LaSalle Street CHICAGO, IL 60602 | 11.26 |
| 08/27/20 | Courier/Messenger Inv#: 711450464 Date Sent: 08/27/2020 Sender: Jennifer McManus Airbill: 771351308559 Clerk of the Court United States Bankruptcy Court 219 S. Dearborn Street CHICAGO, IL  60604 | 11.28 |
| 09/14/20 | Courier/Messenger Inv#: 712684430 Date Sent: 09/14/2020 Sender: Jennifer McManus Airbill: 771515499667 c/o Karyn Kutrubis Greater Illinois Title COmpany 120 N. LaSalle Street CHICAGO, IL 60602 | 11.26 |
| | | **$117.53** |

**Filing Fees**

| Date | Disbursements | Value |
|---|---|---|
| 02/21/20 | Filing Fees Deirdre Mangan; RE: U.S. Trustee/Kowalski - Processing fee File Annual Report for Burros Blancos LLC; Filing Fees; on 02/04/20 (4TE*ILSECOFSTATESFEE - 02/04/20) | 1.76 |
| 02/21/20 | Filing Fees Deirdre Mangan; RE: U.S. Trustee/Kowalski - Filing fee to file Annual Report for Burros Blancos LLC; Filing Fees; on 02/04/20 (4TE*SOSBS LLC INTERNET - 02/04/20) | 75.00 |
| 02/21/20 | Filing Fees Deirdre Mangan; RE: U.S. Trustee/Kowalski - Motion to Sell 2547 W. 59th Street, Chicago, IL; Filing Fees; on 01/24/20 (COURTS/USBC-IL-I - 01/24/20) | 181.00 |
| 02/21/20 | Filing Fees Deirdre Mangan; RE: U.S. Trustee/Kowalski - Motion to Sell 1918 W. Cermak, Unit 1, Street, Chicago, IL; Filing Fees; on 01/29/20 (COURTS /USBC-IL-I - 01/29/20) | 181.00 |
| 03/16/20 | Filing Fees | -129.00 |
| 03/26/20 | Filing Fees Deirdre Mangan; Re: U.S. Trustee - Kowalski: Filing fee for Motion to Sell 6426 S. Maryland Ave., Chicago, IL; Filing Fees; on 03/16/20 (COURTS/USBC-IL-I - 03/16/20) | 181.00 |
| 04/01/20 | Filing Fees Deirdre Mangan; RE: U.S. Trustee - Kowalski - Bankruptcy Court Filing Fee - Adversary Complaint - Paloian v. Sapient; Filing Fees; on 03/24/20 (COURTS/USBC-IL-I - 03/24/20) | 350.00 |
| 07/02/20 | Filing Fees Megan O'Brien; Court Solutions Fee; Filing Fees; on 04/27/20 (COURTSOLUTIONS - 04/27/20) | 70.00 |
| 08/05/20 | Filing Fees Deirdre Mangan; Re: US Trustee - Robert N. Kowalski - Filing Fee / Processing Fee for Annual report filing for K-Manager, LLC; Filing Fees; on 07/29/20 (ILSOS INT LLC ANN RPT - 07/29/20) | 76.69 |
| 09/14/20 | Edward m. moody-800026-31 | -129.00 |
| | | **$858.45** |

2

66886511v.1

**Copying**

| Date | Disbursements | Value |
|---|---|---|
| 02/10/20 | Copying (10 copies @ $0.10 per page) | 1.00 |
| 02/27/20 | Copying (140 copies @ $0.10 per page) | 14.00 |
| 03/03/20 | Copying (9 copies @ $0.10 per page) | 0.90 |
| 03/06/20 | Copying (46 copies @ $0.10 per page) | 4.60 |
| 03/10/20 | Copying (28 copies @ $0.10 per page) | 2.80 |
| 03/12/20 | Copying (1 copies @ $0.10 per page) | 0.10 |
| 04/24/20 | Copying (1 copies @ $0.10 per page) | 0.10 |
| 04/29/20 | Copying (1 copies @ $0.10 per page) | 0.10 |
| 06/23/20 | Copying (921 copies @ $0.10 per page) | 92.10 |
| 07/30/20 | Copying (7 copies @ $0.10 per page) | 0.70 |
| 09/14/20 | Copying (8 copies @ $0.10 per page) | 0.80 |
| | | **$117.20** |

**Online Research**

| Date | Disbursements | Value |
|---|---|---|
| 02/03/20 | ONLINE RESEARCH INVOICE: 309248782 OFFICE: USER: SINHA, DEVVRAT US CASES DOC ACCESS | 7.76 |
| 02/03/20 | ONLINE RESEARCH INVOICE: 309248782 OFFICE: USER: SINHA, DEVVRAT LEXIS ANSWER CARD DOC ACCESS | 51.36 |
| 02/03/20 | ONLINE RESEARCH INVOICE: 309248782 OFFICE: USER: SINHA, DEVVRAT LEXIS ADVANCE ACCESS CHARGE | 239.81 |
| 02/04/20 | Online Research US COURTS AO-PACER SERVICE CENTER; Online Pacer Usage from 10/01/19 to 12/31/19; 01/07/2020; Invoice No. 2566560-Q42019 | 15.00 |
| 02/11/20 | ONLINE RESEARCH INVOICE: 0841904551 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 14.48 |
| 02/11/20 | ONLINE RESEARCH INVOICE: 0841904551 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 50.90 |
| 02/13/20 | ONLINE RESEARCH INVOICE: 0841904551 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 67.86 |
| 02/20/20 | ONLINE RESEARCH INVOICE: 0841904551 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 50.90 |
| 02/22/20 | ONLINE RESEARCH INVOICE: 0841904551 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 16.97 |
| 02/22/20 | ONLINE RESEARCH INVOICE: 0841904551 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH ONLINE IMAGES | 51.25 |
| 02/22/20 | ONLINE RESEARCH INVOICE: 0841904551 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 112.48 |

| Date | Description | Amount |
|---|---|---|
| 02/26/20 | ONLINE RESEARCH INVOICE: 309248782 OFFICE: USER: SINHA, DEVVRAT US STATUTORY CODES DOC ACCESS | 0.97 |
| 02/26/20 | ONLINE RESEARCH INVOICE: 309248782 OFFICE: USER: SINHA, DEVVRAT US CASES DOC ACCESS | 12.61 |
| 02/26/20 | ONLINE RESEARCH INVOICE: 309248782 OFFICE: USER: SINHA, DEVVRAT LEXIS ADVANCE ACCESS CHARGE | 383.71 |
| 03/09/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 41.73 |
| 03/13/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH TRANSACTIONAL SEARCHES | 41.73 |
| 03/13/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH DOCUMENT DISPLAYS | 399.20 |
| 03/15/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH TRANSACTIONAL SEARCHES | 69.55 |
| 03/15/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH DOCUMENT DISPLAYS | 294.15 |
| 03/16/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH TRANSACTIONAL SEARCHES | 41.73 |
| 03/16/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH ONLINE IMAGES | 42.02 |
| 03/16/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH DOCUMENT DISPLAYS | 84.04 |
| 03/17/20 | ONLINE RESEARCH INVOICE: 842066039 OFFICE: CHICAGO USER: STANZICK,JASMINE MULTI-SEARCH TRANSACTIONAL SEARCHES | 27.82 |
| 04/13/20 | ONLINE RESEARCH INVOICE: 842234624 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 16.75 |
| 04/22/20 | ONLINE RESEARCH INVOICE: 842234624 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 14.29 |
| 04/22/20 | ONLINE RESEARCH INVOICE: 842234624 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 33.50 |
| 04/24/20 | ONLINE RESEARCH INVOICE: 842234624 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 16.75 |
| 04/24/20 | ONLINE RESEARCH INVOICE: 842234624 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 28.58 |
| 04/24/20 | ONLINE RESEARCH INVOICE: 309259264 OFFICE: USER: SINHA, DEVVRAT US TREATISES DOC ACCESS | 32.53 |

66886511v.1

| Date | Description | Amount |
|---|---|---|
| 04/24/20 | ONLINE RESEARCH INVOICE: 309259264 OFFICE: USER: SINHA, DEVVRAT LEXIS ADVANCE ACCESS CHARGE | 60.77 |
| 05/04/20 | Online Research INVOICE: 3092644217 OFFICE: USER: SINHA, DEVVRAT LEXIS ADVANCE | 541.18 |
| 05/12/20 | Online Research US COURTS AO-PACER SERVICE CENTER; Pacer Charges 1st Quarter 2020; 04/06/2020; Invoice No. 2639351-Q12020 | 55.50 |
| 07/01/20 | ONLINE RESEARCH INVOICE: 0842730567 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 16.11 |
| 07/01/20 | ONLINE RESEARCH INVOICE: 0842730567 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 18.89 |
| 07/08/20 | Online Research INVOICE: 3092745863 OFFICE: San Francisco USER: PINKSTON, RYAN LEXIS ADVANCE | 59.71 |
| 07/21/20 | Online Research US COURTS AO-PACER SERVICE CENTER; Pacer Charges 2nd Quarter 2020; 07/07/2020; Invoice No. 2639351-Q22020 | 17.60 |
| 07/28/20 | Online Research INVOICE: 3092745863 OFFICE: San Francisco USER: PINKSTON, RYAN LEXIS ADVANCE | 477.74 |
| 07/29/20 | Online Research INVOICE: 3092745863 OFFICE: San Francisco USER: PINKSTON, RYAN LEXIS ADVANCE | 1,851.34 |
| 07/30/20 | Online Research INVOICE: 3092745863 OFFICE: San Francisco USER: PINKSTON, RYAN LEXIS ADVANCE | 59.71 |
| 07/31/20 | Online Research INVOICE: 3092745863 OFFICE: San Francisco USER: PINKSTON, RYAN LEXIS ADVANCE | 59.71 |
| 08/22/20 | Online Research INVOICE: 3092797093 OFFICE: USER: SINHA, DEVVRAT LEXIS ADVANCE | 203.00 |
| 08/24/20 | ONLINE RESEARCH INVOICE: 0842900924 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 12.49 |
| 08/26/20 | ONLINE RESEARCH INVOICE: 0842900924 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 14.65 |
| 08/26/20 | ONLINE RESEARCH INVOICE: 0842900924 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 37.49 |
| 09/03/20 | Online Research INVOICE: 3092847626 OFFICE: USER: SINHA, DEVVRAT LEXIS ADVANCE | 106.00 |
| 09/03/20 | Online Research INVOICE: 3092847626 OFFICE: USER: SINHA, DEVVRAT US TREATISES | 610.31 |
| 09/11/20 | Online Research INVOICE: 3092847626 OFFICE: USER: SINHA, DEVVRAT US TREATISES | 101.71 |
| 09/16/20 | ONLINE RESEARCH INVOICE: 0843066172 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 30.60 |
| 09/16/20 | ONLINE RESEARCH INVOICE: 0843066172 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 71.71 |

| Date | Disbursements | Value |
|---|---|---|
| 09/25/20 | ONLINE RESEARCH INVOICE: 0843066172 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH DOCUMENT DISPLAYS | 45.89 |
| 09/25/20 | ONLINE RESEARCH INVOICE: 0843066172 OFFICE: CHICAGO USER: SINHA,DEVVRAT V MULTI-SEARCH TRANSACTIONAL SEARCHES | 197.21 |
| | | **$6,909.75** |

### Deposition Transcripts

| Date | Disbursements | Value |
|---|---|---|
| 08/20/20 | Deposition Transcripts VERITEXT CORP; Deposition of Robert M. Kowalski; 05/26/2020; Invoice No. MW4332923 | 289.65 |
| 08/20/20 | Deposition Transcripts VERITEXT CORP; Deposition of Jan R. Kowalski McDonald; 05/26/2020; Invoice No. MW4332898 | 442.70 |
| 08/20/20 | Deposition Transcripts VERITEXT CORP; Deposition of Jeffrey Jackson; 06/27/2020; Invoice No. MW4382558 | 462.80 |
| | | **$1,195.15** |

### Other Professionals

| Date | Disbursements | Value |
|---|---|---|
| 02/04/20 | Other Professionals PARKWAY BANK and TRUST COMPANY; Payment to Parkway Bank as Trustee to Martha Padilla. No W-9 required.; 02/04/2020; Invoice No. P 15236 | 1,340.00 |
| | | **$1,340.00** |

### Data hosting

| Date | Disbursements | Value |
|---|---|---|
| 02/29/20 | Data hosting USER: Skinner Mark Task ID: 25294 1 Gb of Data Hosting at $10/GB for February 2020. | 10.00 |
| 03/31/20 | Data hosting USER: Skinner Mark Task ID: 25608 1 Gb of Data Hosting at $10/Gb (reduced to $5/Gb due to outage) for March 2020. | 5.00 |
| 04/30/20 | Data hosting USER: Skinner Mark Task ID: 25898 1 of Data Hosting at $10/GB/Month for April 2020. | 10.00 |
| 05/31/20 | Data hosting USER: Skinner Mark Task ID: 26192 1 of Data Hosting at $10/GB/Month for May 2020. | 10.00 |
| 06/30/20 | Data hosting USER: Skinner Mark Task ID: 26466 1 of Data Hosting at $10/GB/Month for June 2020. | 10.00 |
| 07/31/20 | Data hosting USER: Skinner Mark Task ID: 26753 1 of Data Hosting at $10/GB/Month for July 2020. | 10.00 |
| 08/31/20 | Data hosting USER: Skinner Mark Task ID: 27061 1 of Data Hosting at $10/GB/Month for August 2020. | 10.00 |
| 09/30/20 | Data hosting USER: Skinner Mark Task ID: 27380 1 of Data Hosting at $10/GB/Month for September 2020. | 10.00 |
| | | **$75.00** |

**Total Disbursements** **$11,102.08**