Document    Page 1 of 1