UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  18-09130
Robert M. Kowalski  )
 )   Chapter: 7
 )   Honorable Jacqueline P Cox
 )
Debtor(s)  )

### ORDER GRANTING CHAPTER 11 TRUSTEE'S FIRST AND FINAL APPLICATION FOR COMPENSATION FOR PERIOD OF AUGUST 7, 2018, THROUGH NOVEMBER 30, 2018

Upon the consideration of the First and Final Application for Compensation (the "Application") of Chapter 11 Trustee, Gus A. Paloian ("Trustee"), for the Period of August 7, 2018, through November 30, 2018, and for Other Related Relief; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C §§ 157 and 1334; and it appearing to the Court that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and it appearing to the Court that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and sufficient notice of the Application has been provided and that no further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing"); and it is hereby

ORDERED that Trustee is allowed final compensation in the amount of $163,301.50 ;and it is further

ORDERED that the award herein is allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2).

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  December 15, 2020