**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 18-09130 |
| | ) | Chapter 7 |
| ROBERT M. KOWALSKI, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | |

**NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE**

**PLEASE TAKE NOTICE THAT** pursuant to 11 U.S.C. § 554(a), and Federal Rule of Bankruptcy Procedure 6007, Gus A. Paloian, not individually, but solely as Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Robert M. Kowalski (the "Debtor"), proposes to abandon Debtor's interest in real property located at 2120 N. Lockwood Avenue, Chicago, Illinois 60639 (the "Property").

Debtor does not list the Property in Schedule A as property of the Estate. The Trustee has determined that there is no equity interest in the Property. Therefore, the Trustee proposes to abandon the Property.

**PLEASE TAKE FURTHER NOTICE** that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, **219 S. Dearborn, Chicago, IL 60604** and served upon the Trustee c/o Paul J. Yovanic, Jr. at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing shall be set thereon with notice of such hearing to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

Dated:  January 28, 2021

Respectfully submitted,

GUS A. PALOIAN, not individually, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By:  /s/ Paul J. Yovanic, Jr.
Gus A. Paloian (06188186)
Paul J. Yovanic, Jr. (6327815)
Seyfarth Shaw LLP
233 W. Wacker Drive
Suite 8000
Chicago, Illinois  60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Counsel to Chapter 7 Trustee, Gus A. Paloian*

67775462v.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 14, 2020, he caused to be served a true and correct copy of **Notice of Abandonment of Certain Real Property of the Estate** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: January 28, 2021          /s/ Paul J. Yovanic, Jr.
                                                   Paul J. Yovanic, Jr.

67775462v.1

# ROBERT M. KOWALSKI
## SERVICE LIST

**SERVICE VIA CM/ECF**

| | |
|---|---|
| Frank Avila | frankavilalaw@gmail.com |
| Matthew R. Barrett | mbarrett@hmblaw.com, ecfnotices@hmblaw.com |
| Ernesto D. Borges | notice@billbusters.com, billbusters@iamthewolf.com; billbusters@ecf.inforuptcy.com; borgeser80263@notify.bestcase.com; ledfordsr80263@notify.bestcase.com |
| Bianca E. Ciarroni | bciarroni@freeborn.com, bkdocketing@freeborn.com |
| Nathan E. Delman | ndelman@hmblaw.com, ecfnotices@hmblaw.com |
| Kevin M. Flynn | kevin@kmflynnlaw.com |
| Sheryl A. Fyock | sfyock@llflegal.com |
| Neil P. Gantz | neilgantz@yahoo.com, negrita0615@yahoo.com |
| Kathryn Gleason | USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov |
| Cameron M. Gulden | USTPRegion11.es.ecf@usdoj.gov |
| Jeffrey K. Gutman | jeffreykg4018@aol.com, jkg4018@gmail.com |
| John W. Guzzardo | jguzzardo@hmblaw.com, ecfnotices@hmblaw.com |
| David Hernandez | david@rehablaw.com, G7699@notify.cincompass.com; fileabankruptcy@gmail.com |
| Geraldine W. Holt | gwholt@holtlawgroup.com |
| Shira R. Isenberg | sisenberg@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com |
| Ronald J. Kapustka | ndaily@ksnlaw.com |
| Zeke Katz | zkatz@pjjlaw.com, jwarren@pjjlaw.com |
| Cari A. Kauffman | ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Candice M. Manyak | candice.manyak@usdoj.gov |
| Gregory A. McCormick | mccormick@garfield-merel.com |
| Ha M. Nguyen | ha.nguyen@usdoj.gov, USTP.region11.es.ecf@usdoj.gov |
| Katherine H. Oblak | koblak@hmblaw.com |
| Nicholas R. Perino | nperino@monamirealty.com, nperino@monamirealty.com |
| James M. Philbrick | jmphilbrick@att.net |
| Richard B. Polony | rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com |
| Karen J. Porter | porterlawnetwork@gmail.com, laz0705@comcast.net |
| Stephen H. Pugh | spugh@pjjlaw.com, jwarren@pjjlaw.com |
| Eric S. Rein | rrein@hmblaw.com, ecfnotices@hmblaw.com |
| Todd J. Ruchman | amps@manleydeas.com |
| Charles S. Stahl, Jr. | cstahl@smbtrials.com |
| Peter D. Sullivan | psullivan@hinshawlaw.com |
| Jason M. Torf | jason.torf@icemiller.com |
| Kerry A. Walsh | kerry.walsh@fnf.com, linda.pawling@fnf.com |

67775462v.1

**VIA EMAIL SERVICE**

robert.224@icloud.com

jdma22@hotmail.com

**VIA UNITED STATES MAIL**

5305-07 V. Leland Avenue Condominium
Association
c/o Kovitz Shifrin Nesbit
175 N. Archer Ave.
Mundelein, IL 60060-2301

Law Office of Richard J. Wasik
1152 Newport #1
Chicago, IL 60657

AT&T Corp
c/o AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

ACAR Leasing LTD d/b/a GM Financial
Leasing
PO Box 183853
Arlington, TX 76096-3853

Ally Financial
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438-0901

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Bombardier/CBNA
P. O. Box 6000
Sioux Falls, SD 57117-6000

AmeriCredit/GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Capital One Auto Finance
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance
Attn: General Correspondence/BR
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Cardworks/CW Nexus
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804-9001

Chase Card Services
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

5

67775462v.1

Chase Mortgage
PO Box 24696
Columbus, OH 43224-0696

Citibank/The Home Depot
Citicorp Credit Services/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citicards CBNA
Citicorp Credit Svc/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Costco Go Anywhere Citicard
Centralized Bk/Citicorp Credit Card Services
PO Box 790040
St Louis, MO 63179-0040

Credit One Bank NA
PO Box 98873
Las Vegas, NV 89193-8873

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

IL Dept. of Revenue Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Illinois Bell Telephone Company
c/o AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Huntington National Bank
Attn: Bankruptcy
PO Box 340996
Columbus, OH 43234-0996

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0291

JPMorgan Chase Bank, NA
c/o Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

JPMorgan Chase Bank, N.A.
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Jan Kowalski
MCC Chicago
71 W. Van Buren
Chicago, IL  60605

Martha Padilla
1512 W. Polk
Chicago, IL 60607-3119

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368

Midland Loan Services
c/o FDIC Portfolio Servicing
P. O. Box 25965
Shawnee Mission, KS  66225-5965

6

67775462v.1

Syncb/PLCC
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Washington Federal Bank for Savings
c/o FDIC
1601 Bryan Street
Dallas, TX 75201-3401

Joel Levin
Levin & Associates
180 N. LaSalle Street, Suite 1822
Chicago, IL 60601-2604

Jan Kowalski
1009 61st St.
LaGrange, IL 60525-7419

Robert Kowalski
1009 61st St.
LaGrange, IL 60525-7419

Robert Kowalski
5233 W. 87th Street
Oak Lawn, IL 60453

City of Chicago
Attn: Asst. Corporation Counsel Supervisor
(Bankruptcy Unit)
121 N. LaSalle St., Ste 400
Chicago, IL 60602

Parkway Bank & Trust
4800 N. Harlem Avenue
Harwood Heights, IL 60706-3577

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
PO Box 7999
Saint Cloud, MN 56302-7999

Rosemary Kowalski
1009 61st St.
LaGrange, IL 60525-7419

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101-6424

City of Chicago
c/o Anna Valencia, City Clerk
121 North LaSalle St
Room 107
Chicago, IL 60602.

67775462v.1