UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-09130 |
| ROBERT M. KOWALSKI | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SEYFARTH SHAW LLP'S FIFTH INTERIM APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PERIOD OF OCTOBER 1, 2020, THROUGH SEPTEMBER 30, 2021**

Upon the consideration of the Fifth Interim Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of October 1, 2020, through September 30, 2021, and for Other Related Relief; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C §§ 157 and 1334; and it appearing to the Court that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and it appearing to the Court that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and sufficient notice of the Application has been provided and that no further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing"); and it is hereby

ORDERED that Seyfarth is allowed interim compensation in the amount of $219,625.50 as reasonable interim compensation for actual and necessary legal services rendered to the Trustee; and it is further

ORDERED that Seyfarth is allowed interim reimbursement of expenses in the amount of $2,042.03 for actual and necessary expenses incurred in the performance of services rendered to the Trustee; and it is further

ORDERED that the award herein is allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2).

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  December 07, 2021

**Prepared by:**

Gus A. Paloian (06188186)
Andrew Medearis (6337979)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
Facsimile: (312) 460-7000
gpaloian@seyfarth.com