UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-09130 |
| ROBERT M. KOWALSKI, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**BANKRUPTCY RULE 9019 ORDER APPROVING CHAPTER 7 TRUSTEE'S AGREEMENT WITH LEOBARDO NEVAREZ, ALEJANDRO INIQUEZ, ATG TITLE, INC. DBA ATLAS TITLE & ESCROW, AND ARK ATTORNEYS LLC**

This matter came before the Court on the motion (the "Motion") of Gus A. Paloian, not personally or individually, but solely as chapter 7 trustee ("Trustee"), for the bankruptcy estate (the "Estate") of Robert M. Kowalski (the "Debtor") for court approval of that certain agreement reached between the Trustee and, Leobardo Nevarez and Alejandro Iniquez (the "Buyers"), ATG Title, Inc. dba Atlas Title & Escrow ("Atlas Title") and ARK Attorneys LLC ("ARK"), attached to the Motion as Exhibit 1 ("Agreement"), under Bankruptcy Rule 9019(a). Capitalized terms not defined herein shall have the definitions set forth in the Agreement.

Having considered the Motion and the Agreement, this Court finds and concludes that: (i) this Court has jurisdiction over this proceeding under 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this District under 28 U.S.C. § 1409(a); (iii) this proceeding is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), and (O); (iv) due and proper notice of the Motion has been given and no other or further notice is required; and (v) the Agreement and its terms are fair and reasonable and well within the range of potential litigation outcomes that could result if the Trustee's claims and the Buyers', Atlas Title's or ARK's defenses proceed to a trial on the merits. The Agreement is fair, equitable and in the best interests of the Estate. In light of the foregoing,

IT IS ORDERED THAT:

1. The Motion is GRANTED;

2. The Trustee is authorized to enter into the Agreement;

3. The Court retains jurisdiction over any dispute arising under the Agreement.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: July 19, 2022

**Prepared by:**

Andrew R. Medearis (6337979)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000