**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 18-09130 |
| | ) | |
| ROBERT M. KOWALSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: June 30, 2026 |
| | ) | Hearing Time: 1:00 p.m. CT |

**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM NO. 43 OF ROSEMARY KOWALSKI, SEEKING DISALLOWANCE OF THE CLAIM IN ITS ENTIRETY**

**PLEASE TAKE NOTICE** that on **Tuesday, June 30, 2026, at 1:00 p.m.**, the undersigned counsel shall appear before the Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, in the courtroom usually occupied by her, Courtroom 680, in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her stead, or electronically as described below, and present the **Chapter 7 Trustee's Objection to Claim No. 43 of Rosemary Kowalski, Seeking Disallowance of the Claim in its Entirety**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is **161 273 2896** and the password is **778135**. The meeting ID and password can also be found on the judge's page on the court's web site.

You may, but need not, file a written response to Trustee's Objection prior to the aforesaid hearing. Such written response, if any, should be filed with the Clerk of the United States Bankruptcy Court, at 219 S. Dearborn St., 7th Floor, Chicago, Illinois 60604, with a copy served upon the Trustee's counsel at the address set forth below. If you do not file a response or appear at the hearing, the relief requested may be entered against the Claimant.

Dated: May 29, 2026

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By: /s/ Paul J. Yovanic, Jr.
Paul J. Yovanic, Jr.

Gus A. Paloian (6188186)
Paul J. Yovanic, Jr. (6327815)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
gpaloian@seyfarth.com
pyovanic@seyfarth.com

*Counsel to Chapter 7 Trustee*
*Gus A. Paloian*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 29, 2026, he caused a copy of each of the attached **Chapter 7 Trustee's Objection to Claim No. 43 of Rosemary Kowalski, Seeking Disallowance of the Claim in its Entirety** and related **Notice of Hearing** to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List, and by First Class, United States Mail (postage prepaid) to those other parties so identified on the attached Service List.

/s/ Paul J. Yovanic, Jr.

**SERVICE LIST**
**ROBERT M. KOWALSKI**
**18-09130**

**SERVICE VIA CM/ECF**

| | |
|---|---|
| Frank Avila | frankavilalaw@gmail.com |
| Matthew R. Barrett | mbarrett@ktslaw.com, ecfnotices@hmblaw.com |
| Ernesto D. Borges | notice@billbusters.com, billbusters@iamthewolf.com; billbusters@ecf.inforuptcy.com; borgeser80263@notify.bestcase.com; ledfordsr80263@notify.bestcase.com; wuxr80263@notify.bestcase.com |
| Adam Brief | Ustpregion11.es.ecf@usdoj.gov |
| Nathan E. Delman | ndelman@ktslaw.com, ecfnotices@ktslaw.com |
| Kevin M. Flynn | kevin@kmflynnlaw.com |
| Sheryl A. Fyock | sfyock@llflegal.com |
| Neil P. Gantz | neilgantz@yahoo.com, negrita0615@yahoo.com |
| Cameron M. Gulden | USTPRegion11.es.ecf@usdoj.gov |
| Jeffrey K. Gutman | jeffreykg4018@aol.com, jkg4018@gmail.com |
| John W. Guzzardo | jguzzardo@hmblaw.com, ecfnotices@hmblaw.com |
| David Hernandez | david@rehablaw.com, g7699@notify.cincompass.com; fileabankruptcy@gmail.com; hernandez.davidb130688@notify.bestcase.com |
| Geraldine W. Holt | gwholt@holtlawgroup.com |
| Shira R. Isenberg | sisenberg@sgrlaw.com, bkdocketing@sgrlaw.com |
| Ronald J. Kapustka | ndaily@ksnlaw.com, bankruptcy@ksnlaw.com |
| Zeke Katz | zkatz@pjjlaw.com, jwarren@pjjlaw.com |
| Cari A. Kauffman | ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com |
| Candice M. Manyak | candice.manyak@usdoj.gov |
| Gregory A. McCormick | mccormick@garfield-merel.com |
| Katherine H. Oblak | koblak@hmblaw.com |
| James M. Philbrick | jmphilbrick@att.net |
| Richard B. Polony | rpolony@hinshawlaw.com, richard-polony-3452@ecf.pacerpro.com, sedelmaier@hinshawlaw.com, courtfiling@hinshawlaw.com, sandra-edelmaier-7247@ecf.pacerpro.com |
| Karen J. Porter | porterlawnetwork@gmail.com, laz0705@comcast.net |
| Stephen H. Pugh | spugh@burkelaw.com, wdaitsman@burkelaw.com |
| Eric S. Rein | rrein@hmblaw.com, dzic@hmblaw.com;ecfnotices@hmblaw.com |
| Todd J. Ruchman | amps@manleydeas.com |
| Charles S. Stahl, Jr. | cstahl@smbtrials.com |
| Peter D. Sullivan | psullivan@hinshawlaw.com, cbrown@hinshawlaw.com |
| Jason M. Torf | jtorf@hmblaw.com, ecfnotices@hmblaw.com |
| Kerry A. Walsh | kerry.walsh@fnf.com, linda.pawling@fnf.com |

**IA U.S. MAIL**

Rosemary Kowalski
1009 61st St.
LaGrange Highlands, IL 60525

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 18-09130 |
| | ) | |
| ROBERT M. KOWALSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: June 30, 2026 |
| | ) | Hearing Time: 1:00 p.m. CT |

**CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM NO. 43 OF ROSEMARY KOWALSKI, SEEKING DISALLOWANCE OF THE CLAIM IN ITS ENTIRETY**

Gus A. Paloian, not individually or personally, but solely in his capacity as Chapter 7 Trustee ("Trustee") of Robert M. Kowalski, et al. ("Debtor"), pursuant to 11 U.S.C. § 502 and Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 3007, respectfully submits this objection (the "Objection") to proof of Claim No. 43 ("Claim No. 43") filed by Rosemary Kowalski ("Claimant"), and seeks disallowance of Claim No. 43 in its entirety. In support thereof, Trustee states as follows:

## I. BACKGROUND

1. On March 29, 2018, a voluntary petition for relief under Chapter 11 of the Bankruptcy Code was filed by the Debtor.

2. On May 31, 2018, the United States Trustee moved to convert or dismiss the case, or alternatively, for the Court to appoint a Chapter 11 Trustee. (Dkt. No. 47).

3. With support and a formal joinder by the Federal Deposit Insurance Corporation ("FDIC"), as a receiver for Washington Federal Bank for Savings, the United States alternative request for relief seeking the appointment of a Chapter 11 trustee was granted.

4. On August 3, 2018, the United States Trustee moved for the approval of its appointment of Gus A. Paloian as the Chapter 11 Trustee for the Estate (Dkt. No. 101).

5. On August 7, 2018, an Order was entered approving the appointment of Gus A. Paloian as Chapter 11 Trustee of the Estate (Dkt. No. 106).

6. On September 25, 2018, the Trustee filed a Motion to Convert Case to Chapter 7. (Dkt. No. 173.)

7. On November 30, 2018, the Court entered an order converting the case to a Chapter 7. (Dkt. No. 276).

8. On December 19, 2018, the Trustee filed an Application to Employ Seyfarth Shaw LLP as his Chapter 7 Counsel. (Dkt. No. 310).

9. On January 4, 2019 an Order was entered approving the employment of Seyfarth, retroactively, until November 30, 2018. (Dkt. No. 333).

10. On November 24, 2024, the Trustee filed an Initial Report of Assets. (Dkt. No. 965).

11. On December 2, 2024, the Court filed a Notice Fixing Time for Filing Proofs of Claim (Dkt. No. 966) setting March 4, 2025 as the deadline to file general claims the Case (the "Bar Date").

12. On March 4, 2025, Claimant filed Claim No. 43 as a secured claim in the amount of $860,000.00, a copy of which is attached hereto as **Exhibit A**.

## II. OBJECTION TO CLAIM NO. 43

13. Section 502(b) of the Bankruptcy Code provides in pertinent part:

> [i]f such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that

> (1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured...

11 U.S.C. § 502(b)(1).

14. When asserting a proof of claim against a bankrupt estate, a claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant. *In re Pringle Engineering and Mfg., Co.*, 164 F.2d 299, 302 (7th Cir. 1947); *Matter of Int'l Match Corp.*, 69 F. 2d 73, 76 (2d Cir. 1934) (finding that a proof of claim should at least allege facts from which legal liability can be seen to exist). Where the claimant alleges sufficient facts to support its claim, its claim is afforded prima facie validity. *In re Carlson,* 126 F.3d 915, 92122 (7th Cir. 1997). A party wishing to dispute such a claim must produce evidence with sufficient force to negate the claim's prima facie validity. *Id.* In practice, the objecting party must produce evidence that would refute at least one of the allegations essential to the claim's legal sufficiency. *Id*. Once the objecting party produces such evidence, the burden shifts back to the claimant to prove the validity of his or her claim by a preponderance of the evidence. *Id.*

15. Here, Claim No. 43, provides no evidence of liability owed by the Debtor to the Claimant and contains no documentation to substantiate a claim for real estate sold.

10. Based on the foregoing, and in accordance with Bankruptcy Code sections 502 and 506(a), the Trustee objects to the allowance of Claim No. 43 and requests that, pursuant to Bankruptcy Rules 3007 and 3012, the Court disallow it in its entirety.

16. Clearly, Claim No. 43 does not provide adequate information from which the Trustee can determine or verify the validity of the claim.

17. Based on the foregoing, and in accordance with Bankruptcy Code section 502 and pursuant to Bankruptcy Rule 3007 the Trustee requests that the Court disallow Claim No. 43 in its entirety.

## III. RESERVATION OF RIGHTS

18. In the event Claimant produces additional documents evidencing its claim in response to this Objection, the Trustee expressly reserves the right to amend, modify, or supplement this Objection and to file further, additional objections to Claim No. 43, or to any other claims that have been or that may be asserted against the Estate by Claimant. Should one or more of the grounds of objection stated herein be overruled and/or dismissed, the Trustee reserves the right to object on other stated grounds or on any other grounds that exist or that may arise during the pendency of this case.

## IV. COMPLIANCE WITH RULE 3007

19. The Trustee has served a notice of the Objection on Claimant's last known address, its last known registered agent and the Office of the United States Trustee in accordance with the provisions of Bankruptcy Rule 3007.

WHEREFORE, the Trustee respectfully requests this Court to enter an order:

A. Disallowing Claim No. 43 in its entirety; and

B. Providing such other and further relief as this Court deems proper.

Dated: May 29, 2026

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By: /s/ Paul J. Yovanic, Jr.
Paul J. Yovanic, Jr.

Gus A. Paloian (6188186)
Paul J. Yovanic, Jr. (6327815)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
gpaloian@seyfarth.com
pyovanic@seyfarth.com

*Counsel to Chapter 7 Trustee Gus A. Paloian*