UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ROBERT M. KOWALSKI<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-09130<br><br>Chapter: 7<br>Honorable Jacqueline P Cox |

**ORDER DISALLOWING CLAIM NO. 43**
**OF ROSEMARY KOWALSKI**

Upon consideration of the objection (the “Objection”) of the Chapter 7 Trustee (the “Trustee”) for the bankruptcy estate of the above-captioned Debtor (the “Debtor) for entry of an order disallowing Claim No. 43 of Rosemary Kowalski ("Claim 43") in its entirety; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C, § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue over this proceeding and the Objection in this District being proper pursuant to 28 U.S.C. §§ 408 and 1409; and the relief requested in the Objection being in the best interests of the Debtors’ estate, their creditors and other parties in interest; and the Trustee having provided due notice of the Objection; and the Court having considered the Objection, any responses thereto, and such arguments of counsel as were made at the hearing thereon; after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is sustained to the extent provided herein.

2. Claim 43 is disallowed in its entirety.

Enter: Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 30, 2026

**Prepared by:**

Gus A. Paloian (6188186)
Paul J. Yovanic, Jr. (6327815)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
gpaloian@seyfarth.com